Fill in this information to identify your case:

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number (if known) _____ Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| 1. | Debtor's name | Paso Del Norte Materials, LLC | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 27-1824837 | |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | 8000 Escobar Dr.<br>El Paso, TX 79907<br>Number, Street, City, State & ZIP Code | |
| | | | P.O. Box, Number, Street, City, State & ZIP Code |
| | | El Paso<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
|---|---|---|

| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor  __Paso Del Norte Materials, LLC_____  Case number (if known) _____
          Name

**7.  Describe debtor's business**  **A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___ ___

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

| Debtor | Paso Del Norte Materials, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1,
attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in this district?** *Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? *(Check all that apply.)*

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
- [ ] No
- [ ] Yes. Insurance agency _____
  Contact name _____
  Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds** *Check one:*
- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- [ ] 1-49
- [ ] 50-99
- [x] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than100,000

**15. Estimated Assets**
- [x] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**
- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [x] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor    <u>Paso Del Norte Materials, LLC</u>                                    Case number *(if known)* _____
          Name

| | Request for Relief, Declaration, and Signatures |

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/15/2023
             MM / DD / YYYY

X _____          _____
   Signature of authorized representative of debtor

   J&S Rosales, Ltd., 99% Limited Partner
   J&S Rosales, Mgmt., LLC, 1% General Partner
Title   JOE A. ROSALES, JR., Managing Member

**18. Signature of attorney**

X _____          Date  03/15/2023
   Signature of attorney for debtor                       MM / DD / YYYY

   E.P. BUD KIRK
   Printed name

   E.P. BUD KIRK
   Firm name

   600 Sunland Park Dr.
   Building Four, Ste. 400
   El Paso, TX 79912
   Number, Street, City, State & ZIP Code

   Contact phone  915-584-3773          Email address  budkirk@aol.com

   11508650 TX
   Bar number and State

**UNANIMOUS CONSENT OF THE**

**MEMBERS OF PASO DEL NORTE MATERIALS, LLC**

The undersigned being the only member and only shareholder of PASO DEL NORTE MATERIALS, LLC, a Texas limited liability company, acting without a meeting pursuant to the Business Organizations Code of the State of Texas, do hereby unanimously adopt the following resolutions with the same force and effect as if they had been adopted at a duly called regular meeting of the members of PASO DEL NORTE MATERIALS, LLC.

RESOLVED, That in view of the adverse financial condition of this limited liability company, this limited liability company file a reorganization proceeding under Chapter 11 of the Bankruptcy Code.

FURTHER RESOLVED, That JOE A. ROSALES, JR., as one of the managing members be, and he is hereby authorized to sign on behalf of this limited liability company all petitions, schedules, and all other documents necessary, or which he shall in his sole discretion deem desirable, in connection with such bankruptcy proceeding.

We direct that a copy of this Unanimous Consent he placed in the minutes book for the limited liability company.

EXECUTED as of the _15th_ day of March, 2023.


PASO DEL NORTE MATERIALS, LLC
J&S Rosales, Ltd., 99% Limited Partner
J&S Rosales, Mgmt., LLC, 1% General Partner


/s/
JOE A. ROSALES, JR., Managing Member

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In re                                          §
                                               §
PASO DEL NORTE MATERIALS, LLC,                 §   No.
                                               §
                Debtor.                        §
                                               §

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case as follows:

      For legal services, I have agreed to accept            $300.00/hr.

      Prior to the filing of this statement I have received  $10,762.00.

      Balance Due                                            Hourly as earned.

      Amount of filing fee remaining to be paid              $      .00.

2.    The source of compensation to be paid to me was:

          __X__ Debtor              _____ Other (Specify)

3.    The source of compensation to be paid to me is:

          _____ Debtor              _____ Other (Specify)

4.    __X__ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

          _____ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.   A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

      b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing (if any), and any adjourned hearings thereof;

d.    Representation of the debtor in contested bankruptcy matters as those are defined under the Bankruptcy Rules.

e.    [Other provisions as needed]   Not applicable.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Any adversary proceedings (if applicable) to accomplish a turnover, avoid a transfer, or litigate dischargeability or discharge. Also, the fees do not cover any services necessary to cure post-petition defaults to secured creditors.

