**Fill in this information to identify the case:**

Debtor name   **Paso Del Norte Materials, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **23-30252**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.............................................................................................. $    **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................... $    **8,466,575.29**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................................. $    **8,466,575.29**

| Part 2. | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................. $    **3,979,337.54**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. $    **350,400.39**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$    **11,336,941.50**

4. **Total liabilities** ........................................................................................................................
   Lines 2 + 3a + 3b        $    **15,666,679.43\***

\* $6,822,745.97 excluding debts of $8,843,933.46 owed to the affiliate J.A.R. Concrete, Inc., all of which has arisen from the commercial or business activities of the Debtor.  11 U.S.C. § 1182(1)(A). Also excluded is a contingent debt of $224,934 claimed by Crum & Forster.

**Fill in this information to identify the case:**

Debtor name **Paso Del Norte Materials, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known) **23-30252**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:   Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

2.   **Cash on hand**  $23,980.76

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**  $23,980.76
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:   Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:   Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 58,631.53 | - | 0.00 | = .... | $58,631.53 |

| Debtor | **Paso Del Norte Materials, LLC** | Case number *(if known)*  23-30252 |
|---|---|---|
| | Name | |

| 12. | **Total of Part 3.** | $58,631.53 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>Office furniture | $0.00 | | $20,000.00 |

| 40. | Office fixtures |
|---|---|
| 41. | Office equipment, including all computer equipment and communication systems equipment and software |
| 42. | Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |

| 43. | **Total of Part 7.** | $20,000.00 |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

| Debtor | **Paso Del Norte Materials, LLC** | Case number *(if known)*  **23-30252** |
|---|---|---|
| | Name | |

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Machinery & Equipment (collateral for Crum &<br>Forster-see attached list)** | $0.00 | | $1,482,380.00 |
| **Other equipment, subject to purchase-money<br>financing-see attached list** | $0.00 | | $6,881,583.00 |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $8,363,963.00 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**  **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**  **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**  **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   __Paso Del Norte Materials, LLC_____     Case number *(if known)* __23-30252__
          Name

---

**Part 12:**    **Summary**

---

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $23,980.76 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $58,631.53 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $8,363,963.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,466,575.29 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B. Add lines 91a+91b=92** | | $8,466,575.29 |

## COLLATERAL FOR CRUM & FORSTER

| | | | | FMV |
|---|---|---|---|---|
| | | | | 175,400.00 |
| 2004 | 2009 | Cedarapids Model 2742 Jaw Crusher | Screening Plant #1 | 110,000.00 |
| 2005 | 2010 | Cedarapids Model S6203T 6x20 Deck Screen Plant | Conveyer #1 | 30,000.00 |
| 2006 | 2010 | Excel30x60LatticeStackableRadialFrame Conveyor | Conveyer #1 | 30,000.00 |
| 2007 | 2010 | Excel30x60LatticeStackableRadialFrame Conveyor | Conveyer #1 | 30,000.00 |
| 2008 | 2010 | Excel30x60LatticeStackableRadialFrame Conveyor | Conveyer #1 | 30,000.00 |
| 2009 | 2010 | Excel30x60LatticeStackableRadialFrame Conveyor | | 45,000.00 |
| 2010 | 2010 | Excel Single Bing Cold Feed | | 4,400.00 |
| | 2009 | Telsmith 1100 FC Bare Coner Crusher | | 25,000.00 |
| | | Lab #1 - Trailer | Purchased Used from EMCO Office Trailers | 90,000.00 |
| | 2018 | Virginia Lab Supply- Various Pieces | Virginia Lab Supply | 50,000.00 |
| | | Lab #2 - Trailer | Purchased Used from Mobile Home Supply | 75,000.00 |
| | 2021 | Virginia Lab Supply- Various Pieces | Virginia Lab Supply | 13,000.00 |
| 7001 | 2001 | Mobiletech MTPS-225 Portable Silo | | 15,500.00 |
| PU 512 | 2017 | Chevy | 1GCRCNEH2HZ356063 | 15,500.00 |
| PU 513 | 2017 | Chevy | 1GCRCREHXHZ152456 | 98,000.00 |
| BKH 2016 | 2015 | Peterbilt | 1XPXD49X7FD260583 | 145,000.00 |
| BKH 2018 | 2019 | Freightliner 122D | 3AKJGNFG6KDKG1598 | 15,000.00 |
| MX 8013 | 2005 | International Moder 7700 | 1HTTVAHT76J176679 | 25,000.00 |
| MX 8015 | 2008 | Kenworth W800 | 1NKWL00X48J225864 | 25,000.00 |
| MX 8016 | 2008 | Kenworth W800 | 1NKWL00X68J225865 | 55,000.00 |
| TL 030 | 2010 | Control House/Van | 1GRAA9025WB046112 | 2,500.00 |
| | | 40' Storage Container | | 2,000.00 |
| | | Water Tank 1500 gl | | 90,380.00 |
| LD 6001 | 2007 | John Deere 844J Loader | DW844JX614181 | 108,200.00 |
| LD 6005 | 2014 | JOHN DEERE 724K | 1DW724KZCED661047 | 102,500.00 |
| | 2014 | CAT 950K | R4A02612 | 75,000.00 |
| 6003 | 1983 | Caterpillar D9L Bulldozer | | |
| | | | | 1,482,380.00 |
| | | TOTAL | | |

