IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In re §
§
PASO DEL NORTE MATERIALS, LLC, § Case No. 23-30252-HCM-11
§
Debtor. §

## AMENDMENT TO MATRIX
## TO MODIFY CREDITORS' ADDRESSES

Now comes the Debtor-in-Possession PASO DEL NORTE MATERIALS, LLC and files this Amendment to the Matrix of Creditors in these Chapter 11 proceedings, to add the addresses of the following Creditors:

BioDyne
P.O. Box 955967
Saint Louis MO 63195-5967

Brewer Oil Company
1025 Wall St.
El Paso, TX 79915

C&R Distributing, LLC
140 S. Prado
El Paso, TX 79907

Crum & Forster
305 Madison Ave.
Morristown, NJ 07960

FedEx
Dept. CH
PO Box 10306
Palatine, IL 60055-0306

HERC Rentals Inc.
P.O. Box 936257
Atlanta, GA 31193-6257

MSC Industrial Supply
P.O. Box 78845

Milwaukee, WI 53278-8845

Reladyne West, LLC
P.O. Box 955967
Saint Louis, MO 63195-5967

Rudy Silva Trucking
P.O. Box 3239
Fabens, TX 79838

  The undersigned officer for the Debtor declares that he has read the foregoing Amendment to Creditor Matrix and that it is true and correct to the best of his knowledge, information, and belief.

Date: 04/12/2023

PASO DEL NORTE MATERIALS, LLC
By: J&S Rosales, Ltd., 99% Limited Partner
  J&S Rosales, Mgmt., LLC, 1% General Partner

_____
JOE A. ROSALES, JR., Managing Member

Respectfully submitted this 13th day of April, 2023.

/s/ Bud Kirk
_____
E.P. BUD KIRK
Texas State Bar No. 11508650
600 Sunland Park Dr.
Building Four, Ste. 400
El Paso, TX 79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com

Attorney for Debtors-in-Possession

## CERTIFICATE OF SERVICE

I do hereby certify that on the ___ day of April, 2023, I did cause a copy of the foregoing Amendment to Matrix to Add Creditors' Names and Addresses to be mailed by postage pre-paid U.S. Mail to <u>U.S. Trustee</u>, 615 E. Houston St., Ste. 533, San Antonio, TX 78205-1539; to <u>Michael Colvard</u>, Subchapter V Trustee, 112 East Pecan St., Ste. 1616, San Antonio, TX 78205; to <u>Paso Del Norte Materials, LLC</u>, 8000 Escobar, El Paso, TX 79907; to <u>Wells Fargo Equipment Finance, Inc.</u>, c/o James W. Brewer, P.O. Box 2800, El Paso, TX 79999-2800; to <u>4Rivers Equipment, LLC</u>, c/o Clyde A. Pine, Jr., P.O. Box Drawer 1977, El Paso, TX 79950-1977; to <u>Texas Comptroller of Public Accounts</u>, c/o Callan C. Searcy, P.O. Box, 12548, Austin, TX 78711-2548; to <u>United States Fire Insurance Company</u>, c/o Gregory M. Weinstein, 8350 Central Expressway, Suite 1550, Dallas Texas 75206; to <u>Sumitomo Mitsui Finance and Leasing Co., Ltd.</u>, c/o Matthew F. Kye, Esq., 201 Old Country Road, Ste. 120, Melville, NY 11747; to <u>City of El Paso</u>, c/o Don Stecker, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205; to <u>Christopher V. Arisco</u>, 420 Throckmorton Street, Suite 1210, Fort Worth, Texas 76102, to <u>1st Source Bank</u>, c/o Jarom J. Yates, 2323 Victory Avenue, Suite 700, Dallas, TX 75219; and to <u>all parties in interest as shown on the attached list</u>.

/s/ E.P. Bud Kirk
E.P. BUD KIRK

4988-MC-040623

BioDyne
P.O. Box 955967
Saint Louis MO 63195-5967

Brewer Oil Company
1025 Wall St.
El Paso, TX 79915

C&R Distributing, LLC
140 S. Prado
El Paso, TX 79907

Crum & Forster
305 Madison Ave.
Morristown, NJ 07160

FedEx
Dept. CH
PO Box 10306
Palatine, IL 60055-0306

HERC Rentals Inc.
P.O. Box 936257
Atlanta, GA 31193-6257

MSC Industrial Supply
P.O. Box 78845
Milwaukee, WI 53278-8845

Reladyne West, LLC
P.O. Box 955967
Saint Louis, MO 63195-5967

Rudy Silva Trucking
P.O. Box 3239
Fabens, TX 79838