| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Paso Del Norte Materials, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known): | 23-30252 |

☑ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express Customer Care & Billing P.O. Box 981535 El Paso, TX 79998 | | | | | | $89,135.59 |
| BioDyne P.O. Box 955967 Saint Louis, MO 63195-5967 | | | | | | $12,426.23 |
| Border International Truck-EP 12283 Rojas El Paso, TX 79936 | | | | | | $32,328.50 |
| Brewer Oil Co. 1025 Wall St. El Paso, TX 79915 | | | | | | $265,663.22 |
| C&R Distributing, LLC 140 S. Prado El Paso, TX 79907 | | | | | | $82,713.82 |
| Century Rentals 955 Loma Verde Rd. El Paso, TX 79936 | | | | | | $21,335.67 |
| Dump Truck & Loader Service Inc. 1645 Bessemer El Paso, TX 79936 | | | | | | $14,000.00 |
| Environmental & Safety Solutions 6044 Gateway Blvd. E, Ste. 303 El Paso, TX 79905 | | | | | | $50,930.00 |
| Fuels, LLC P.O. Box 150990 Ogden, UT 84415 | | | | | | $17,533.75 |

Debtor __Paso Del Norte Materials, LLC__　　　　　　Case number *(if known)* __23-30252__
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services. | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Long Horn Electrical Services, Inc. 2227 Texas Ave. El Paso, TX 79901 | | | | | | $32,643.52 |
| Office of the Attorney General Environmental Protection Division P.O. Box 12548 MC-066 Austin, TX 78711-2548 | | | | | | $234,880.59 |
| Prana Machinery 11640 Gateway East Blvd. El Paso, TX 79927 | | | | | | $28,145.48 |
| Purvis Industries P.O. Box 540757 Dallas, TX 75354 | | | | | | $20,437.16 |
| Reladyne West, LLC P.O. Box 955967 Saint Louis, MO 63195-5967 | | | | | | $31,559.69 |
| Reliable Asphalt Products P.O. Box 519 Shelbyville, KY 40066 | | | | | | $65,942.00 |
| Sapphire Gas Solutions, LLC Lockbox/P.O. Box 679262 Dallas, TX 75267-9262 | | | | | | $45,406.07 |
| Terracon 6460 Hiller St., Ste. A El Paso, TX 79925 | | | | | | $29,703.73 |
| U.S. Small Business Administration (SBA) Little Rock Commercial Loan Servicing Center 2120 Riverfront Drive, Ste. 100 Little Rock, AR 72202 | | | | | | $997,700.00 |

Debtor **Paso Del Norte Materials, LLC**
Name

Case number *(if known)* **23-30252**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Wagner Equipment Co. P.O. Box 919000 Denver, CO 80291-9000 | | | | | | $121,768.68 |
| Western Explosives Systems Co. 6875 South 900 East Midvale, UT 84047 | | | | | | $76,398.00 |

Fill in this information to identify the case:

Debtor name: **Paso Del Norte Materials, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/12/2023**

X _____
Signature of individual signing on behalf of debtor

**J&S Rosales, Ltd., 99% Limited Partner**
Printed name

**J&S Rosales, Mgmt., LLC, 1% General Partner**
**JOE A. ROSALES, JR., Managing Member**
Position or relationship to debtor