Fill in this information to identify the case:

Debtor Name: Paso Del Norte Materials LLC

United States Bankruptcy Court for the: Western District of Texas

Case number: 23-30252

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: March  Date report filed: 04/21/2023 (MM/DD/YYYY)

Line of business: Materials Producer  NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Jose A. Rosales, Jr.

Original signature of responsible party: _____

Printed name of responsible party: Jose A. Rosales, Jr.

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C  Monthly Operating Report for Small Business Under Chapter 11  page 1

Debtor Name  Paso Del Norte Materials LLC                       Case number 23-30252

17. Have you paid any bills you owed before you filed bankruptcy?    ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ 23,980.76

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 187,503.69

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.    − $ 177,706.28

    Report the total from *Exhibit D* here.

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $ 9,797.41

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.
    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ 33,778.17

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 3,896.67

    *(Exhibit E)*

Debtor Name **Paso Del Norte Materials LLC**     Case number **23-30252**

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables     $ **130,757.18**

   *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?     **23**
27. What is the number of employees as of the date of this monthly report?     **22**

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ **0.00**
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ **0.00**
30. How much have you paid this month in other professional fees?     $ **0.00**
31. How much have you paid in total other professional fees since filing the case?     $ **0.00**

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>Actual<br>Copy lines 20-22 of this report. | = | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ _____ | − | $ _____ | = | $ _____ |
| 33. Cash disbursements | $ _____ | − | $ _____ | = | $ _____ |
| 34. Net cash flow | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:     $ **395,000.00**
36. Total projected cash disbursements for the next month:     − $ **390,745.00**
37. Total projected net cash flow for the next month:     = $ **4,255.00**

Debtor Name **Paso Del Norte Materials LLC**       Case number **23-30252**

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [x] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

1:55 PM
04/21/23
Accrual Basis

Exhibit C

# Paso Del Norte Materials, LLC
## Account QuickReport
### As of March 31, 2023

| Type | Date | Num | Name | Memo | Debit |
|---|---|---|---|---|---|
| **GECU - Checking 3835** | | | | | |
| Deposit | 03/16/2023 | | Deposit Sales | Dep CC | 771.25 |
| Deposit | 03/16/2023 | | Deposit Sales | Deposit Sales | 3,450.00 |
| Deposit | 03/17/2023 | | Deposit Sales | Dep CC | 1,775.70 |
| Deposit | 03/17/2023 | | Deposit Sales | Deposit Sales | 11,418.69 |
| Deposit | 03/20/2023 | | Deposit Sales | Deposit Sales | 130.22 |
| Deposit | 03/20/2023 | | Deposit Sales | Deposit Sales | 3,603.99 |
| Deposit | 03/20/2023 | | Deposit Sales | Deposit Sales | 5,940.88 |
| Deposit | 03/20/2023 | | Deposit Sales | Deposit Sales | 10,613.87 |
| Deposit | 03/21/2023 | | Deposit Sales | Deposit Sales | 1,064.83 |
| Deposit | 03/21/2023 | | Deposit Sales | Deposit Sales | 5,695.01 |
| Deposit | 03/21/2023 | | JOSE ROSALES CONSTRUCTION | ST Loan to JRC Repaid | 7,000.00 |
| Deposit | 03/22/2023 | | Deposit Sales | Dep CC | 840.68 |
| Deposit | 03/22/2023 | | Deposit Sales | Deposit Sales | 5,154.00 |
| Deposit | 03/22/2023 | | Deposit Sales | Deposit Sales | 6,652.00 |
| Deposit | 03/22/2023 | | JAR CONCRETE, INC. | | 85,000.00 |
| | | | | Reimb PDN due to JAR unable to Wire to JRC from First American after Bank Sold | |
| Deposit | 03/23/2023 | | Deposit Sales | Dep CC | 140.03 |
| Deposit | 03/24/2023 | | Deposit Sales | Dep CC | 635.95 |
| Deposit | 03/24/2023 | | Deposit Sales | Deposit Sales | 9,632.72 |
| Deposit | 03/27/2023 | | Deposit Sales | Dep CC | 303.96 |
| Deposit | 03/27/2023 | | Deposit Sales | Deposit Sales | 9,563.50 |
| Deposit | 03/28/2023 | | Deposit Sales | Dep CC | 118.03 |
| Deposit | 03/28/2023 | | Deposit Sales | Deposit Sales | 3,227.00 |
| Deposit | 03/29/2023 | | Deposit Sales | Deposit Sales | 1,362.00 |
| Deposit | 03/30/2023 | | Deposit Sales | Dep CC | 64.56 |
| Deposit | 03/30/2023 | | Deposit Sales | Deposit Sales | 3,274.00 |
| Deposit | 03/30/2023 | | Deposit Sales | Deposit Sales | 6,707.00 |
| Deposit | 03/31/2023 | | Deposit Sales | Dep CC | 1,677.82 |
| Deposit | 03/31/2023 | | Deposit Sales | Deposit Sales | 1,786.00 |
| | | | | | **187,503.69** |
| | | | | | **187,503.69** |

