IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| PASO DEL NORTE MATERIALS, LLC, | § | Case No. 23-30252-HCM-11 |
| | § | |
| Debtor. | § | |

## DEBTOR'S AMENDMENT TO SCHEDULES B AND G

Now comes the Debtor PASO DEL NORTE MATERIALS, LLC and files this, its Amendment to Schedules B and G, as hereto attached.

The undersigned officer for the Debtor declares that he has read the foregoing Amendment to Schedules B and G and that they are true and correct to the best of his knowledge, information, and belief.

Date: __5/1/2023__

PASO DEL NORTE MATERIALS, LLC
By: J&S Rosales, Ltd., 99% Limited Partner
J&S Rosales Mgmt., LLC, 1% General Partner

/s/ JOE A. ROSALES, JR.
JOE A. ROSALES, JR., Managing Member

/s/ E.P. BUD KIRK
E.P. BUD KIRK
State Bar No. 11508650
600 Sunland Park Drive
Bldg. Four, Suite 400
El Paso, Texas 79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com

Attorney for the Debtor

## **DEBTOR'S ADDITIONS TO SCHEDULE B**

Bank accounts

    GECU checking #-3835         $2335
    1st American checking #-4468   $649.00

## **DEBTOR'S ADDITION TO SCHEDULE G**

## **EXECUTORY CONTRACTS**

None that are believed to be executory at this time.

## **UNEXPIRED LEASES**

| | |
|---|---|
| Sapphire Gas Solutions, LLC<br>Lockbox/P.O. Box 679262<br>Dallas TX 75267-9262 | Equipment lease for liquid<br>natural gas burner and LNG |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2023, I did cause a copy of the following Amendment to Schedule B and G to be mailed to U.S. Trustee, 615 E. Houston St., Ste. 533, San Antonio, TX 78205-1539; to Michael Colvard, Subchapter V Trustee, 112 East Pecan St., Ste. 1616, San Antonio, TX 78205; to Paso Del Norte Materials, LLC, 8000 Escobar, El Paso, TX 79907; to Wells Fargo Equipment Finance, Inc., c/o James W. Brewer, P.O. Box 2800, El Paso, TX 79999-2800; to 4Rivers Equipment, LLC, c/o Clyde A. Pine, Jr., P.O. Box Drawer 1977, El Paso, TX 79950-1977; to Texas Comptroller of Public Accounts, c/o Callan C. Searcy, P.O. Box, 12548, Austin, TX 78711-2548; to United States Fire Insurance Company, c/o Gregory M. Weinstein, 8350 Central Expressway, Suite 1550, Dallas Texas 75206; to Sumitomo Mitsui Finance and Leasing Co., Ltd., c/o Matthew F. Kye, Esq., 201 Old Country Road, Ste. 120, Melville, NY 11747; to City of El Paso, c/o Don Stecker, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205; to Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, Texas 76102; to 1st Source Bank, c/o Jarom J. Yates, 2323 Victory Avenue, Suite 700, Dallas, TX 75219; and to Prana Machinery, Inc., c/o Aldo R. Lopez 5822 Cromo Dr., El Paso, TX 79912.

/s/E.P. BUD KIRK
E.P. BUD KIRK

4988-MC-050123