**AGREED TO BY THE DEBTOR:**

Date: 03 | 15 | 2023

**PASO DEL NORTE MATERIALS, LLC**
J&S Rosales, Ltd., 99% Limited Partner
J&S Rosales, Mgmt., LLC, 1% General Partner

/s/

JOE A. ROSALES, JR., Managing Member

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

3-15-23

Date

/s/ E.P. Bud Kirk

**E.P. BUD KIRK**
Texas State Bar No. 11508650
600 Sunland Park Dr.
Building Four, Suite 400
El Paso, Texas 79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com

Attorney for the Debtor

# UNITED STATES BANKRUPTCY COURT

## Western District of Texas

In re                                                                          Case No.

PASO DEL NORTE MATERIALS, LLC
                    Debtor.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.   Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.   Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.   Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | # OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A. Real Property | | | | | |
| B. Personal Property | | | | | |
| C. Property Claimed as Exempt | | | | | |
| D. Creditors Holding Secured Claims | | | | | |
| E. Creditors Holding Unsecured Priority Claims | | | | | |
| F. Creditors Holding Unsecured Non-Priority Claims | | | | | |
| G. Executory Contracts and Unexpired Leases | | | | | |
| H. Codebtors | | | | | |
| I. Current Income of Individual Debtor(s) | | | | | |
| J. Current Expenditures of Individual Debtor(s) | | | | | |

This is an emergency filing.   Schedules and a Statement of Affairs will be filed within 14 days of filing of the Emergency Voluntary Petition.

| | | |
|---|---|---|
| Total Number of Sheets in ALL Schedules ► | | |
| Total Assets ► $ | | |
| Total Liabilities ► $ | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Paso Del Norte Materials, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known): | ☐ Check if this is an amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express Customer Care & Billing P.O. Box 981535 El Paso, TX 79998 | | | | | | $92,185.59 |
| Border International Truck-EP 12283 Rojas El Paso, TX 79936 | | | | | | $32,328.60 |
| CAL-Portland P.O. Box 847409 Los Angeles, CA 90084-7409 | | | | | | $295,157.00 |
| Century Rentals 955 Loma Verde Rd. El Paso, TX 79936 | | | | | | $21,335.67 |
| CHEM Giant Solutions P.O. Box 290 Anthony, NM 88021 | | | | | | $10,834.35 |
| Dump Truck & Loader Service Inc. 1645 Bessemer El Paso, TX 79936 | | | | | | $14,000.00 |
| Environmental & Safety Solutions 6044 Gateway Blvd. E, Ste. 303 El Paso, TX 79905 | | | | | | $50,930.00 |
| Fuels, LLC P.O. Box 150990 Ogden, UT 84415 | | | | | | $17,533.75 |
| Long Horn Electrical Services, Inc. 2227 Texas Ave. El Paso, TX 79901 | | | | | | $32,643.62 |

Debtor  **Paso Del Norte Materials, LLC**
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Maldonado's Trucking Group, LLC Arturo Maldonado 1509 Eton Manor Clint, TX 79836 | | | | | | $56,603.26 |
| Oregon Mainline Paving P.O. Box 768 McMinnville, OR 97128 | | | | | | $15,425.06 |
| Prana Machinery 11640 Gateway East Blvd. El Paso, TX 79927 | | | | | | $28,145.48 |
| Purvis Industries P.O. Box 540757 Dallas, TX 75354 | | | | | | $20,437.16 |
| Reliable Asphalt Products P.O. Box 519 Shelbyville, KY 40066 | | | | | | $65,942.00 |
| Sapphire Gas Solutions, LLC Lockbox/P.O. Box 679262 Dallas, TX 75267-9262 | | | | | | $45,406.07 |
| Southwest Seal & Supply P.O. Box 94900 Albuquerque, NM 87199 | | | | | | $10,981.31 |
| Terracon 6460 Hiller St., Ste. A El Paso, TX 79925 | | | | | | $29,703.73 |
| Texas Comptroller P.O. Box 149359 Austin, TX 78714-9359 | | | | | | $21,000.00 |
| Wagner Equipment Co. P.O. Box 919000 Denver, CO 80291-9000 | | | | | | $80,000.00 |
| Western Explosives Systems Co. 6875 South 900 East Midvale, UT 84047 | | | | | | $76,398.00 |

Debtor   **Paso Del Norte Materials, LLC**_____         Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Western Explosives Systems Co.**<br>**6875 South 900 East**<br>**Midvale, UT 84047** | | | | | | **$76,398.00** |

Fill in this information to identify the case:

Debtor name __Paso Del Norte Materials, LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ *Amended Schedule* _____
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/15/2023__          X _____
                                     Signature of individual signing on behalf of debtor

                                     __J&S Rosales, Ltd. 99% Limited Partner__
                                     Printed name

                                     __J&S Rosales, Mgmt., LLC, 1% General Partner__
                                     __JOE A. ROSALES, JR., Managing Member__
                                     Position or relationship to debtor