| SECURED EQUIPMENT VALUES | FMV | |
|---|---|---|
| Asphalt Plant at WMQ (300,000 added Aug 2018) | **See below - Drum** | |
| Stansteel Drum, **Linked to Asphalt #10074886** | **replacement in Plant** | |
| Asphalt Plant Equity LOC - **Linked to #10074886** | $ | 2,300,140.00 |
| 8 - Ranco 26' Quad Axle End Dump Trailers | $ | 496,000.00 |
| RBT Chain Conveyer | $ | 145,500.00 |
| Tesab 1012TS Impact Crusher | $ | 220,000.00 |
| 2 - 2021 Ranco 27" End Dump Trailers, 1 sold 12/28/21, Pd 1/10/22 | $ | 41,000.00 |
| CEC Road Runner 6' x 16' Portable Screen Plant | $ | 89,000.00 |
| Kleeman MS703iEVO Mobile Screen Plant | $ | 298,425.00 |
| 4 - Ranco 27' Dump Trailers, 1 Remaining @ 12/28/21 | $ | 40,000.00 |
| Cemco 275 3D Batch Plant | $ | 1,100,000.00 |
| 9 - 2021 Puma 23 yd Belly Dump Trailers | $ | 259,218.00 |
| 2014 John Deere 724k Wheel Loader | $ | 94,500.00 |
| 950K Wheel Loader | $ | 75,000.00 |
| 3 - 2021 Gallegos Silo Trailers (Pigs) 1 Sold 12/28/21 | $ | 120,000.00 |
| 2020 Ahern Hyd CMIMES-700PSE Lime Silo | $ | 204,800.00 |
| Tesab 1012TS Trak Mounted Impact Crusher | $ | 220,000.00 |
| Terex TC1000 Cone Crusher Extended 1 year 8/22 | $ | 250,000.00 |
| Mixers - Contech Manufacturing 8019-8024 | $ | 928,000.00 |
| | | |
| **TOTAL FMV SECURED** | $ | **6,881,583.00** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Paso Del Norte Materials, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | **23-30252** |

☐ Check if this is an amended filing

<u>Official Form 206D</u>

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.**

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

---

**2.1**  **1st Source Bank**
Creditor's Name

**100 N. Michigan 4th Floor
South Bend, IN 46601**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4886**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Asphalt Plant at WMQ**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$188,218.15**   Column B: **$2,300,140.00**

---

**2.2**  **1st Source Bank**
Creditor's Name

**100 N. Michigan 4th Floor
South Bend, IN 46601**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3434**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Stansteel Drum**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$156,957.23**   Column B: **$2,300,140.00**

---

Debtor   **Paso Del Norte Materials, LLC**
Name                          Case number (if known)    **23-30252**

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **1st Source Bank** | Describe debtor's property that is subject to a lien | $438,359.58 | $2,300,140.00 |

Creditor's Name

**Asphalt Plant Equity LOC**

**100 N. Michigan 4th Floor
South Bend, IN 46601**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
4550**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **1st Source Bank** | Describe debtor's property that is subject to a lien | $304,282.56 | $496,000.00 |

Creditor's Name

**8-Ranco 26' Quad Axle End Dump Trailers**

**100 N. Michigan 4th Floor
South Bend, IN 46601**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H. Codebtors* (Official Form 206H)

**Last 4 digits of account number
0462**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **1st Source Bank** | Describe debtor's property that is subject to a lien | $119,759.48 | $145,500.00 |

Creditor's Name

**RBT Chain Conveyer**

**100 N. Michigan 4th Floor
South Bend, IN 46601**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

---

Debtor **Paso Del Norte Materials, LLC**
Name

Case number (if known) **23-30252**

---

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**5039**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **1st Source Bank** | Describe debtor's property that is subject to a lien | $256,206.54 | $220,000.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**Tesab 1012TS Impact Crusher**

**100 N. Michigan 4th Floor
South Bend, IN 46601**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

■ No

Date debt was incurred

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**5040**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.7 | **1st Source Bank** | Describe debtor's property that is subject to a lien | $22,941.07 | $41,000.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**2-2021 Ranco 27" End Dump Trailer**