1:55 PM
04/21/23
Accrual Basis

# Paso Del Norte Materials, LLC
## Account QuickReport
### As of March 31, 2023

| Type | Date | Num | Name | Memo | Credit |
|---|---|---|---|---|---|
| Bill Pmt -Check | 03/16/2023 | 40173 | AUTO ELECTRIC COMPANY | | 281.34 |
| Paycheck | 03/17/2023 | | Payroll Paid 03/17/23 | | 22,581.14 |
| Liability Check | 03/17/2023 | 40168 | TEXAS CHILD SUPPORT SDU | CAUSE 2006AG3111 | 90.46 |
| Bill Pmt -Check | 03/17/2023 | 40174 | ALEXJANDRO M QUINONEZ | REIMB FUEL | 109.06 |
| Bill Pmt -Check | 03/17/2023 | 40175 | FRANCISCO RUIZ. | REIMB FUEL | 55.48 |
| Bill Pmt -Check | 03/17/2023 | 40176 | JOE LOPEZ | REIMB FUEL | 116.33 |
| Bill Pmt -Check | 03/17/2023 | 40177 | IPE AGGREGATE, LLC | | 8,099.24 |
| Check | 03/17/2023 | | JOSE ROSALES CONSTRUCTION | ST Loan to Cover Wire Failure | 7,000.00 |
| Bill Pmt -Check | 03/20/2023 | 40178 | JUAN AVALOS. | FUEL REIMB | 111.84 |
| Check | 03/20/2023 | 40180 | IPE AGGREGATE, LLC | CONVEYOR FOR JAW CRUSHER | 3,429.39 |
| Check | 03/20/2023 | 40181 | RENE ROSALES | CAT 980 & 844 | 4,000.00 |
| Bill Pmt -Check | 03/21/2023 | 40182 | WAGNER CAT | PDN #950 HYD HOSE | 298.20 |
| Check | 03/21/2023 | | GCC SUN CITY MATERIALS | 75t Cement + Wire Fee | 14,748.00 |
| Check | 03/21/2023 | | JAR CONCRETE , INC. | jar gecu | 200.00 |
| Sales Tax Payment | 03/21/2023 | eft | TEXAS STATE COMPTROLLER | FEIN 27-1824837 | 9,031.52 |
| Bill Pmt -Check | 03/22/2023 | 40207 | NEW MEXICO STATE LAND OFFICE | FBO Lease #HA-333-0 | 0.18 |
| Check | 03/22/2023 | | GECU | Wire In fee | 5.00 |
| Bill Pmt -Check | 03/23/2023 | 40208 | DESERT ROCK COMPANY | 400 TNS SAND | 1,400.00 |
| Check | 03/23/2023 | 40209 | RENE ROSALES | FUEL MESQUITE | 1,500.00 |
| Bill Pmt -Check | 03/23/2023 | 40210 | ALEXJANDRO M QUINONEZ | #762 Fuel Rreimb | 72.10 |
| Check | 03/23/2023 | | GCC SUN CITY MATERIALS | 1 load cement 25 @ 196.43 | 4,911.00 |
| Check | 03/23/2023 | | GECU | Wire Fee | 15.00 |
| Check | 03/23/2023 | 40211 | RENE ROSALES | REIMB. FUEL | 1,800.00 |
| Paycheck | 03/24/2023 | | Payroll Paid 03/24/23 | | 22,704.38 |
| Liability Check | 03/24/2023 | 40206 | TEXAS CHILD SUPPORT SDU | CAUSE 2006AG3111 | 90.46 |
| Bill Pmt -Check | 03/24/2023 | 40212 | RENE ROSALES | Fuel for Mixer Trucks | 1,500.00 |
| Bill Pmt -Check | 03/24/2023 | 40213 | JUAN AVALOS. | REIMB. FUEL | 122.69 |
| Check | 03/27/2023 | | GCC SUN CITY MATERIALS | 25t Cement + Wire Fee | 4,926.00 |
| Check | 03/28/2023 | 40214 | JUAN-AVALOS | REIMB. FUEL & DEF | 1,650.00 |
| Check | 03/28/2023 | | GCC SUN CITY MATERIALS | 25t Cement + Wire Fee | 4,926.00 |
| Bill Pmt -Check | 03/29/2023 | 40215 | AUTO ELECTRIC COMPANY | | 312.84 |
| Bill Pmt -Check | 03/30/2023 | 40242 | DESERT ROCK COMPANY | 400 TNS SAND | 1,400.00 |
| Check | 03/30/2023 | | GCC SUN CITY MATERIALS | 25t Cement + Wire Fee | 4,926.00 |
| Liability Check | 03/30/2023 | 40243 | UNITED STATES TREASURY | 27-1824837 | 3,522.03 |
| Paycheck | 03/31/2023 | | Payroll Paid 03/31/23 | | 25,322.30 |
| Liability Check | 03/31/2023 | 40241 | TEXAS CHILD SUPPORT SDU | CAUSE 2006AG3111 | 90.46 |
| Paycheck | 03/31/2023 | 40245 | CORDERO, LEOBARDO H | | 704.75 |
| Bill Pmt -Check | 03/31/2023 | 40247 | ALEXJANDRO M QUINONEZ | Fuel Reimb | 73.10 |
| Bill Pmt -Check | 03/31/2023 | 40248 | FRANCISCO RUIZ. | Fuel Reimb | 84.49 |
| Bill Pmt -Check | 03/31/2023 | 40249 | JOE LOPEZ | Fuel Reimb | 101.25 |
| Bill Pmt -Check | 03/31/2023 | 40250 | JUAN AVALOS. | Fuel Reimb | 147.43 |
| Bill Pmt -Check | 03/31/2023 | 40251 | RENE ROSALES | Fuel 2061, 2062, 2018 | 1,800.00 |
| Bill Pmt -Check | 03/31/2023 | 40252 | JUAN AVALOS. | Mixer Trucks Fuel | 1,500.00 |
| Paycheck | 03/31/2023 | 40253 | LOPEZ, JOSE G | | 1,348.92 |
| Check | 03/31/2023 | | JAR CONCRETE , INC. | Jar GECU | 10,200.00 |
| Check | 03/31/2023 | | GCC SUN CITY MATERIALS | 50t Cement + Wire Fee | 9,837.00 |
| Check | 03/31/2023 | | GECU | Service Charge | 60.90 |
| Check | 03/31/2023 | 40244 | Weststar Bank | Open DIP Account | 500.00 |
| Total GECU - Checking 3835 | | | | | 177,706.28 |
| **TOTAL** | | | | | **177,706.28** |

3:37 PM
04/21/23

**Paso Del Norte Materials, LLC**
**Transaction List by Vendor**
March 15 - 31, 2023

| | Type | Date | Num | Memo | Account | Split | Paid | Debit | Credit | DUE DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| **AT&T** | | | | | | | | | | |
| | Bill | 03/19/2023 | 9156296814-2303 | Plant Telephone | Accounts Payable | Telephone Expense | Unpaid | | 376.15 | 4/15/2023 |
| **EL PASO WATER UTILITIES** | | | | | | | | | | |
| | Bill | 03/29/2023 | 4521710000-2303 | QUARRY HYDRANT | Accounts Payable | Quarry - Water Hydrant | Unpaid | | 2,830.52 | 4/15/2023 |
| **JUAN AGUIRRE** | | | | | | | | | | |
| | Bill | 03/27/2023 | 451603 | Fuel Reimbursement | Accounts Payable | Fuel | Unpaid | | 40.00 | 4/15/2023 |
| **NEW MEXICO TECH-BUREAU OF MINE SAFETY** | | | | | | | | | | |
| | Bill | 03/27/2023 | 23-0317 | MSHA Safety Training | Accounts Payable | Safety Expense | Unpaid | | 650.00 | 4/15/2023 |
| | | | | | | | | | **3,896.67** | |