**United States Bankruptcy Court**
**Western District of Texas**

In re   Paso Del Norte Materials, LLC _____

Debtor(s)

Case No. _____
Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the J&S Rosales, Mgmt., LLC, 1% General Partner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __03|15|2023__

J&S Rosales, Ltd., 99% Limited Partner
J&S Rosales, Mgmt., LLC, 1% General Partner
JOSE A. ROSALES, JR., Managing Member
Signer/Title

1st Source Bank
100 N. Michigan 4th Floor
South Bend, IN 46601

Ahern Industries Incorporated
16376 Revello Dr.
Helotes, TX 78023

American Express
Customer Care & Billing
P.O. Box 981535
El Paso, TX 79998

Assured Partners of Texas, LLC
dba Baldin Cox Allen
5930 Preston View Blvd. #200
Dallas, TX 75240-4782

AT&T
P.O. Box105414
Atlanta, GA 30348-5414

Auto Electric Company
1216 Texas Ave.
El Paso, TX 79901

Border International Truck-EP
12283 Rojas
El Paso, TX 79936

Border Tire
12277 Rojas Drive, Ste. C
El Paso, TX 79936

Bridgestone Hose Power
P.O. Box 861777
Orlando, FL 32886-1777

C&K Electric, Inc.
10800 Webb Rd.
Amarillo, TX 79108

CAL-Portland
P.O. Box 847409
Los Angeles, CA 90084-7409

Carlos Eduardo Cardenas
717 E San Antonio Ave. 3rd Floor
El Paso, TX 79901

Carrillo Drafting & Design
3309 Chickasaw Dr.
El Paso, TX 79936

Cat Financial Services
2120 Westend
Nashville, TN 37203

CEMCO, Inc.
782 Hwy. 251 S.
Olney, TX 76374

Century Rentals
955 Loma Verde Rd.
El Paso, TX 79936

Certified Laboratories
23261 Network Place
Chicago, IL 60673-1232

CHEM Giant Solutions
P.O. Box 290
Anthony, NM 88021

Concentra
P.O. Box 9005
Addison, TX 75001

Copper State Bolt & Nut Co.
11129 Pellicano Dr.
El Paso, TX 79935

CQC Testing & Engineering
4606 Titanic Ave.
El Paso, TX 79904

Dump Truck & Loader Service Inc.
1645 Bessemer
El Paso, TX 79936

El Paso Electric
c/o Jeff Weikert
100 N. Stanton St.
El Paso, TX 79901


El Paso Electric Co.
P.O. Box 650801
AZ 85265-0801


El Paso Water Utilities
P.O. Box 511
El Paso, TX 79961-0511


Empire Welding & Fabrication
2211 E Missouri Ave.
El Paso, TX 79903


Environmental & Safety Solutions
6044 Gateway Blvd. E, Ste. 303
El Paso, TX 79905


Fuels, LLC
P.O. Box 150990
Ogden, UT 84415


GS Trucking Gerardo Sanez
12174 Road House
El Paso, TX 79936


Health Care Services Corporation
P.O. Box 731428
Dallas, TX 75373-1428


Honesta Screening
1148 Geronimo
El Paso, TX 79925


Hotmix Parts and Service
P.O. Box 436089
Louisville, KY 40253-6089


Hyde Regulatory Consulting, LLC
1561 Ruby Ranch Rd.
Buda, TX 78610

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346


IPE Aggregate, LLC
Accounting Dept.
2405 Lifehaus Ins Dr., Ste. 102
New Braunfels, TX 78130


IRS Insolvency Office
300 E. 8th Street, Mail Stop 5026AUS
Austin, TX 78701


Jaime Crespo
596 Montell Dr.
El Paso, TX 79927


Jonel
P.O. Box 798
Fullerton, CA 92836


Jurado Transportation
7901 Quejette Rd.
Vinton, TX 79821


KAT Industries, Inc.
10701 Lippert Rd.
El Paso, TX 79927


Leaf Capital Funding
2005 Market St., 14th Floor
Philadelphia, PA 19103


Long Horn Electrical Services, Inc.
2227 Texas Ave.
El Paso, TX 79901


Longhorn Distributing
5516 E. Paisano
El Paso, TX 79905

Lorenzo Fernandez
FT&R Inc.
201 Los Mochis
Canutillo, TX 79835


Maldonado's Trucking Group, LLC
Arturo Maldonado
1509 Eton Manor
Clint, TX 79836


MHC Kenworth
P.O. Box 879269
Kansas City, MO 64187-9269


MSHA
P.O. Box 790390
Saint Louis, MO 63179-0390


O'Reilly Auto Parts
P.O. Box 9464
Springfield, MO 65801


Office of the Attorney General
P.O. Box 12017
Austin, TX 78711-2017


Office of the Attorney General
Environmental Protection Division
P.O. Box 12548 MC-066
Austin, TX 78711-2548