**100 N. Michigan 4th Floor
South Bend, IN 46601**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

■ No

Date debt was incurred

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**8787**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.8 | **1st Source Bank** | Describe debtor's property that is subject to a lien | $43,723.77 | $8,900.00 |

---

| Debtor | Paso Del Norte Materials, LLC | | Case number (if known) | 23-30252 |
|---|---|---|---|---|
| | Name | | | |

| Creditor's Name | CEC Road Runner 6'X16' Pirtable Screed Plant |
|---|---|

**100 N. Michigan 4th Floor**
**South Bend, IN 46601**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5899**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Cat Financial Services** | **Describe debtor's property that is subject to a lien** | $85,937.27 | $75,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **950K Wheel Loader** | | |

**2120 Westend**
**Nashville, TN 37203**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5808**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Crum & Forster** | **Describe debtor's property that is subject to a lien** | $224,934.00 | $1,482,380.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**305 Madison Ave.**
**Morristown, NJ 07960**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Official Form 206D   **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**   page 4 of 9

Debtor  __Paso Del Norte Materials, LLC__
      Name                                             Case number (if known) __23-30252__

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 1**

| Leaf Capital Funding | Describe debtor's property that is subject to a lien | $205,875.76 | $298,425.00 |
|---|---|---|---|
| Creditor's Name | **Kleeman MS703iEVO Mobile Screen Plant** | | |

**2005 Market St., 14th Floor**
**Philadelphia, PA 19103**
Creditor's mailing address

Describe the lien _____

_____

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4901**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 2**

| Siemens Financial | Describe debtor's property that is subject to a lien | $12,856.39 | $40,000.00 |
|---|---|---|---|
| Creditor's Name | **4-Ranco 27" Dump Trailers, 1 remaining** | | |

**301 Lindenwood, Ste. 215**
**Malvern, PA 19355**
Creditor's mailing address

Describe the lien _____

_____

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4035**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 3**

| Siemens Financial | Describe debtor's property that is subject to a lien | $736,520.95 | $1,100,000.00 |
|---|---|---|---|
| Creditor's Name | **Cemco 275 3D Batch Plant** | | |

**301 Lindenwood, Ste. 215**
**Malvern, PA 19355**
Creditor's mailing address

Describe the lien _____

| Debtor | **Paso Del Norte Materials, LLC** | | Case number (if known) | **23-30252** |
|---|---|---|---|---|
| | Name | | | |

|  |  |  |  |
|---|---|---|---|
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **3850** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | | |

---

| 2.14 | **Siemens Financial** | Describe debtor's property that is subject to a lien | $151,214.47 | $1,100,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Cemco 275 3D Batch Plant** | | |

| | | | |
|---|---|---|---|
| **301 Lindenwood, Ste. 215 Malvern, PA 19355** | | | |
| Creditor's mailing address | Describe the lien | | |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **4259** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | | |

---

| 2.15 | **Sumitomo Mitsui** | Describe debtor's property that is subject to a lien | $36,064.11 | $94,500.00 |
|---|---|---|---|---|
| | Creditor's Name | **2014 John Deere 724k wheel loader** | | |

| | | | |
|---|---|---|---|
| **666 3rd Ave., 8th Floor New York, NY 10017** | | | |
| Creditor's mailing address | Describe the lien | | |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **8858** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |

Debtor  **Paso Del Norte Materials, LLC**
_____  Case number (if known)  **23-30252**
Name

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.16 | | | | |
|------|---|---|---|---|

**Wallwork Financial**
Creditor's Name

**401 38th Street SW
P.O. Box 628
Fargo, ND 58107-0628**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
2982**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien  **$77,160.11**  **$120,000.00**
**3-2021 Gallegos Silo Trailers (plgs) 1 sold**

Describe the lien

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes
**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.17 | | | | |
|------|---|---|---|---|

**Wallwork Financial**
Creditor's Name

**401 38th Street SW
P.O. Box 628
Fargo, ND 58107-0628**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
2983**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien  **$139,803.35**  **$204,800.00**
**2020 Ahern Hyd CMIMES-700PSE Lime Silo**

Describe the lien

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes
**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.18 | | | | |
|------|---|---|---|---|

**Wallwork Financial**
Creditor's Name

**401 38th Street SW
P.O. Box 628
Fargo, ND 58107-0628**
Creditor's mailing address

Describe debtor's property that is subject to a lien  **$122,497.85**  **$220,000.00**
**Tesab 1012TS Trak Mounted Impact Crusher**