2:22 PM
04/21/23

Exhibit F

# Paso Del Norte Materials, LLC
## A/R Aging Summary
### As of March 31, 2023

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| AZTEC READY MIX | 0.00 | 6,352.20 | 0.00 | 0.00 | 0.00 | 6,352.20 |
| BELLA HOMES, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 600.79 | 600.79 |
| Build Masters Construction | 0.00 | 0.00 | 0.00 | 0.00 | 2,516.81 | 2,516.81 |
| CLASSIC AMERICAN HOMES | 0.00 | 0.00 | 0.00 | 0.00 | 510.94 | 510.94 |
| COD SALES | 0.00 | 1,631.74 | 254.44 | 0.00 | 0.00 | 1,886.18 |
| EMPIRE WELDING | 0.00 | 0.00 | 0.00 | 0.00 | 7,266.42 | 7,266.42 |
| FELIPE ROCHA | 0.00 | 0.00 | 0.00 | 0.00 | 5,738.89 | 5,738.89 |
| HAWK CONSTRUCTION | 0.00 | 0.00 | 0.00 | 0.00 | 1,280.00 | 1,280.00 |
| JAR Concrete, Inc. | | | | | | |
|   2017-841 NORTH SKIES | 0.00 | 3,960.00 | 0.00 | 0.00 | 0.00 | 3,960.00 |
|   2019-902 TRANSMOUNTAIN | 3,314.25 | 45,710.25 | 0.00 | 0.00 | 0.00 | 49,024.50 |
|   2021-1305 Parkway Structures | 375.00 | 4,562.50 | 0.00 | 0.00 | 0.00 | 4,937.50 |
|   2022-0377 TROWBRIDGE DRIVE IMPROVEME... | 0.00 | 14,020.97 | 0.00 | 0.00 | 0.00 | 14,020.97 |
| Total JAR Concrete, Inc. | 3,689.25 | 68,253.72 | 0.00 | 0.00 | 0.00 | 71,942.97 |
| JM CONCRETE CONSTRUCTION | 0.00 | 0.00 | 0.00 | 0.00 | 5,310.86 | 5,310.86 |
| LEH HOMES | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 | 300.00 |
| LMJ CONSTRUCTION, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 2,810.17 | 2,810.17 |
| MA BUILDERS & DESIGN HOMES, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 6,392.17 | 6,392.17 |
| MAJOR MOTION LOGISTICS | 0.00 | 0.00 | 0.00 | 0.00 | 2,190.07 | 2,190.07 |
| MJK CONSTRUCTION | 0.00 | 0.00 | 0.00 | 0.00 | 1,655.50 | 1,655.50 |
| R MIMBELA CONTRACTING | 0.00 | 0.00 | 0.00 | 0.00 | 6,588.20 | 6,588.20 |
| RASSETTE HOMES | 0.00 | 0.00 | 0.00 | 0.00 | 1,343.19 | 1,343.19 |
| ROSEWOOD DESIGN & BUILD | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 3.00 |
| RUDY SILVA TRUCKING | 0.00 | 0.00 | 0.00 | 0.00 | 6,306.90 | 6,306.90 |
| SARATOGA HOMES | 0.00 | -2,172.84 | 0.00 | 0.00 | 879.41 | -1,293.43 |
| TBN CONSTRUCTION & DEVELOPMENT LLC | 0.00 | 0.00 | 0.00 | 0.00 | 207.84 | 207.84 |
| WESTSIDE WELDING | 0.00 | 0.00 | 0.00 | 0.00 | 585.00 | 585.00 |
| WINTON FLAIR HOMES | 0.00 | 0.00 | 0.00 | 0.00 | 262.51 | 262.51 |
| TOTAL | 3,689.25 | 74,064.82 | 254.44 | 0.00 | 52,748.67 | 130,757.18 |

Page 1

CASE NAME: PASO DEL NORTE MATERIALS LLC
CASE NUMBER: 23-30252

**SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-1**

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 2023 March | MONTH | MONTH | MONTH | MONTH | MONTH | Six Months To Date |
|---|---|---|---|---|---|---|---|
| 1 CASH-BEGINNING OF MONTH | $ 23,980.76 | | | | | | $ 23,980.76 |
| RECEIPTS: | | | | | | | |
| 2 CASH SALES | 95,503.69 | | | | | | 95,503.69 |
| 3 COLLECTION OF ACCOUNTS RECEIVABLE | 0.00 | | | | | | 0.00 |
| 4 LOANS & ADVANCES (attach list) | 92,000.00 | | | | | | 92,000.00 |
| 5 SALE OF ASSETS | 0.00 | | | | | | 0.00 |
| 6 OTHER (attach list) | 0.00 | | | | | | 0.00 |
| TOTAL RECEIPTS** | $ 187,503.69 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 187,503.69 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | 0.00 | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7 NET PAYROLL | 72,681.49 | | | | | | 72,681.49 |
| 8 PAYROLL TAXES PAID | 3,522.03 | | | | | | 3,522.03 |
| 9 SALES, USE & OTHER TAXES PAID | 9,303.08 | | | | | | 9,303.08 |
| 10 SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11 UTILITIES & TELEPHONE | | | | | | | 0.00 |
| 12 INSURANCE | | | | | | | 0.00 |
| 13 INVENTORY PURCHASES | 47,071.10 | | | | | | 47,071.10 |
| 14 VEHICLE EXPENSES | 10,671.67 | | | | | | 10,671.67 |
| 15 TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16 REPAIRS, MAINTENANCE & SUPPLIES | 16,421.01 | | | | | | 16,421.01 |
| 17 ADMINISTRATIVE & SELLING | 655.90 | | | | | | 655.90 |
| 18 OTHER (attach list) | 17,400.00 | | | | | | 17,400.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | $ 177,706.28 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 177,706.28 |
| 19 PROFESSIONAL FEES | | | | | | | 0.00 |
| 20 U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21 OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | $ 177,706.28 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 177,706.28 |
| 22 NET CASH FLOW | 9,797.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,797.41 |
| 23 CASH - END OF MONTH (SMOR-2) | $ 33,778.17 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 33,778.17 |

\* Applies to Individual debtors only

**SBMOR-Exhibit B-1**  \*\*Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on SBMOR-Exhibit B-2

*Revised 01/31/2014*

CASE NAME: PASO DEL NORTE MATERIALS LLC
CASE NUMBER: 23-30252
SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-2

## CASH ACCOUNT RECONCILIATION
## MONTH OF March 2023

| BANK NAME | GECU | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # ●●●●●35 | # | # | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BEGINNING BANK BALANCE | $ 144,685.30 | | | | $ 144,685.30 |
| RECEIPTS | 266,856.90 | | | | 266,856.90 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS | 344,091.04 | | | | 344,091.04 |
| ENDING BANK BALANCE | $ 67,451.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 67,451.16 |
| DEPOSITS IN TRANSIT | | | | | 0.00 |
| OUTSTANDING CHECKS | 33,673.04 | | | | 33,673.04 |
| ADJUSTED BANK BALANCE | $ 33,778.12 | $ 0.00 | $ 0.00 | $ 0.00 | $ 33,778.12 |
| BEGINNING CASH - PER BOOKS* | $ 144,685.30 | | | | $ 144,685.30 |
| RECEIPTS* | 266,856.90 | | | | 266,856.90 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 344,091.04 | | | | 344,091.04 |
| ENDING CASH - PER BOOKS* | $ 67,451.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 67,451.16 |

**SBMOR-Exhibit B-2**     * Numbers should balance (match) BEGINNING CASH, TOTAL RECEIPTS, TOTAL DISBURSEMENTS     *Revised 01/31/2014*
and ENDING CASH lines on SBMOR-Exhibit B-1. Copies of all bank statements should be attached.