Onboard Transportation
11812 Stephanie Dr.
El Paso, TX 79936


Oregon Mainline Paving
P.O. Box 768
McMinnville, OR 97128


Power Equipment Company
P.O. Box 912999
Denver, CO 80291

Prana Machinery
11640 Gateway East Blvd.
El Paso, TX 79927


Prudential Overall Supply
P.O. Box 11210
Santa Ana, CA 92711-1210


Purvis Industries
P.O. Box 540757
Dallas, TX 75354


QH Transport
10556 Tareyton St.
El Paso, TX 79924


R & A Consultants Corp.
3702 Buckner St.
El Paso, TX 79925


R.T.C., Inc.
300 E. Sunset
El Paso, TX 79922


RBT Services, Inc.
218 Corporate Dr.
Elizabethtown, KY 42701


Recal Calibration Services
P.O. Box 898
Euless, TX 76039


Reliable Asphalt Products
P.O. Box 519
Shelbyville, KY 40066


Rigby Slack PLLC
3500 Jefferson St., Ste. 330
Austin, TX 78731


Rodriguez Engineering Laboratories, LLC
13809 Turbine Dr.
Austin, TX 78728

S & F Transportation, LLC
P.O. Box 33935
Denver, CO 80233


Sapphire Gas Solutions, LLC
Lockbox/P.O. Box 679262
Dallas, TX 75267-9262


Siemens Financial
301 Lindenwood, Ste. 215
Malvern, PA 19355


Southwest Seal & Supply
P.O. Box 94900
Albuquerque, NM 87199


Spark Welding Services
3124 Java Chip Pl.
El Paso, TX 79927


Stanley Spring & Suspension
8800 Castner Dr.
El Paso, TX 79907


Stewart & Stevenson
P.O. Box 200441
Houston, TX 77216-0442


Sumitomo Mitsui
666 3rd Ave., 8th Floor
New York, NY 10017


Sun City Scale, Inc.
7704 North Loop Rd.
El Paso, TX 79915


Sunset Sand & Gravel
1401 Gail Borden
El Paso, TX 79935


Talis Iron Works
6907 Pasco Ct.
El Paso, TX 79905

Terracon
6460 Hiller St., Ste. A
El Paso, TX 79925


Texas Comptroller
P.O. Box 149359
Austin, TX 78714-9359


Transport Plus, LLC
630 Jewel Dr.
El Paso, TX 79927


Triple F Transportation
3150 Anthony Dr.
Anthony, NM 88021


Truck Pro Services-El Paso
29787 Network Place
Chicago, IL 60673-1787


U.S. Small Business Administration (SBA)
Little Rock Commercial Loan Servicing
Center 2120 Riverfront Drive, Ste. 100
Little Rock, AR 72202


United Electrical Services
11550 N. Loop, Apt. C
Socorro, TX 79927


United States Attorney
Civil Process Clerk-
Internal Revenue Service
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216


United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530


Vision Chemical Systems
16401 E 33rd Dr., Ste. 30
Aurora, CO 80011

Wagner Equipment Co.
P.O. Box 919000
Denver, CO 80291-9000


Wallwork Financial
401 38th Street SW
P.O. Box 628
Fargo, ND 58107-0628


Wanco
5870 Tennyson St.
Arvada, CO 80003


Wells Fargo Bank
P.O. Box 858178
Minneapolis, MN 55485-8178


Western Explosives Systems Co.
6875 South 900 East
Midvale, UT 84047


Western States Fire Protection Co.
1031 Hawkins
El Paso, TX 79915


Westfleet
3440 Girard NE
Albuquerque, NM 87107


Westward Environmental, Inc.
P.O. Box 2205
Boerne, TX 78006


Wofford Truck Parts, Inc.
11220 Rojas, Suite. A-3
El Paso, TX 79935


Work Wear Safety Shoes
6318 Airport Freeway, Ste. C
Fort Worth, TX 76117


X Gomez Trucking
P.O. Box 1567
Sunland Park, NM 88063

Your Electrical Contractors, LLC
10760 Janway Dr.
El Paso, TX 79935