Describe the lien

---

| Debtor | Paso Del Norte Materials, LLC | Case number (if known) | 23-30252 |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2984**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.19 | Wells Fargo Bank | Describe debtor's property that is subject to a lien | $92,545.43 | $250,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 858178**
**Minneapolis, MN**
**55485-8178**

Creditor's mailing address

**Terex TC1000 Cone Crusher Extended 1 year**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**704**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.20 | Wells Fargo Bank | Describe debtor's property that is subject to a lien | $788,413.47 | $928,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 858178**
**Minneapolis, MN**
**55485-8178**

Creditor's mailing address

**Mixers-contech Manufacturing 8019-8024**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**705**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Paso Del Norte Materials, LLC** | Case number (if known) | **23-30252** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$4,204,271.54

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
|---|

Debtor name **Paso Del Norte Materials, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known) **23-30252**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$309,341.47** | **$0.00** |
|  | **Internal Revenue Service** | *Check all that apply.* |  |  |
|  | **Centralized Insolvency Office** | ☐ Contingent |  |  |
|  | **P.O. Box 7346** | ☐ Unliquidated |  |  |
|  | **Philadelphia, PA 19101-7346** | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |  |  |
|  |  | ☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|  | **IRS Insolvency Office** | *Check all that apply.* |  |  |
|  | **300 E. 8th Street, Mail Stop** | ☐ Contingent |  |  |
|  | **5026AUS** | ☐ Unliquidated |  |  |
|  | **Austin, TX 78701** | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: **Duplicate address** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |  |  |
|  |  | ☐ Yes |  |  |

| Debtor | **Paso Del Norte Materials, LLC** | Case number (if known) | **23-30252** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $41,058.92 | $21,000.00 |
|---|---|---|---|---|---|
| | **Texas Comptroller** | Check all that apply. | | | |
| | **P.O. Box 149359** | ☐ Contingent | | | |
| | **Austin, TX 78714-9359** | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|
| | **United States Attorney** | Check all that apply. | | | |
| | **Civil Process Clerk-** | ☐ Contingent | | | |
| | **Internal Revenue Service** | ☐ Unliquidated | | | |
| | **601 N.W. Loop 410, Suite 600** | ☐ Disputed | | | |
| | **San Antonio, TX 78216** | | | | |
| | Date or dates debt was incurred | Basis for the claim: **Notice only** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|
| | **United States Attorney General** | Check all that apply. | | | |
| | **Department of Justice** | ☐ Contingent | | | |
| | **950 Pennsylvania Avenue, N.W.** | ☐ Unliquidated | | | |
| | **Washington, DC 20530** | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: **Notice only** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | | |

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,520.94 |
|---|---|---|---|
| | **Ahern Industries Incorporated** | ☐ Contingent | |
| | **16376 Revello Dr.** | ☐ Unliquidated | |
| | **Helotes, TX 78023** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,135.59 |
|---|---|---|---|
| | **American Express** | ☐ Contingent | |
| | **Customer Care & Billing** | ☐ Unliquidated | |
| | **P.O. Box 981535** | ☐ Disputed | |
| | **El Paso, TX 79998** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Paso Del Norte Materials, LLC** | Case number (if known) | **23-30252** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,816.00 |
| | **Assured Partners of Texas, LLC** | ☐ Contingent | |
| | **dba Baldin Cox Allen** | ☐ Unliquidated | |
| | **5930 Preston View Blvd. #200** | ☐ Disputed | |
| | **Dallas, TX 75240-4782** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $376.04 |
| | **AT&T** | ☐ Contingent | |
| | **P.O. Box105414** | ☐ Unliquidated | |
| | **Atlanta, GA 30348-5414** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $281.34 |
| | **Auto Electric Company** | ☐ Contingent | |
| | **1216 Texas Ave.** | ☐ Unliquidated | |
| | **El Paso, TX 79901** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,426.23 |
| | **BioDyne** | ☐ Contingent | |
| | **P.O. Box 955967** | ☐ Unliquidated | |
| | **Saint Louis, MO 63195-5967** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $32,328.50 |
| | **Border International Truck-EP** | ☐ Contingent | |
| | **12283 Rojas** | ☐ Unliquidated | |
| | **El Paso, TX 79936** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **9634** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $880.11 |
| | **Border Tire** | ☐ Contingent | |
| | **12277 Rojas Drive, Ste. C** | ☐ Unliquidated | |
| | **El Paso, TX 79936** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **6802** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $265,663.22 |
| | **Brewer Oil Co.** | ☐ Contingent | |
| | **1025 Wall St.** | ☐ Unliquidated | |
| | **El Paso, TX 79915** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Paso Del Norte Materials, LLC** | | Case number (if known) | **23-30252** |
|---|---|---|---|---|
| | Name | | | |