9:04 AM
04/03/23

# Paso Del Norte Materials, LLC
# Reconciliation Detail
## GECU - Checking 3835, Period Ending 03/31/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 79,030.29 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 03/30/2023 | | GCC SUN CITY MA... | X | -4,926.00 | -4,926.00 |
| Check | 03/31/2023 | | JAR CONCRETE , I... | X | -10,200.00 | -15,126.00 |
| Check | 03/31/2023 | | GCC SUN CITY MA... | X | -9,837.00 | -24,963.00 |
| Check | 03/31/2023 | | GECU | X | -60.90 | -25,023.90 |
| **Total Checks and Payments** | | | | | -25,023.90 | -25,023.90 |
| **Deposits and Credits - 4 items** | | | | | | |
| Deposit | 03/30/2023 | | | X | 3,274.00 | 3,274.00 |
| Deposit | 03/30/2023 | | | X | 6,707.00 | 9,981.00 |
| Deposit | 03/31/2023 | | | X | 1,677.82 | 11,658.82 |
| Deposit | 03/31/2023 | | | X | 1,786.00 | 13,444.82 |
| **Total Deposits and Credits** | | | | | 13,444.82 | 13,444.82 |
| **Total Cleared Transactions** | | | | | -11,579.08 | -11,579.08 |
| **Cleared Balance** | | | | | -11,579.08 | 67,451.21 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 37 items** | | | | | | |
| Bill Pmt -Check | 03/29/2023 | 40215 | AUTO ELECTRIC C... | | -312.84 | -312.84 |
| Bill Pmt -Check | 03/30/2023 | 40242 | DESERT ROCK CO... | | -1,400.00 | -1,712.84 |
| Paycheck | 03/31/2023 | 40232 | RODRIGUEZ, RUBEN | | -2,680.43 | -4,393.27 |
| Bill Pmt -Check | 03/31/2023 | 40251 | RENE ROSALES | | -1,800.00 | -6,193.27 |
| Bill Pmt -Check | 03/31/2023 | 40252 | JUAN AVALOS. | | -1,500.00 | -7,693.27 |
| Paycheck | 03/31/2023 | 40253 | LOPEZ, JOSE G | | -1,348.92 | -9,042.19 |
| Paycheck | 03/31/2023 | 40224 | LOPEZ, JOSE G | | -1,348.91 | -10,391.10 |
| Paycheck | 03/31/2023 | 40240 | AVALOS, JUAN | | -1,238.70 | -11,629.80 |
| Paycheck | 03/31/2023 | 40217 | AVALOS, MIGUEL | | -1,181.83 | -12,811.63 |
| Paycheck | 03/31/2023 | 40227 | MEDRANO, RAMON | | -1,123.52 | -13,935.15 |
| Paycheck | 03/31/2023 | 40229 | QUINONEZ, ALEJA... | | -1,122.65 | -15,057.80 |
| Paycheck | 03/31/2023 | 40218 | BUENDIA, LUIS G | | -1,117.10 | -16,174.90 |
| Paycheck | 03/31/2023 | 40226 | MARTINEZ, CESAR... | | -1,083.44 | -17,258.34 |
| Paycheck | 03/31/2023 | 40223 | GUTIERREZ, OSCA... | | -1,059.17 | -18,317.51 |
| Paycheck | 03/31/2023 | 40222 | GONZALEZ SOTEL... | | -994.27 | -19,311.78 |
| Paycheck | 03/31/2023 | 40225 | MANRIQUEZ CARO... | | -982.53 | -20,294.31 |
| Paycheck | 03/31/2023 | 40220 | DELGADO, ROGELI... | | -970.19 | -21,264.50 |
| Paycheck | 03/31/2023 | 40236 | SANTELLANES, JE... | | -958.28 | -22,222.78 |
| Paycheck | 03/31/2023 | 40238 | TOVAR PAYAN, FE... | | -912.88 | -23,135.66 |
| Paycheck | 03/31/2023 | 40234 | RUIZ, FRANCISCO J | | -872.76 | -24,008.42 |
| Paycheck | 03/31/2023 | 40230 | RODARTE ROJAS, ... | | -871.88 | -24,880.30 |
| Paycheck | 03/31/2023 | 40246 | RUIZ, FRANCISCO J | | -847.88 | -25,728.18 |
| Paycheck | 03/31/2023 | 40231 | RODARTE, LOUIS ... | | -798.99 | -26,527.17 |
| Paycheck | 03/31/2023 | 40216 | AGUIRRE, ALFREDO | | -730.41 | -27,257.58 |
| Paycheck | 03/31/2023 | 40219 | CORDERO, LEOBA... | | -727.06 | -27,984.64 |
| Paycheck | 03/31/2023 | 40239 | VALENCIA, FRANC... | | -715.35 | -28,699.99 |
| Paycheck | 03/31/2023 | 40245 | CORDERO, LEOBA... | | -704.75 | -29,404.74 |
| Paycheck | 03/31/2023 | 40228 | MONTOYA, RAFAEL | | -680.78 | -30,085.52 |
| Paycheck | 03/31/2023 | 40233 | ROSALES, JOSEP... | | -646.86 | -30,732.38 |
| Paycheck | 03/31/2023 | 40235 | SALINAS, MIGUEL A | | -626.79 | -31,359.17 |
| Paycheck | 03/31/2023 | 40221 | ENRIQUEZ, GLORIA | | -567.89 | -31,927.06 |
| Paycheck | 03/31/2023 | 40237 | TERUEL, DANIEL F | | -461.75 | -32,388.81 |
| Bill Pmt -Check | 03/31/2023 | 40250 | JUAN AVALOS. | | -147.43 | -32,536.24 |
| Bill Pmt -Check | 03/31/2023 | 40249 | JOE LOPEZ | | -101.25 | -32,637.49 |
| Liability Check | 03/31/2023 | 40241 | TEXAS CHILD SUP... | | -90.46 | -32,727.95 |
| Bill Pmt -Check | 03/31/2023 | 40248 | FRANCISCO RUIZ. | | -84.49 | -32,812.44 |
| Bill Pmt -Check | 03/31/2023 | 40247 | ALEXJANDRO M Q... | | -73.10 | -32,885.54 |
| **Total Checks and Payments** | | | | | -32,885.54 | -32,885.54 |
| **Total Uncleared Transactions** | | | | | -32,885.54 | -32,885.54 |
| **Register Balance as of 03/31/2023** | | | | | -44,464.62 | 34,565.67 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |

Page 1






**GECU FEDERAL CREDIT UNION**
P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

PASO DEL NORTE MATERIALS LLC
8000 ESCOBAR DR
EL PASO TX 79907-1854

Account Number: ●●●●3835
Statement Date: 03/31/23
Page 1 of 7

**IMAGINE POSSIBILITIES**
WITH A GECU HOME EQUITY LOAN*

Apply now at gecu.com!