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,622.51

**Bridgestone Horse Power**
P.O. Box 861777
Orlando, FL 32886-1777

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3357**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,520.79

**C&K Electric, Inc.**
10800 Webb Rd.
Amarillo, TX 79108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,713.82

**C&R Distributing, LLC**
140 S. Prado
El Paso, TX 79907

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00

**CAL-Portland**
P.O. Box 847409
Los Angeles, CA 90084-7409

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3318**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,130.00

**Carlos Eduardo Cardenas**
717 E San Antonio Ave. 3rd Floor
El Paso, TX 79901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00

**Carrillo Drafting & Design**
3309 Chickasaw Dr.
El Paso, TX 79936

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,938.18

**CEMCO, Inc.**
782 Hwy. 251 S.
Olney, TX 76374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Paso Del Norte Materials, LLC | Case number (if known) | 23-30252 |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,335.67 |
|---|---|---|---|
| | **Century Rentals**<br>955 Loma Verde Rd.<br>El Paso, TX 79936 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,544.98 |
|---|---|---|---|
| | **Certified Laboratories**<br>23261 Network Place<br>Chicago, IL 60673-1232 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,834.35 |
|---|---|---|---|
| | **CHEM Giant Solutions**<br>P.O. Box 290<br>Anthony, NM 88021 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $244.00 |
|---|---|---|---|
| | **Concentra**<br>P.O. Box 9005<br>Addison, TX 75001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,978.81 |
|---|---|---|---|
| | **Copper State Bolt & Nut Co.**<br>11129 Pellicano Dr.<br>El Paso, TX 79935 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,819.80 |
|---|---|---|---|
| | **CQC Testing & Engineering**<br>4606 Titanic Ave.<br>El Paso, TX 79904 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,000.00 |
|---|---|---|---|
| | **Dump Truck & Loader Service Inc.**<br>1645 Bessemer<br>El Paso, TX 79936 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Paso Del Norte Materials, LLC | Case number (if known) | 23-30252 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

| **3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **El Paso Electric**<br>**c/o Jeff Weikert**<br>**100 N. Stanton St.**<br>**El Paso, TX 79901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __duplicate address__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,074.45 |
|---|---|---|---|
| | **El Paso Electric Co.**<br>**P.O. Box 650801**<br>**AZ 85265-0801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _7593_ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,842.64 |
|---|---|---|---|
| | **El Paso Water Utilities**<br>**P.O. Box 511**<br>**El Paso, TX 79961-0511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,968.38 |
|---|---|---|---|
| | **Empire Welding & Fabrication**<br>**2211 E Missouri Ave.**<br>**El Paso, TX 79903** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,930.00 |
|---|---|---|---|
| | **Environmental & Safety Solutions**<br>**6044 Gateway Blvd. E, Ste. 303**<br>**El Paso, TX 79905** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $198.46 |
|---|---|---|---|
| | **FedEx**<br>**Dept. CH**<br>**P.O. Box 10306**<br>**Palatine, IL 60055-0306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,533.75 |
|---|---|---|---|
| | **Fuels, LLC**<br>**P.O. Box 150990**<br>**Ogden, UT 84415** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Paso Del Norte Materials, LLC** | Case number (if known) | **23-30252** |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,046.18 |
|---|---|---|---|

**GS Trucking Gerardo Sanez**
**12174 Road House**
**El Paso, TX 79936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Health Care Services Corporation**
**P.O. Box 731428**
**Dallas, TX 75373-1428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1964

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,167.53 |
|---|---|---|---|

**HERC Rentals Inc.**
**P.O. Box 936257**
**Atlanta, GA 31193-6257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,887.84 |
|---|---|---|---|

**Honesta Screening**
**1148 Geronimo**
**El Paso, TX 79925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,376.90 |
|---|---|---|---|

**Hotmix Parts and Service**
**P.O. Box 436089**
**Louisville, KY 40253-6089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|

**Hyde Regulatory Consulting, LLC**
**1561 Ruby Ranch Rd.**
**Buda, TX 78610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,075.92 |
|---|---|---|---|

**IPE Aggregate, LLC**
**Accounting Dept.**
**2405 Lifehaus Ins Dr., Ste. 102**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Paso Del Norte Materials, LLC | Case number (if known) | 23-30252 |
|---|---|---|---|
| | Name | | |