 *Details at gecu.com

# member statement

## Checking Account ●●●●3835

**All Transactions by Date**

| Date | Description | | Amount | Balance |
|---|---|---|---:|---:|
| 02/28 | Balance Forward | | | 144,685.30 |
| 03/01 | EIRTHPAY | CR CD DEP | 2,170.76 | 146,856.06 |
| 03/01 | EIRTHPAY | MTHLY FEES | 69.92- | 146,786.14 |
| 03/01 | Check Number | 40065 | 3,850.00- | 142,936.14 |
| 03/01 | Check Number | 40068 | 700.00- | 142,236.14 |
| 03/01 | Check Number | 40045 | 1,059.17- | 141,176.97 |
| 03/01 | Check Number | 40070 | 627.85- | 140,549.12 |
| 03/01 | Check Number | 40055 | 2,674.01- | 137,875.11 |
| 03/02 | CHARGE ANYWHERE FIRST ACH | | 10.00- | 137,865.11 |
| 03/02 | TRANSFER TO CK XXXXXX7885 | | 100.00- | 137,765.11 |
| 03/02 | Deposit | | 1,363.00 | 139,128.11 |
| 03/02 | Deposit | | 2,408.00 | 141,536.11 |
| 03/02 | Check Number | 40067 | 53.73- | 141,482.38 |
| 03/02 | Check Number | 40046 | 1,348.89- | 140,133.49 |
| 03/02 | Check Number | 40071 | 1,400.00- | 138,733.49 |
| 03/02 | Check Number | 40097 | 179.85- | 138,553.64 |
| 03/02 | Check Number | 40098 | 658.02- | 137,895.62 |
| 03/03 | EIRTHPAY | CR CD DEP | 1,108.74 | 139,004.36 |
| 03/03 | Wire Out GCC | | 9,222.00- | 129,782.36 |
| 03/03 | WIRE FEE | | 15.00- | 129,767.36 |
| 03/03 | TRANSFER TO CK XXXXXX9569 | | 28,000.00- | 101,767.36 |
| 03/03 | Deposit | | 10,013.46 | 111,780.82 |
| 03/03 | Deposit | | 1,384.00 | 113,164.82 |
| 03/03 | Check Number | 40063 | 90.46- | 113,074.36 |
| 03/03 | Check Number | 40100 | 118.88- | 112,955.48 |
| 03/06 | EIRTHPAY | CR CD DEP | 3,701.58 | 116,657.06 |
| 03/06 | EIRTHPAY | CR CD DEP | 660.30 | 117,317.36 |
| 03/06 | PER MEMBER REQUEST | | 10,000.00- | 107,317.36 |
| 03/06 | TRANSFER TO CK XXXXXX7885 | | 200.00- | 107,117.36 |
| 03/06 | TRANSFER TO CK XXXXXX9569 | | 300.00- | 106,817.36 |
| 03/06 | Deposit | | 3,169.00 | 109,986.36 |
| 03/06 | Check Number | 40086 | 882.50- | 109,103.86 |
| 03/06 | Check Number | 40091 | 1,024.55- | 108,079.31 |
| 03/06 | Check Number | 40092 | 1,132.01- | 106,947.30 |
| 03/06 | Check Number | 40083 | 518.82- | 106,428.48 |
| 03/06 | Check Number | 40069 | 464.00- | 105,964.48 |
| 03/06 | Check Number | 40085 | 1,064.52- | 104,899.96 |

------------ Continued -------------


**GECU** FEDERAL CREDIT UNION P.O. Box 20998 • El Paso, Texas 79998-0998 915.778.9221 or 800.772.4328 USA

| | |
|---|---|
| Account Number: | ████3835 |
| Statement Date: | 03/31/23 |

Page 2 of 7

# member statement

•••••••••••••••••••••••••••••••••••••••••• **Checking Account** ████3835 ••••••••••••••••••••••••••••••••••••••••••

| Date | Description | | Amount | Balance |
|---|---|---|---:|---:|
| 03/06 | Check Number | 40090 | 346.69- | 104,553.27 |
| 03/06 | Check Number | 40082 | 620.05- | 103,933.22 |
| 03/06 | Check Number | 40077 | 1,059.17- | 102,874.05 |
| 03/06 | Check Number | 40103 | 30.02- | 102,844.03 |
| 03/06 | Check Number | 40078 | 1,348.91- | 101,495.12 |
| 03/06 | Check Number | 40080 | 404.26- | 101,090.86 |
| 03/06 | Check Number | 40081 | 912.06- | 100,178.80 |
| 03/06 | Check Number | 40105 | 2,100.00- | 98,078.80 |
| 03/06 | Check Number | 40088 | 646.86- | 97,431.94 |
| 03/06 | Check Number | 40108 | 100.00- | 97,331.94 |
| 03/06 | Check Number | 40107 | 487.13- | 96,844.81 |
| 03/06 | Check Number | 40095 | 1,238.69- | 95,606.12 |
| 03/06 | Check Number | 40084 | 1,122.65- | 94,483.47 |
| 03/06 | Check Number | 40101 | 60.32- | 94,423.15 |
| 03/06 | Check Number | 40075 | 1,198.65- | 93,224.50 |
| 03/06 | Check Number | 40074 | 727.07- | 92,497.43 |
| 03/06 | Check Number | 40089 | 872.76- | 91,624.67 |
| 03/06 | Check Number | 40102 | 107.87- | 91,516.80 |
| 03/06 | Check Number | 40087 | 2,721.13- | 88,795.67 |
| 03/07 | EIRTHPAY | CR CD DEP | 2,739.93 | 91,535.60 |
| 03/07 | Deposit | | 3,524.00 | 95,059.60 |
| 03/07 | Check Number | 40096 | 90.46- | 94,969.14 |
| 03/07 | Check Number | 40104 | 1,123.35- | 93,845.79 |
| 03/07 | Check Number | 40072 | 943.01- | 92,902.78 |
| 03/07 | Check Number | 40076 | 1,096.17- | 91,806.61 |
| 03/07 | Check Number | 40079 | 521.16- | 91,285.45 |
| 03/07 | Check Number | 40106 | 316.28- | 90,969.17 |
| 03/07 | Check Number | 40073 | 1,031.05- | 89,938.12 |
| 03/08 | EIRTHPAY | CR CD DEP | 2,024.19 | 91,962.31 |
| 03/08 | Wire Out GCC | | 9,822.00- | 82,140.31 |
| 03/08 | WIRE FEE | | 15.00- | 82,125.31 |
| 03/08 | Deposit | | 11,881.22 | 94,006.53 |
| 03/08 | Deposit | | 5,823.00 | 99,829.53 |
| 03/08 | Check Number | 40109 | 622.44- | 99,207.09 |
| 03/08 | Check Number | 40099 | 2,344.00- | 96,863.09 |
| 03/09 | Check Number | 40111 | 170.70- | 96,692.39 |
| 03/10 | EIRTHPAY | CR CD DEP | 2,930.97 | 99,623.36 |
| 03/10 | TRANSFER TO CK | XXXXXX9569 | 27,000.00- | 72,623.36 |
| 03/10 | Check Number | 40135 | 487.01- | 72,136.35 |
| 03/10 | Check Number | 40131 | 1,238.71- | 70,897.64 |
| 03/10 | Check Number | 40139 | 135.16- | 70,762.48 |
| 03/13 | EIRTHPAY | CR CD DEP | 1,289.64 | 72,052.12 |
| 03/13 | EIRTHPAY | CR CD DEP | 291.67 | 72,343.79 |
| 03/13 | TRANSFER TO CK | XXXXXX7885 | 150.00- | 72,193.79 |
| 03/13 | Deposit | | 3,195.00 | 75,388.79 |
| 03/13 | Deposit | | 8,842.13 | 84,230.92 |
| 03/13 | Check Number | 40124 | 765.59- | 83,465.33 |
| 03/13 | Check Number | 40128 | 685.59- | 82,779.74 |
| 03/13 | Check Number | 40130 | 876.33- | 81,903.41 |
| 03/13 | Check Number | 40123 | 883.74- | 81,019.67 |
| 03/13 | Check Number | 40116 | 1,059.17- | 79,960.50 |
| 03/13 | Check Number | 40141 | 1,400.00- | 78,560.50 |
| 03/13 | Check Number | 40126 | 646.86- | 77,913.64 |
| 03/13 | Check Number | 40120 | 814.20- | 77,099.44 |
| 03/13 | Check Number | 40118 | 559.04- | 76,540.40 |
| 03/13 | Check Number | 40115 | 1,014.23- | 75,526.17 |
| 03/13 | Check Number | 40137 | 2,934.50- | 72,591.67 |
| 03/13 | Check Number | 40127 | 872.75- | 71,718.92 |
| 03/13 | Check Number | 40114 | 727.05- | 70,991.87 |