**3.38**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,843,933.46 |
|---|---|---|
| J.A.R. Concrete, Inc.<br>8000 Escobar Dr.<br>El Paso, TX 79907 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Loans to the Debtor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.39**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $345.80 |
|---|---|---|
| Jaime Crespo<br>596 Montell Dr.<br>El Paso, TX 79927 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.40**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,107.87 |
|---|---|---|
| Jonel<br>P.O. Box 798<br>Fullerton, CA 92836 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.41**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,261.50 |
|---|---|---|
| Jurado Transportation<br>7901 Quejette Rd.<br>Vinton, TX 79821 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.42**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,800.00 |
|---|---|---|
| KAT Industries, Inc.<br>10701 Lippert Rd.<br>El Paso, TX 79927 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.43**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,643.52 |
|---|---|---|
| Long Horn Electrical Services, Inc.<br>2227 Texas Ave.<br>El Paso, TX 79901 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.44**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,537.10 |
|---|---|---|
| Longhorn Distributing<br>5516 E. Paisano<br>El Paso, TX 79905 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Paso Del Norte Materials, LLC** | Case number (if known) | **23-30252** |
|---|---|---|---|
| | Name | | |

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Lorenzo Fernandez**
FT&R Inc.
201 Los Mochis
Canutillo, TX 79835

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Maldonado's Trucking Group, LLC**
Arturo Maldonado
1509 Eton Manor
Clint, TX 79836

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,410.73**

**MHC Kenworth**
P.O. Box 879269
Kansas City, MO 64187-9269

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,180.30**

**MSC Industrial Supply**
P.O. Box 78845
Milwaukee, WI 53278-8845

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,029.00**

**MSHA**
P.O. Box 790390
Saint Louis, MO 63179-0390

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,646.18**

**O'Reilly Auto Parts**
P.O. Box 9464
Springfield, MO 65801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Office of the Attorney General**

P.O. Box 12017
Austin, TX 78711-2017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Duplicate address_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Paso Del Norte Materials, LLC | Case number (if known) | 23-30252 |
|---|---|---|---|
| | Name | | |

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$234,880.59**

**Office of the Attorney General**
**Environmental Protection Division**
P.O. Box 12548 MC-066
Austin, TX 78711-2548

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00**

**Onboard Transportation**
11812 Stephanie Dr.
El Paso, TX 79936

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00**

**Oregon Mainline Paving**
P.O. Box 768
McMinnville, OR 97128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00**

**Power Equipment Company**
P.O. Box 912999
Denver, CO 80291

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28,145.48**

**Prana Machinery**
11640 Gateway East Blvd.
El Paso, TX 79927

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00**

**Prudential Overall Supply**
P.O. Box 11210
Santa Ana, CA 92711-1210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,437.16**

**Purvis Industries**
P.O. Box 540757
Dallas, TX 75354

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Debtor** Paso Del Norte Materials, LLC
Name

**Case number** (if known) **23-30252**

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $8,986.15 |
|---|---|---|---|

**QH Transport**
10556 Tareyton St.
El Paso, TX 79924

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $2,500.00 |
|---|---|---|---|

**R & A Consultants Corp.**
3702 Buckner St.
El Paso, TX 79925

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $1,477.63 |
|---|---|---|---|

**R.T.C., Inc.**
300 E. Sunset
El Paso, TX 79922

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $2,488.48 |
|---|---|---|---|

**RBT Services, Inc.**
218 Corporate Dr.
Elizabethtown, KY 42701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $2,310.00 |
|---|---|---|---|

**Recal Calibration Services**
P.O. Box 898
Euless, TX 76039

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $31,559.69 |
|---|---|---|---|

**Reladyne West, LLC**
P.O. Box 955967
Saint Louis, MO 63195-5967

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $65,942.00 |
|---|---|---|---|

**Reliable Asphalt Products**
P.O. Box 519
Shelbyville, KY 40066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Paso Del Norte Materials, LLC** | Case number (if known) | **23-30252** |
|---|---|---|---|
| | Name | | |

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,380.00 |
|---|---|---|---|

**Rigby Slack PLLC**
3500 Jefferson St., Ste. 330
Austin, TX 78731

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,249.00 |
|---|---|---|---|

**Rodriguez Engineering Laboratories, LLC**
13809 Turbine Dr.
Austin, TX 78728

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Rudy Silva Trucking**
P.O. Box 3239
Fabens, TX 79838

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,026.19 |
|---|---|---|---|

**S & F Transportation, LLC**
P.O. Box 33935
Denver, CO 80233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,406.07 |
|---|---|---|---|

**Sapphire Gas Solutions, LLC**
Lockbox/P.O. Box 679262
Dallas, TX 75267-9262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,981.31 |
|---|---|---|---|