------------ Continued ------------


**GECU**
WE'RE WITH YOU.
P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

| Account Number: | ●●●3835 |
|---|---|
| Statement Date: | 03/31/23 |

Page 3 of 7

# member statement

••••••••••••••••••••••••••••••••••••••••• **Checking Account**     ●●●3835 •••••••••••••••••••••••••••••••••••••••••

| Date | Description | | Amount | Balance |
|---|---|---|---:|---:|
| 03/14 | EIRTHPAY | CR CD DEP | 5,440.46 | 76,432.33 |
| 03/14 | Wire Out GCC | | 9,622.00- | 66,810.33 |
| 03/14 | WIRE FEE | | 15.00- | 66,795.33 |
| 03/14 | Deposit | | 3,157.18 | 69,952.51 |
| 03/14 | Check Number | 40140 | 1,242.36- | 68,710.15 |
| 03/14 | Check Number | 40138 | 5,962.25- | 62,747.90 |
| 03/14 | Check Number | 40112 | 1,420.55- | 61,327.35 |
| 03/14 | Check Number | 40136 | 70.00- | 61,257.35 |
| 03/14 | Check Number | 40134 | 420.00- | 60,837.35 |
| 03/14 | Check Number | 40117 | 1,348.91- | 59,488.44 |
| 03/14 | Check Number | 40142 | 1,300.00- | 58,188.44 |
| 03/14 | Check Number | 40113 | 1,050.91- | 57,137.53 |
| 03/15 | EIRTHPAY | CR CD DEP | 404.03 | 57,541.56 |
| 03/15 | Deposit | | 1,831.00 | 59,372.56 |
| 03/15 | Check Number | 40129 | 980.37- | 58,392.19 |
| 03/15 | Check Number | 40145 | 1,521.89- | 56,870.30 |
| 03/15 | Check Number | 40121 | 596.74- | 56,273.56 |
| 03/15 | Check Number | 40110 | 7,626.45- | 48,647.11 |
| 03/15 | Check Number | 40144 | 12,500.00- | 36,147.11 |
| 03/16 | EIRTHPAY | CR CD DEP | 771.25 | 36,918.36 |
| 03/16 | Deposit | | 3,450.00 | 40,368.36 |
| 03/16 | Check Number | 40143 | 4,000.00- | 36,368.36 |
| 03/16 | Check Number | 40132 | 90.46- | 36,277.90 |
| 03/16 | Check Number | 40122 | 1,122.64- | 35,155.26 |
| 03/17 | EIRTHPAY | CR CD DEP | 1,775.70 | 36,930.96 |
| 03/17 | TRANSFER TO CK | XXXXXX9569 | 7,000.00- | 29,930.96 |
| 03/17 | Deposit | | 11,418.69 | 41,349.65 |
| 03/17 | Check Number | 40174 | 109.06- | 41,240.59 |
| 03/17 | Check Number | 40158 | 1,122.66- | 40,117.93 |
| 03/17 | Check Number | 40119 | 560.89- | 39,557.04 |
| 03/17 | Check Number | 40171 | 4,500.00- | 35,057.04 |
| 03/20 | EIRTHPAY | CR CD DEP | 3,603.99 | 38,661.03 |
| 03/20 | EIRTHPAY | CR CD DEP | 130.22 | 38,791.25 |
| 03/20 | Deposit | | 10,613.87 | 49,405.12 |
| 03/20 | Deposit | | 5,940.88 | 55,346.00 |
| 03/20 | Check Number | 40160 | 765.59- | 54,580.41 |
| 03/20 | Check Number | 40165 | 814.19- | 53,766.22 |
| 03/20 | Check Number | 40166 | 876.32- | 52,889.90 |
| 03/20 | Check Number | 40159 | 835.32- | 52,054.58 |
| 03/20 | Check Number | 40152 | 1,059.17- | 50,995.41 |
| 03/20 | Check Number | 40164 | 784.43- | 50,210.98 |
| 03/20 | Check Number | 40156 | 1,048.98- | 49,162.00 |
| 03/20 | Check Number | 40173 | 281.34- | 48,880.66 |
| 03/20 | Check Number | 40155 | 1,008.93- | 47,871.73 |
| 03/20 | Check Number | 40167 | 417.66- | 47,454.07 |
| 03/20 | Check Number | 40172 | 1,238.69- | 46,215.38 |
| 03/20 | Check Number | 40151 | 1,106.45- | 45,108.93 |
| 03/20 | Check Number | 40161 | 2,608.58- | 42,500.35 |
| 03/20 | Check Number | 40148 | 727.06- | 41,773.29 |
| 03/20 | Check Number | 40175 | 55.48- | 41,717.81 |
| 03/20 | Check Number | 40163 | 872.76- | 40,845.05 |
| 03/21 | EIRTHPAY | CR CD DEP | 1,064.83 | 41,909.88 |
| 03/21 | TRANSFER TO CK | XXXXXX7885 | 200.00- | 41,709.88 |
| 03/21 | TRNSFER FRM CK | XXXXXX9569 | 7,000.00 | 48,709.88 |
| 03/21 | Wire Out GCC | | 14,733.00- | 33,976.88 |
| 03/21 | WIRE FEE | | 15.00- | 33,961.88 |
| 03/21 | Deposit | | 5,695.01 | 39,656.89 |
| 03/21 | Check Number | 40177 | 8,099.24- | 31,557.65 |
| 03/21 | Check Number | 40168 | 90.46- | 31,467.19 |