**Southwest Seal & Supply**
P.O. Box 94900
Albuquerque, NM 87199

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,280.00 |
|---|---|---|---|

**Spark Welding Services**
3124 Java Chip Pl.
El Paso, TX 79927

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Paso Del Norte Materials, LLC** | | Case number (if known) | **23-30252** | |
|---|---|---|---|---|---|
| | Name | | | | |

| **3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$148.74** |
|---|---|---|---|
| | **Stanley Spring & Suspension**<br>**8800 Castner Dr.**<br>**El Paso, TX 79907** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$139.86** |
|---|---|---|---|
| | **Stewart & Stevenson**<br>**P.O. Box 200441**<br>**Houston, TX 77216-0442** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,623.76** |
|---|---|---|---|
| | **Sun City Scale, Inc.**<br>**7704 North Loop Rd.**<br>**El Paso, TX 79915** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$1.00** |
|---|---|---|---|
| | **Sunset Sand & Gravel**<br>**1401 Gail Borden**<br>**El Paso, TX 79935** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$1,500.00** |
|---|---|---|---|
| | **Talis Iron Works**<br>**6907 Pasco Ct.**<br>**El Paso, TX 79905** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$29,703.73** |
|---|---|---|---|
| | **Terracon**<br>**6460 Hiller St., Ste. A**<br>**El Paso, TX 79925** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,150.00** |
|---|---|---|---|
| | **Transport Plus, LLC**<br>**630 Jewel Dr.**<br>**El Paso, TX 79927** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Paso Del Norte Materials, LLC | Case number (if known) | 23-30252 |
|---|---|---|---|
| | Name | | |

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**
Triple F Transportation
3150 Anthony Dr.
Anthony, NM 88021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,693.00**
Truck Pro Services-El Paso
29787 Network Place
Chicago, IL 60673-1787

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$997,700.00**
U.S. Small Business Administration (SBA)
Little Rock Commercial Loan Servicing
Center 2120 Riverfront Drive, Ste. 100
Little Rock, AR 72202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,025.18**
United Electrical Services
11550 N. Loop, Apt. C
Socorro, TX 79927

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,183.00**
Vision Chemical Systems
16401 E 33rd Dr., Ste. 30
Aurora, CO 80011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$121,768.68**
Wagner Equipment Co.
P.O. Box 919000
Denver, CO 80291-9000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$432.00**
Wanco
5870 Tennyson St.
Arvada, CO 80003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paso Del Norte Materials, LLC** | Case number (if known) | **23-30252** |
|---|---|---|---|
| | Name | | |

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,398.00 |
|---|---|---|---|

**Western Explosives Systems Co.**
6875 South 900 East
Midvale, UT 84047

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Western States Fire Protection Co.**
1031 Hawkins
El Paso, TX 79915

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,024.53 |
|---|---|---|---|

**Westfleet**
3440 Girard NE
Albuquerque, NM 87107

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $772.36 |
|---|---|---|---|

**Westward Environmental, Inc.**
P.O. Box 2205
Boerne, TX 78006

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86.86 |
|---|---|---|---|

**Wofford Truck Parts, Inc.**
11220 Rojas, Suite. A-3
El Paso, TX 79935

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Work Wear Safety Shoes**
6318 Airport Freeway, Ste. C
Fort Worth, TX 76117

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,250.00 |
|---|---|---|---|

**X Gomez Trucking**
P.O. Box 1567
Sunland Park, NM 88063

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paso Del Norte Materials, LLC** | Case number (if known) | **23-30252** |
|---|---|---|---|
| | Name | | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $920.12 |
|---|---|---|---|

**Your Electrical Contractors, LLC**
**10760 Janway Dr.**
**El Paso, TX 79935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 350,400.39 |
| 5b. Total claims from Part 2 | 5b. + | $ | 11,337,139.96 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 11,687,540.35 |

**Fill in this information to identify the case:**

Debtor name   **Paso Del Norte Materials, LLC**

United States Bankruptcy Court for the:   **WESTERN DISTRICT OF TEXAS**

Case number (if known)   **23-30252**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  Does the debtor have any executory contracts or unexpired leases?
    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1   State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

2.2   State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

2.3   State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

2.4   State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name  **Paso Del Norte Materials, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **23-30252**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | J.A.R. Concrete, Inc. | 8000 Escobar Dr. El Paso, TX 79907 | Crum & Forster | ■ D  __2.10__ ☐ E/F ____ ☐ G ____ |

Fill in this information to identify the case:

Debtor name  **Paso Del Norte Materials, LLC**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF TEXAS**

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
☑ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☑ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☑ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☑ *Schedule H: Codebtors (Official Form 206H)*
☑ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐ *Amended Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____      X _____
                                    Signature of individual signing on behalf of debtor