------------ Continued ------------



**GECU FEDERAL CREDIT UNION**
P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

| Account Number: | ####8835 |
|---|---|
| Statement Date: | 03/31/23 |

Page 4 of 7

# member statement

**Checking Account** ####8835

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 03/21 | Check Number | 40154 | 1,077.15- | 30,390.04 |
| 03/21 | Check Number | 40146 | 1,015.73- | 29,374.31 |
| 03/21 | Check Number | 40162 | 646.86- | 28,727.45 |
| 03/21 | Check Number | 40178 | 111.84- | 28,615.61 |
| 03/21 | Check Number | 40150 | 1,050.01- | 27,565.60 |
| 03/21 | Check Number | 40147 | 1,084.01- | 26,481.59 |
| 03/22 | EIRTHPAY | CR CD DEP | 840.68 | 27,322.27 |
| 03/22 | WEBFILE TAX PYMT DD | | 9,031.52- | 18,290.75 |
| 03/22 | Wire In JAR CONCRETE INC | | 85,000.00 | 103,290.75 |
| 03/22 | WIRE FEE | | 5.00- | 103,285.75 |
| 03/22 | Deposit | | 6,552.00 | 109,837.75 |
| 03/22 | Check Number | 40169 | 1,595.18- | 108,242.57 |
| 03/22 | Check Number | 40180 | 3,429.39- | 104,813.18 |
| 03/22 | Check Number | 40170 | 9.68- | 104,803.50 |
| 03/22 | Check Number | 40181 | 4,000.00- | 100,803.50 |
| 03/23 | EIRTHPAY | CR CD DEP | 140.03 | 100,943.53 |
| 03/23 | Wire Out GCC | | 4,911.00- | 96,032.53 |
| 03/23 | WIRE FEE | | 15.00- | 96,017.53 |
| 03/23 | Deposit | | 5,154.00 | 101,171.53 |
| 03/23 | Check Number | 40182 | 298.20- | 100,873.33 |
| 03/24 | EIRTHPAY | CR CD DEP | 635.95 | 101,509.28 |
| 03/24 | Deposit | | 9,632.72 | 111,142.00 |
| 03/24 | Check Number | 40153 | 1,348.91- | 109,793.09 |
| 03/24 | Check Number | 40176 | 116.33- | 109,676.76 |
| 03/24 | Check Number | 40208 | 1,400.00- | 108,276.76 |
| 03/24 | Check Number | 40211 | 1,800.00- | 106,476.76 |
| 03/25 | Check Number | 40210 | 72.10- | 106,404.66 |
| 03/25 | Check Number | 40195 | 1,122.66- | 105,282.00 |
| 03/27 | EIRTHPAY | CR CD DEP | 303.96 | 105,585.96 |
| 03/27 | Wire Out GCC | | 4,911.00- | 100,674.96 |
| 03/27 | WIRE FEE | | 15.00- | 100,659.96 |
| 03/27 | Deposit | | 9,563.50 | 110,223.46 |
| 03/27 | Check Number | 40197 | 877.27- | 109,346.19 |
| 03/27 | Check Number | 40207 | .18- | 109,346.01 |
| 03/27 | Check Number | 40190 | 1,348.90- | 107,997.11 |
| 03/27 | Check Number | 40201 | 614.62- | 107,382.49 |
| 03/27 | Check Number | 40203 | 901.03- | 106,481.46 |
| 03/27 | Check Number | 40194 | 596.74- | 105,884.72 |
| 03/27 | Check Number | 40157 | 761.07- | 105,123.65 |
| 03/27 | Check Number | 40202 | 792.10- | 104,331.55 |
| 03/27 | Check Number | 40196 | 835.33- | 103,496.22 |
| 03/27 | Check Number | 40193 | 831.94- | 102,664.28 |
| 03/27 | Check Number | 40189 | 1,059.16- | 101,605.12 |
| 03/27 | Check Number | 40199 | 646.86- | 100,958.26 |
| 03/27 | Check Number | 40192 | 767.57- | 100,190.69 |
| 03/27 | Check Number | 40209 | 1,500.00- | 98,690.69 |
| 03/27 | Check Number | 40212 | 1,500.00- | 97,190.69 |
| 03/27 | Check Number | 40205 | 1,238.69- | 95,952.00 |
| 03/27 | Check Number | 40213 | 122.69- | 95,829.31 |
| 03/27 | Check Number | 40204 | 1,064.86- | 94,764.45 |
| 03/27 | Check Number | 40185 | 727.05- | 94,037.40 |
| 03/27 | Check Number | 40198 | 2,268.75- | 91,768.65 |
| 03/27 | Check Number | 40200 | 872.76- | 90,895.89 |
| 03/27 | Check Number | 40184 | 1,050.90- | 89,844.99 |
| 03/28 | EIRTHPAY | CR CD DEP | 118.03 | 89,963.02 |
| 03/28 | Wire Out GCC | | 4,911.00- | 85,052.02 |
| 03/28 | WIRE FEE | | 15.00- | 85,037.02 |
| 03/28 | Deposit | | 3,227.00 | 88,264.02 |
| 03/28 | Check Number | 40206 | 90.46- | 88,173.56 |

------------ Continued ------------

**GECU**
P.O. Box 20998 • El Paso, Texas 79998-0998
WE'RE WITH YOU: 915.778.9221 or 800.772.4328 USA

| Account Number: | ███3835 |
|---|---|
| Statement Date: | 03/31/23 |

Page 5 of 7

# member statement

·············································· **Checking Account** ███3835 ··············································

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| 03/28 | Check Number 40191 | 1,063.51- | 87,110.05 |
| 03/28 | Check Number 40183 | 1,110.28- | 85,999.77 |
| 03/28 | Check Number 40188 | 947.65- | 85,052.12 |
| 03/29 | Deposit | 1,362.00 | 86,414.12 |
| 03/29 | Check Number 40214 | 1,650.00- | 84,764.12 |
| 03/29 | Check Number 40149 | 310.61- | 84,453.51 |
| 03/29 | Check Number 40186 | 1,001.74- | 83,451.77 |
| 03/29 | Check Number 40187 | 964.01- | 82,487.76 |
| 03/30 | EIRTHPAY CR CD DEP | 64.56 | 82,552.32 |
| 03/30 | IRS USATAXPYMT | 3,522.03- | 79,030.29 |
| 03/30 | Wire Out GCC | 4,911.00- | 74,119.29 |
| 03/30 | WIRE FEE | 15.00- | 74,104.29 |
| 03/30 | Deposit | 6,707.00 | 80,811.29 |
| 03/30 | Deposit | 3,274.00 | 84,085.29 |
| 03/31 | EIRTHPAY CR CD DEP | 1,677.82 | 85,763.11 |
| 03/31 | Wire Out GCC | 9,822.00- | 75,941.11 |
| 03/31 | WIRE FEE | 15.00- | 75,926.11 |
| 03/31 | TRANSFER TO CK XXXXXX7885 | 10,200.00- | 65,726.11 |
| 03/31 | Deposit | 1,786.00 | 67,512.11 |
| 03/31 | Service Charge | 60.90- | 67,451.21 |

**Checks In Order**

| Date | Number | Amount | Date | Number | Amount |
|---|---|---:|---|---|---:|
| 03/01 | 40045 | 1059.17 | 03/14 | 40140 | 1242.36 |
| 03/02 | 40046 | 1348.89 | 03/13 | 40141 | 1400.00 |
| 03/01 | 40055* | 2674.01 | 03/14 | 40142 | 1300.00 |
| 03/03 | 40063* | 90.46 | 03/16 | 40143 | 4000.00 |
| 03/01 | 40065* | 3850.00 | 03/15 | 40144 | 12500.00 |
| 03/02 | 40067* | 53.73 | 03/15 | 40145 | 1521.89 |
| 03/01 | 40068 | 700.00 | 03/21 | 40146 | 1015.73 |
| 03/06 | 40069 | 464.00 | 03/21 | 40147 | 1084.01 |
| 03/01 | 40070 | 627.85 | 03/20 | 40148 | 727.06 |
| 03/02 | 40071 | 1400.00 | 03/29 | 40149 | 310.61 |
| 03/07 | 40072 | 943.01 | 03/21 | 40150 | 1050.01 |
| 03/07 | 40073 | 1031.05 | 03/20 | 40151 | 1106.45 |
| 03/06 | 40074 | 727.07 | 03/20 | 40152 | 1059.17 |
| 03/06 | 40075 | 1198.65 | 03/24 | 40153 | 1348.91 |
| 03/07 | 40076 | 1096.17 | 03/21 | 40154 | 1077.15 |
| 03/06 | 40077 | 1059.17 | 03/20 | 40155 | 1008.93 |
| 03/06 | 40078 | 1348.91 | 03/20 | 40156 | 1048.98 |
| 03/07 | 40079 | 521.16 | 03/27 | 40157 | 761.07 |
| 03/06 | 40080 | 404.26 | 03/17 | 40158 | 1122.66 |
| 03/06 | 40081 | 912.06 | 03/20 | 40159 | 835.32 |
| 03/06 | 40082 | 620.05 | 03/20 | 40160 | 765.59 |
| 03/06 | 40083 | 518.82 | 03/20 | 40161 | 2608.58 |
| 03/06 | 40084 | 1122.65 | 03/21 | 40162 | 646.86 |
| 03/06 | 40085 | 1064.52 | 03/20 | 40163 | 872.76 |
| 03/06 | 40086 | 882.50 | 03/20 | 40164 | 784.43 |
| 03/06 | 40087 | 2721.13 | 03/20 | 40165 | 814.19 |
| 03/06 | 40088 | 646.86 | 03/20 | 40166 | 876.32 |
| 03/06 | 40089 | 872.76 | 03/20 | 40167 | 417.66 |
| 03/06 | 40090 | 346.69 | 03/21 | 40168 | 90.46 |
| 03/06 | 40091 | 1024.55 | 03/22 | 40169 | 1595.18 |
| 03/06 | 40092 | 1132.01 | 03/22 | 40170 | 9.68 |
| 03/06 | 40095* | 1238.69 | 03/17 | 40171 | 4500.00 |
| 03/07 | 40096 | 90.46 | 03/20 | 40172 | 1238.69 |
| 03/02 | 40097 | 179.85 | 03/20 | 40173 | 281.34 |
| 03/02 | 40098 | 658.02 | 03/17 | 40174 | 109.06 |
| 03/08 | 40099 | 2344.00 | 03/20 | 40175 | 55.48 |

------------ Continued ------------

**GECU FEDERAL CREDIT UNION**
P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

Account Number: ●●●3835
Statement Date: 03/31/23

Page 6 of 7

# member statement

## Checking Account ●●●3835

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 03/03 | 40100 | 118.88 | 03/24 | 40176 | 116.33 |
| 03/06 | 40101 | 60.32 | 03/21 | 40177 | 8099.24 |
| 03/06 | 40102 | 107.87 | 03/21 | 40178 | 111.84 |
| 03/06 | 40103 | 30.02 | 03/22 | 40180* | 3429.39 |
| 03/07 | 40104 | 1123.35 | 03/22 | 40181 | 4000.00 |
| 03/06 | 40105 | 2100.00 | 03/23 | 40182 | 298.20 |
| 03/07 | 40106 | 316.28 | 03/28 | 40183 | 1110.28 |
| 03/06 | 40107 | 487.13 | 03/27 | 40184 | 1050.90 |
| 03/06 | 40108 | 100.00 | 03/27 | 40185 | 727.05 |
| 03/08 | 40109 | 622.44 | 03/29 | 40186 | 1001.74 |
| 03/15 | 40110 | 7626.45 | 03/29 | 40187 | 964.01 |
| 03/09 | 40111 | 170.70 | 03/28 | 40188 | 947.65 |
| 03/14 | 40112 | 1420.55 | 03/27 | 40189 | 1059.16 |
| 03/14 | 40113 | 1050.91 | 03/27 | 40190 | 1348.90 |
| 03/13 | 40114 | 727.05 | 03/28 | 40191 | 1063.51 |
| 03/13 | 40115 | 1014.23 | 03/27 | 40192 | 767.57 |
| 03/13 | 40116 | 1059.17 | 03/27 | 40193 | 831.94 |
| 03/14 | 40117 | 1348.91 | 03/27 | 40194 | 596.74 |
| 03/13 | 40118 | 559.04 | 03/25 | 40195 | 1122.66 |
| 03/17 | 40119 | 560.89 | 03/27 | 40196 | 835.33 |
| 03/13 | 40120 | 814.20 | 03/27 | 40197 | 877.27 |
| 03/15 | 40121 | 596.74 | 03/27 | 40198 | 2268.75 |
| 03/16 | 40122 | 1122.64 | 03/27 | 40199 | 646.86 |
| 03/13 | 40123 | 883.74 | 03/27 | 40200 | 872.76 |
| 03/13 | 40124 | 765.59 | 03/27 | 40201 | 614.62 |
| 03/13 | 40126* | 646.86 | 03/27 | 40202 | 792.10 |
| 03/13 | 40127 | 872.75 | 03/27 | 40203 | 901.03 |
| 03/13 | 40128 | 685.59 | 03/27 | 40204 | 1064.86 |
| 03/15 | 40129 | 980.37 | 03/27 | 40205 | 1238.69 |
| 03/13 | 40130 | 876.33 | 03/28 | 40206 | 90.46 |
| 03/10 | 40131 | 1238.71 | 03/27 | 40207 | .18 |
| 03/16 | 40132 | 90.46 | 03/24 | 40208 | 1400.00 |
| 03/14 | 40134* | 420.00 | 03/27 | 40209 | 1500.00 |
| 03/10 | 40135 | 487.01 | 03/25 | 40210 | 72.10 |
| 03/14 | 40136 | 70.00 | 03/24 | 40211 | 1800.00 |
| 03/13 | 40137 | 2934.50 | 03/27 | 40212 | 1500.00 |
| 03/14 | 40138 | 5962.25 | 03/27 | 40213 | 122.69 |
| 03/10 | 40139 | 135.16 | 03/29 | 40214 | 1650.00 |

(*) Check Numbers Missing

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| Total for this period | # | Total Fees | # | Refunds/Corrections |
|---|---|---|---|---|
| Total Overdraft Fees** | 0 | $0.00 | 0 | $0.00 |
| Total Returned Item* Fees | 0 | $0.00 | 0 | $0.00 |
| Total year-to-date | # | Total Fees | # | Refunds/Corrections |
| Total Overdraft Fees** | 0 | $0.00 | 0 | $0.00 |
| Total Returned Item* Fees | 1 | $29.50 | 0 | $0.00 |

*Returned Items include non-sufficient funds (NSF) charges for checks, debit card transactions, and automated clearing house (ACH) transactions.

**Total overdraft fees include overdraft privilege fees and uncollected funds fees.

------------ Continued ------------

**GECU**
P.O. Box 20998 • El Paso, Texas 79998-0998
WE'RE WITH YOU. 915.778.9221 or 800.772.4328 USA

| Account Number: | ●●●8835 |
|---|---|
| Statement Date: | 03/31/23 |

Page 7 of 7

# member statement

**Account Summary**
Previous Statement Date: 02/28/23

| Beginning Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charge | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 144,685.30 | | 266,856.95 | | .00 | | 344,030.14 | | 60.90 | | 67,451.21 |

Statement from 03/01/23 Thru 03/31/23

••••••••••••••••••••••••••••••••••••••••••••• **Summary of Deposit Accounts** •••••••••••••••••••••••••••••••••••••••••••••

| AP | Account | Balance | Int-Rate% | YTD-Int | YTD-Penalty | Maturity |
|---|---|---|---|---|---|---|
| CK | ●●●8835 | 67,451.21 | 0.000 | .00 | | |