**J&S Rosales, Ltd., 99% Limited Partner**
Printed name

**J&S Rosales, Mgmt., LLC, 1% General Partner**
**JOE A. ROSALES, JR., Managing Member**
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: |
|---|
| Debtor name **Paso Del Norte Materials, LLC** |
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) **23-30252** |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  1/01/2023 to Filing Date | ■ Operating a business<br>☐ Other _____ | $332,540.00 |
| **For prior year:**<br>From  1/01/2022 to 12/31/2022 | ■ Operating a business<br>☐ Other _____ | $4,476,088.55 |
| **For year before that:**<br>From  1/01/2021 to 12/31/2021 | ■ Operating a business<br>☐ Other _____ | $12,136,577.97 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  1/01/2023 to Filing Date | **Sale of Asphalt Plant** | $317,502.00 |
| **For prior year:**<br>From  1/01/2022 to 12/31/2022 | **Sale of Mixerts** | $82,000.00 |
| **For prior year:**<br>From  1/01/2022 to 12/31/2022 | **Employee Retention Credit** | $186,494.70 |

Debtor  **Paso Del Norte Materials, LLC** _____  Case number *(if known)* **23-30252**

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For year before that:** From **1/01/2021** to **12/31/2021** | **Sale of Assets** | **$391,517.65** |
| **For year before that:** From **1/01/2021** to **12/31/2021** | **PPP Loan** | **$1,278,036.70** |

---

**Part 2:** **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1.** **1st Source Bank** 100 N. Michigan 4th Floor South Bend, IN 46601 | **2/22/23** | **$1,328,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **proceeds from sale of equipment under lien.** |
| **3.2.** **FT&R Payment** | **2/24/23** | **$0.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **land lease** |
| **3.3.** **GCC** | | **$9,421.11** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| **3.4.** **Texas Attorney General** | **12/20/23** | **$10,208.41** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| **3.5.** **Texas General Land Office** | **Various** | **$9,767.52** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **State royalties** |

| Debtor  **Paso Del Norte Materials, LLC** | | Case number (*if known*)  **23-30252** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.6.  **Texas Comptroller**<br>**P.O. Box 149359**<br>**Austin, TX 78714-9359** | | $15,552.03 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  sales tax |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ **None.**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ **None**

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ **None**

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Texas Comptroller**<br>**Revenue Accounting Div.-Bankr.**<br>**Section**<br>**P.O. Box 13528**<br>**Austin, TX 78711** | sales tax<br>Last 4 digits of account number:  8375 | 2-15-23 | $17,854.02 |

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ **None.**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **1st Source Bank v. Paso Del**<br>**Norte Materials, LLC** | | **El Paso County**<br>**210th District** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **4Rivers Equipment, LLC v.**<br>**Paso Del Norte Materials, LLC**<br>**2023DCV020** | | **El Paso County**<br>**41st District Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  **Paso Del Norte Materials, LLC**                                    Case number (if known)  **23-30252**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Joshua Ortega DBA Sunset Sand & Gravel v. Paso Del Norte Materials, LLC**<br>**2022DCV1469** | | **El Paso County**<br>**205th District Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Prana Machinery, Inc. v. Paso Del Norte Materials, LLC**<br>**2022DCV1827** | | **El Paso County**<br>**327th District Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| **Kleeman Crusher vandalized, rendered useless.** | **Claim by insurance company pending** | **12/29/22** | **$298,425.00** |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

---

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 4

| Debtor | Paso Del Norte Materials, LLC | | Case number (if known) | 23-30252 |

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:  Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:  Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:  Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

| Debtor | **Paso Del Norte Materials, LLC** | Case number (if known) | **23-30252** |

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |

### 20. Off-premises storage
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

### 22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☐ No.
■ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| D-1-GN-20-005142 | 345th District Court Travis County | Omissions Asphalt Plant | ☐ Pending ☐ On appeal ☐ Concluded |

### 23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

24. Has the debtor notified any governmental unit of any release of hazardous material?

| Debtor | Paso Del Norte Materials, LLC | Case number (if known) | 23-30252 |

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Jo Ann von Holstein**<br>**8000 Escobar Dr.**<br>**El Paso, TX 79907** | **10/11/21 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **SBNG CPA**<br>**221 N. Kansas, Ste. 1300**<br>**El Paso, TX 79901** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

| 26d.1. | **GECU**<br>**P.O Box 20998**<br>**El Paso, TX 79998-0998** |

| 26d.2. | **1st Source Bank**<br>**100 N. Michigan 4th Floor**<br>**South Bend, IN 46601** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

| Debtor | Paso Del Norte Materials, LLC | Case number (if known) | 23-30252 |

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Jose A. Rosales, Jr. | 8000 Escobar Dr. El Paso, TX 79907 | | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |

Debtor **Paso Del Norte Materials, LLC**          Case number *(if known)* **23-30252**

---

**Part 13    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____          **J&S Rosales, Ltd., 99% Limited Partner**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **J&S Rosales, Mgmt., LLC, 1% General Partner**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes