Fill in this information to identify the case:

Debtor Name PASO DEL NORTE MATERIALS LLC

United States Bankruptcy Court for the: Western District of Texas

Case number: 23-30252

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: __APRIL__

Line of business: **MATERIALS PRODUCER**

Date report filed: __05/26/2023__
MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Jose A. Rosales, Jr.

Original signature of responsible party _____

Printed name of responsible party    Jose A. Rosales, Jr.

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.* | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.* | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name **PASO DEL NORTE MATERIALS LLC**          Case number 23-30252

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.          $ 33,368.38

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.          $ 261,784.83

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.          – $ 249,919.32

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.          + $ 11,865.51
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.          = $ 45,233.89

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**          $ 10,904.57

    *(Exhibit E)*

Debtor Name **PASO DEL NORTE MATERIALS LLC**  Case number 23-30252

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ 165,944.35

   (Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?  23

27. What is the number of employees as of the date of this monthly report?  23

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ 5,965.50

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 5,965.50

30. How much have you paid this month in other professional fees?  $ 0.00

31. How much have you paid in total other professional fees since filing the case?  $ 5,965.50

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 395,000.00 | − | $ 261,784.83 | = | $ 133,215.17 |
| 33. **Cash disbursements** | $ 390,745.00 | − | $ 249,919.32 | = | $ 140,825.68 |
| 34. **Net cash flow** | $ 4,255.00 | − | $ 11,865.51 | = | $ -7,610.51 |

35. Total projected cash receipts for the next month:  $ 350,000.00

36. Total projected cash disbursements for the next month:  − $ 332,000.00

37. Total projected net cash flow for the next month:  = $ 18,000.00

Debtor Name **PASO DEL NORTE MATERIALS LLC**

Case number 23-30252

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

CASE NAME: **PASO DEL NORTE MATERIALS LLC**

CASE NUMBER: **23-30252**

SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-1

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 2023 March | MONTH 2023 April | MONTH | MONTH | MONTH | MONTH | Six Months To Date |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $ 27,920.99 | $ 33,368.38 | | | | | $ 27,920.99 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 98,238.72 | 260,131.64 | | | | | 358,370.36 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 0.00 | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | 92,000.00 | | | | | | 92,000.00 |
| 5. SALE OF ASSETS | 0.00 | | | | | | 0.00 |
| 6. OTHER (attach list) | 0.00 | 1,653.19 | | | | | 1,653.19 |
| TOTAL RECEIPTS** | $ 190,238.72 | $ 261,784.83 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 452,023.55 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | 0.00 | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 72,661.49 | 81,542.10 | | | | | 154,203.59 |
| 8. PAYROLL TAXES PAID | 3,522.03 | 21,542.28 | | | | | 25,064.31 |
| 9. SALES, USE & OTHER TAXES PAID | 10,907.94 | 7,771.07 | | | | | 18,679.01 |
| 10. SECURED/RENTAL/LEASES | | 0.00 | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | 752.19 | 0.00 | | | | | 752.19 |
| 12. INSURANCE | | 0.00 | | | | | 0.00 |
| 13. INVENTORY PURCHASES | 47,074.00 | 89,922.60 | | | | | 136,996.60 |
| 14. VEHICLE EXPENSES | 31,366.58 | 25,627.76 | | | | | 56,994.34 |
| 15. TRAVEL & ENTERTAINMENT | | 0.00 | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 298.20 | 9,226.64 | | | | | 9,524.84 |
| 17. ADMINISTRATIVE & SELLING | 7,308.90 | 3,275.03 | | | | | 10,583.93 |
| 18. OTHER (attach list) | 10,900.00 | 10,761.84 | | | | | 21,661.84 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | $ 184,791.33 | $ 249,669.32 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 434,460.65 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | 250.00 | | | | | 250.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | $ 184,791.33 | $ 249,919.32 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 434,710.65 |
| 22. NET CASH FLOW | 5,447.39 | 11,865.51 | 0.00 | 0.00 | 0.00 | 0.00 | 17,312.90 |
| 23. CASH - END OF MONTH (SMOR-2) | $ 33,368.38 | $ 45,233.89 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 45,233.89 |

**SBMOR-Exhibit B-1**

\* Applies to Individual debtors only

\*\*Numbers for the current month should balance (match)

RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on SBMOR-Exhibit B-2

Revised 01/31/2014

CASE NAME: **PASO DEL NORTE MATERIALS LLC**

CASE NUMBER: **23-30252**

SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-2

## CASH ACCOUNT RECONCILIATION
## MONTH OF April 2023

| BANK NAME | | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # | # | # | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BEGINNING BANK BALANCE | | | | | $ 0.00 |
| RECEIPTS | | | | | 0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS | | | | | 0.00 |
| ENDING BANK BALANCE | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| DEPOSITS IN TRANSIT | | | | | 0.00 |
| OUTSTANDING CHECKS | | | | | 0.00 |
| ADJUSTED BANK BALANCE | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| BEGINNING CASH - PER BOOKS* | | | | | $ 0.00 |
| RECEIPTS* | | | | | 0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | | 0.00 |
| ENDING CASH - PER BOOKS* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**SBMOR-Exhibit B-2**

* Numbers should balance (match) BEGINNING CASH, TOTAL RECEIPTS, TOTAL DISBURSEMENTS and ENDING CASH lines on SBMOR-Exhibit B-1. Copies of all bank statements should be attached.

*Revised 01/31 2014*

## See Attached

## Paso Del Norte Materials, LLC - All Bank Accounts
## April 2023

| | First / 4468 | GECU 3835 | GECU Sav | 1st Source | Weststar DIP | Totals |
|---|---|---|---|---|---|---|
| Beginning Bank Bal | (1,553.19) | 67,451.21 | 20.00 | 623.40 | 500.00 | 67,041.42 |
| Cash Receipts [Bank] | 1,653.19 | 259,990.00 | - | | - | 261,643.19 |
| Transfers | | | | | | - |
| Checks / Disp [Bank} | 100.00 | 264,567.61 | - | 8.00 | - | 264,675.61 |
| Ending Balance | - | 62,873.60 | 20.00 | 615.40 | 500.00 | 64,009.00 |
| Dep In Transit | | | | | | |
| Outstanding Checks | | 18,775.11 | | | | 18,775.11 |
| Adj Bank Balance | - | 44,098.49 | 20.00 | 615.40 | 500.00 | 45,233.89 |
| | | | | | | |
| Beginning Cash [Books] | (1,553.19) | 33,778.17 | 20.00 | 623.40 | 500.00 | 33,368.38 |
| Cash Receipts [Books] | 1,653.19 | 260,131.64 | - | - | - | 261,784.83 |
| Transfers | | | | | | - |
| Checks and disb [Books] | 100.00 | 249,811.32 | - | 8.00 | - | 249,919.32 |
| Ending Cash per Books | - | 44,098.49 | 20.00 | 615.40 | 500.00 | 45,233.89 |
| | Closed | | | | | |
| | | | | | Net Cash Flow | 11,865.51 |

## Paso Del Norte Materials, LLC
### April 2023 Other Category List

<u>Receipts</u>

| | |
|---|---|
| First American SC Rev. | 1,653.19 |
| | 1,653.19 |

<u>Disbursementss</u>

| | |
|---|---|
| Child Support Payment | 361.84 |
| JAR Concrete | 10,400.00 |
| | 10,761.84 |





# GECU
**FEDERAL CREDIT UNION**

P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

PASO DEL NORTE MATERIALS LLC
8000 ESCOBAR DR
EL PASO TX 79907-1854




**GECU CREDIT CARDS***

Account Number: ●3835
Statement Date: 04/30/23
Page 1 of 6

Apply now at gecu.com!

*Details at gecu.com

# member statement

```
****************************** Checking Account  ●3835 ******************************
```

All Transactions by Date

| Date | Description | | Amount | Balance |
|------|-------------|--|--------|---------|
| 03/31 | Balance Forward | | | 67,451.21 |
| 04/01 | Deposit | | 5,426.06 | 72,877.27 |
| 04/03 | EIRTHPAY | CR CD DEP | 3,843.78 | 76,721.05 |
| 04/03 | EIRTHPAY | CR CD DEP | 1,649.88 | 78,370.93 |
| 04/03 | EIRTHPAY | MTHLY FEES | 69.88- | 78,301.05 |
| 04/03 | Deposit | | 6,557.00 | 84,858.05 |
| 04/03 | Check Number | 40231 | 798.99- | 84,059.06 |
| 04/03 | Check Number | 40236 | 958.28- | 83,100.78 |
| 04/03 | Check Number | 40224 | 1,348.91- | 81,751.87 |
| 04/03 | Check Number | 40249 | 101.25- | 81,650.62 |
| 04/03 | Check Number | 40253 | 1,348.92- | 80,301.70 |
| 04/03 | Check Number | 40225 | 982.53- | 79,319.17 |
| 04/03 | Check Number | 40228 | 680.78- | 78,638.39 |
| 04/03 | Check Number | 40215 | 312.84- | 78,325.55 |
| 04/03 | Check Number | 40244 | 500.00- | 77,825.55 |
| 04/03 | Check Number | 40242 | 1,400.00- | 76,425.55 |
| 04/03 | Check Number | 40235 | 626.79- | 75,798.76 |
| 04/03 | Check Number | 40238 | 912.88- | 74,885.88 |
| 04/03 | Check Number | 40230 | 871.88- | 74,014.00 |
| 04/03 | Check Number | 40227 | 1,123.52- | 72,890.48 |
| 04/03 | Check Number | 40223 | 1,059.17- | 71,831.31 |
| 04/03 | Check Number | 40226 | 1,083.44- | 70,747.87 |
| 04/03 | Check Number | 40237 | 461.75- | 70,286.12 |
| 04/03 | Check Number | 40251 | 1,800.00- | 68,486.12 |
| 04/03 | Check Number | 40250 | 147.43- | 68,338.69 |
| 04/03 | Check Number | 40240 | 1,238.70- | 67,099.99 |
| 04/03 | Check Number | 40239 | 715.35- | 66,384.64 |
| 04/03 | Check Number | 40219 | 727.06- | 65,657.58 |
| 04/03 | Check Number | 40245 | 704.75- | 64,952.83 |
| 04/03 | Check Number | 40248 | 84.49- | 64,868.34 |
| 04/03 | Check Number | 40246 | 847.88- | 64,020.46 |
| 04/03 | Check Number | 40234 | 872.76- | 63,147.70 |
| 04/03 | Check Number | 40232 | 2,680.43- | 60,467.27 |
| 04/04 | EIRTHPAY | CR CD DEP | 2,495.44 | 62,962.71 |
| 04/04 | CHARGE ANYWHERE FIRST ACH | | 10.04- | 62,952.67 |
| 04/04 | Deposit | | 1,802.00 | 64,754.67 |
| 04/04 | Check Number | 40247 | 73.10- | 64,681.57 |

----------- Continued -----------

# GECU
**FEDERAL CREDIT UNION** P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

| Account Number: | ⬛3835 |
|---|---|
| Statement Date: | 04/30/23 |

Page 2 of 6

# member statement

**************************************** Checking Account ⬛3835 ****************************************

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 04/04 | Check Number | 40229 | 1,122.65- | 63,558.92 |
| 04/04 | Check Number | 40217 | 1,181.83- | 62,377.09 |
| 04/04 | Check Number | 40233 | 646.86- | 61,730.23 |
| 04/04 | Check Number | 40220 | 970.19- | 60,760.04 |
| 04/04 | Check Number | 40252 | 1,500.00- | 59,260.04 |
| 04/04 | Check Number | 40222 | 994.27- | 58,265.77 |
| 04/04 | Check Number | 40216 | 730.41- | 57,535.36 |
| 04/05 | EIRTHPAY | CR CD DEP | 722.96 | 58,258.32 |
| 04/05 | Deposit | | 4,773.00 | 63,031.32 |
| 04/05 | TRANSFER TO CK XXXXXX7885 | | 200.00- | 62,831.32 |
| 04/05 | Check Number | 40221 | 567.89- | 62,263.43 |
| 04/06 | EIRTHPAY | CR CD DEP | 4,095.17 | 66,358.60 |
| 04/06 | Deposit | | 2,994.00 | 69,352.60 |
| 04/06 | Check Number | 40265 | 1,122.66- | 68,229.94 |
| 04/06 | Check Number | 40269 | 646.86- | 67,583.08 |
| 04/06 | Check Number | 40218 | 1,117.10- | 66,465.98 |
| 04/07 | EIRTHPAY | CR CD DEP | 9,769.90 | 76,235.88 |
| 04/07 | Check Number | 40274 | 779.55- | 75,456.33 |
| 04/07 | Check Number | 40241 | 90.46- | 75,365.87 |
| 04/07 | Check Number | 40267 | 765.59- | 74,600.28 |
| 04/07 | Check Number | 40270 | 655.68- | 73,944.60 |
| 04/07 | Check Number | 40273 | 738.80- | 73,205.80 |
| 04/07 | Check Number | 40263 | 855.26- | 72,350.54 |
| 04/07 | Check Number | 40278 | 1,108.38- | 71,242.16 |
| 04/07 | Check Number | 40266 | 711.80- | 70,530.36 |
| 04/07 | Check Number | 40260 | 1,059.17- | 69,471.19 |
| 04/07 | Check Number | 40279 | 2,850.00- | 66,621.19 |
| 04/07 | Check Number | 40262 | 872.00- | 65,749.19 |
| 04/07 | Check Number | 40272 | 1,154.37- | 64,594.82 |
| 04/07 | Check Number | 40254 | 845.00- | 63,749.82 |
| 04/07 | Check Number | 40283 | 78.34- | 63,671.48 |
| 04/07 | Check Number | 40276 | 1,238.70- | 62,432.78 |
| 04/07 | Check Number | 40259 | 967.64- | 61,465.14 |
| 04/07 | Check Number | 40268 | 2,883.52- | 58,581.62 |
| 04/08 | Check Number | 40258 | 978.47- | 57,603.15 |
| 04/10 | Deposit | | 12,144.29 | 69,747.44 |
| 04/10 | Check Number | 40281 | 139.75- | 69,607.69 |
| 04/10 | Check Number | 40255 | 935.73- | 68,671.96 |
| 04/10 | Check Number | 40256 | 1,064.15- | 67,607.81 |
| 04/11 | Wire Out GCC | | 9,822.00- | 57,785.81 |
| 04/11 | WIRE FEE | | 15.00- | 57,770.81 |
| 04/11 | Check Number | 40277 | 90.46- | 57,680.35 |
| 04/11 | Check Number | 40287 | 2,000.00- | 55,680.35 |
| 04/11 | Check Number | 40257 | 1,001.74- | 54,678.61 |
| 04/11 | Check Number | 40275 | 542.81- | 54,135.80 |
| 04/12 | Deposit | | 6,630.30 | 60,766.10 |
| 04/12 | Deposit | | 1,434.00 | 62,200.10 |
| 04/12 | Deposit | | 4,819.00 | 67,019.10 |
| 04/12 | Check Number | 40284 | 50.00- | 66,969.10 |
| 04/12 | Check Number | 40288 | 150.00- | 66,819.10 |
| 04/13 | EIRTHPAY | CR CD DEP | 2,504.04- | 64,315.06 |
| 04/13 | Wire Out GCC | | 9,822.00- | 54,493.06 |
| 04/13 | WIRE FEE | | 15.00- | 54,478.06 |
| 04/13 | Deposit | | 4,282.15 | 58,760.21 |
| 04/13 | Check Number | 40282 | 202.50- | 58,557.71 |
| 04/13 | Check Number | 40312 | 692.63- | 57,865.08 |
| 04/13 | Check Number | 40289 | 1,350.00- | 56,515.08 |
| 04/14 | EIRTHPAY | CR CD DEP | 1,239.41 | 57,754.49 |
| 04/14 | Deposit | | 9,284.32 | 67,038.81 |

------------ Continued ------------



**GECU**
P.O. Box 20998 • El Paso, Texas 79998-0998
WE'RE WITH YOU  915.778.9221 or 800.772.4328 USA

| Account Number: | ●●●3835 |
|---|---|
| Statement Date: | 04/30/23 |

Page 3 of 6

# member statement

************************************** Checking Account  ●●●3835 **************************************

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 04/14 | Check Number | 40314 | 40.21- | 66,998.60 |
| 04/14 | Deposit | | 615.00 | 67,613.60 |
| 04/14 | Deposit | | 11,982.23 | 79,595.83 |
| 04/14 | Check Number | 40271 | 691.74- | 78,904.09 |
| 04/14 | Check Number | 40285 | 1,400.00- | 77,504.09 |
| 04/14 | Check Number | 40317 | 5,300.00- | 72,204.09 |
| 04/15 | Deposit | | 4,755.00 | 76,959.09 |
| 04/15 | Check Number | 40302 | 1,122.65- | 75,836.44 |
| 04/15 | TRANSFER TO CK | XXXXXX7885 | 200.00- | 75,636.44 |
| 04/15 | Check Number | 40295 | 626.77- | 75,009.67 |
| 04/17 | EIRTHPAY | CR CD DEP | 158.09 | 75,167.76 |
| 04/17 | EIRTHPAY | CR CD DEP | 3,028.11 | 78,195.87 |
| 04/17 | Wire Out GCC | | 9,822.00- | 68,373.87 |
| 04/17 | WIRE FEE | | 15.00- | 68,358.87 |
| 04/17 | Deposit | | 4,567.00 | 72,925.87 |
| 04/17 | Check Number | 40304 | 531.94- | 72,393.93 |
| 04/17 | Check Number | 40298 | 160.00- | 72,233.93 |
| 04/17 | Check Number | 40309 | 591.04- | 71,642.89 |
| 04/17 | Check Number | 40303 | 580.04- | 71,062.85 |
| 04/17 | Check Number | 40297 | 1,059.17- | 70,003.68 |
| 04/17 | Check Number | 40301 | 647.76- | 69,355.92 |
| 04/17 | Check Number | 40308 | 649.26- | 68,706.66 |
| 04/17 | Check Number | 40299 | 574.59- | 68,132.07 |
| 04/17 | Check Number | 40307 | 482.66- | 67,649.41 |
| 04/17 | Check Number | 40300 | 644.39- | 67,005.02 |
| 04/17 | Check Number | 40310 | 606.77- | 66,398.25 |
| 04/17 | Check Number | 40320 | 25.00- | 66,373.25 |
| 04/17 | Check Number | 40315 | 1,300.25- | 65,073.00 |
| 04/17 | Check Number | 40311 | 1,238.70- | 63,834.30 |
| 04/17 | Check Number | 40290 | 580.12- | 63,254.18 |
| 04/17 | Check Number | 40296 | 678.88- | 62,575.30 |
| 04/17 | Check Number | 40305 | 2,055.82- | 60,519.48 |
| 04/18 | EIRTHPAY | CR CD DEP | 207.20 | 60,726.68 |
| 04/18 | IRS | USATAXPYMT | 4,117.36- | 56,609.32 |
| 04/18 | IRS | USATAXPYMT | 6,867.50- | 49,741.82 |
| 04/18 | IRS | USATAXPYMT | 5,559.48- | 44,182.34 |
| 04/18 | Wire Out GCC | | 9,822.00- | 34,360.34 |
| 04/18 | WIRE FEE | | 15.00- | 34,345.34 |
| 04/18 | Deposit | | 2,360.00 | 36,705.34 |
| 04/18 | Check Number | 40321 | 448.25- | 36,257.09 |
| 04/18 | Check Number | 40291 | 727.26- | 35,529.83 |
| 04/18 | Check Number | 40306 | 646.86- | 34,882.97 |
| 04/18 | Check Number | 40322 | 1,250.00- | 33,632.97 |
| 04/18 | Check Number | 40292 | 733.21- | 32,899.76 |
| 04/19 | EIRTHPAY | CR CD ADJ | 59.95 | 32,959.71 |
| 04/19 | EIRTHPAY | CR CD DEP | 763.57 | 33,723.28 |
| 04/19 | EL PASO WATER UT BILLPAY | | 2,130.60- | 31,592.68 |
| 04/19 | Wire Out GCC | | 4,911.00- | 26,681.68 |
| 04/19 | WIRE FEE | | 15.00- | 26,666.68 |
| 04/19 | Check Number | 40264 | 625.87- | 26,040.81 |
| 04/19 | Check Number | 40316 | 133.38- | 25,907.43 |
| 04/20 | EIRTHPAY | CR CD DEP | 1,813.12 | 27,720.55 |
| 04/20 | Wire In JAR CONCRETE INC | | 41,366.00 | 69,086.55 |
| 04/20 | WIRE FEE | | 5.00- | 69,081.55 |
| 04/20 | Deposit | | 8,527.63 | 77,609.18 |
| 04/20 | Check Number | 40328 | 2,100.00- | 75,509.18 |
| 04/20 | Check Number | 40353 | 104.99- | 75,404.19 |
| 04/20 | Check Number | 40293 | 285.90- | 75,118.29 |
| 04/20 | Check Number | 40327 | 72.00- | 75,046.29 |

------------ Continued ------------

# GECU
### FEDERAL CREDIT UNION
P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

| Account Number: | ●3835 |
|---|---|
| Statement Date: | 04/30/23 |

Page 4 of 6

## member statement

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* Checking Account ●3835 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 04/21 | IRS | USATAXPYMT | 1,650.00- | 73,396.29 |
| 04/21 | WEBFILE TAX PYMT DD | | 7,194.04- | 66,202.25 |
| 04/21 | Wire Out GCC | | 4,911.00- | 61,291.25 |
| 04/21 | WIRE FEE | | 15.00- | 61,276.25 |
| 04/21 | Check Number | 40354 | 2,200.00- | 59,076.25 |
| 04/22 | Deposit | | 22,637.98 | 81,714.23 |
| 04/22 | Deposit | | 7,748.00 | 89,462.23 |
| 04/22 | Check Number | 40333 | 626.77- | 88,835.46 |
| 04/22 | Check Number | 40349 | 527.38- | 88,308.08 |
| 04/24 | EIRTHPAY | CR CD DEP | 6,715.69 | 95,023.77 |
| 04/24 | EIRTHPAY | CR CD DEP | 409.14 | 95,432.91 |
| 04/24 | Wire Out GCC | | 4,911.00- | 90,521.91 |
| 04/24 | WIRE FEE | | 15.00- | 90,506.91 |
| 04/24 | Wire Out GCC | | 4,911.00- | 85,595.91 |
| 04/24 | WIRE FEE | | 15.00- | 85,580.91 |
| 04/24 | Deposit | | 10,267.59 | 95,848.50 |
| 04/24 | Check Number | 40352 | 70.95- | 95,777.55 |
| 04/24 | Check Number | 40341 | 1,122.66- | 94,654.89 |
| 04/24 | Check Number | 40343 | 654.92- | 93,999.97 |
| 04/24 | Check Number | 40313 | 90.46- | 93,909.51 |
| 04/24 | Check Number | 40356 | 6,216.67- | 87,692.84 |
| 04/24 | Check Number | 40336 | 866.01- | 86,826.83 |
| 04/24 | Check Number | 40346 | 579.14- | 86,247.69 |
| 04/24 | Check Number | 40339 | 796.46- | 85,451.23 |
| 04/24 | Check Number | 40335 | 1,059.17- | 84,392.06 |
| 04/24 | Check Number | 40342 | 711.80- | 83,680.26 |
| 04/24 | Check Number | 40340 | 386.36- | 83,293.90 |
| 04/24 | Check Number | 40359 | 1,987.09- | 81,306.81 |
| 04/24 | Check Number | 40329 | 851.58- | 80,455.23 |
| 04/24 | Check Number | 40345 | 534.09- | 79,921.14 |
| 04/24 | Check Number | 40338 | 796.46- | 79,124.68 |
| 04/24 | Check Number | 40355 | 268.00- | 78,856.68 |
| 04/24 | Check Number | 40332 | 1,187.48- | 77,669.20 |
| 04/24 | Check Number | 40350 | 1,238.69- | 76,430.51 |
| 04/24 | Check Number | 40334 | 947.67- | 75,482.84 |
| 04/24 | Check Number | 40344 | 1,894.71- | 73,588.13 |
| 04/24 | Check Number | 40331 | 1,044.29- | 72,543.84 |
| 04/25 | EIRTHPAY | CR CD DEP | 928.56 | 73,472.40 |
| 04/25 | IRS | USATAXPYMT | 4,997.94- | 68,474.46 |
| 04/25 | Wire Out GCC | | 4,911.00- | 63,563.46 |
| 04/25 | WIRE FEE | | 15.00- | 63,548.46 |
| 04/25 | Check Number | 40347 | 640.55- | 62,907.91 |
| 04/25 | Check Number | 40348 | 738.80- | 62,169.11 |
| 04/25 | Check Number | 40330 | 979.37- | 61,189.74 |
| 04/25 | Check Number | 40357 | 750.00- | 60,439.74 |
| 04/25 | Check Number | 40358 | 3,250.00- | 57,189.74 |
| 04/26 | EIRTHPAY | CR CD DEP | 31.01 | 57,220.75 |
| 04/26 | Wire Out GCC | | 4,911.00- | 52,309.75 |
| 04/26 | WIRE FEE | | 15.00- | 52,294.75 |
| 04/26 | Deposit | | 2,907.00 | 55,201.75 |
| 04/26 | Check Number | 40325 | 577.03- | 54,624.72 |
| 04/26 | Check Number | 40337 | 735.04- | 53,889.68 |
| 04/26 | Check Number | 40361 | 2,100.00- | 51,789.68 |
| 04/26 | Check Number | 40324 | 250.00- | 51,539.68 |
| 04/27 | EIRTHPAY | CR CD DEP | 703.61 | 52,243.29 |
| 04/27 | EIRTHPAY | CR CD DEP | 622.42 | 52,865.71 |
| 04/27 | Wire Out GCC | | 4,911.00- | 47,954.71 |
| 04/27 | WIRE FEE | | 15.00- | 47,939.71 |
| 04/27 | Wire Out Sapphire Gas Sollutions LL | | 11,826.45- | 36,113.26 |

------------ Continued ------------


**GECU**
WE'RE WITH YOU™
P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

| Account Number: | ●3835 |
|---|---|
| Statement Date: | 04/30/23 |

Page  5 of 6

# member statement

```
************************************  Checking Account    ●3835 *************************************
```

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 04/27 | WIRE FEE | | 15.00- | 36,098.26 |
| 04/27 | Check Number | 40362 | 324.72- | 35,773.54 |
| 04/27 | Check Number | 40364 | 249.91- | 35,523.63 |
| 04/27 | Check Number | 40366 | 1,650.00- | 33,873.63 |
| 04/27 | Check Number | 40365 | 625.00- | 33,248.63 |
| 04/28 | Deposit | | 2,847.00 | 36,095.63 |
| 04/28 | Deposit | | 3,900.00 | 39,995.63 |
| 04/28 | Deposit | | 32,140.44 | 72,136.07 |
| 04/28 | Check Number | 40387 | 3,966.00 | 76,102.07 |
| 04/28 | Check Number | 40392 | 984.92- | 75,117.15 |
| 04/28 | Check Number | 40379 | 81.47- | 75,035.68 |
| 04/28 | Check Number | 40351 | 1,122.65- | 73,913.03 |
| 04/29 | TRANSFER TO CK  XXXXXX7885 | | 90.46- | 73,822.57 |
| 04/29 | Check Number | 40371 | 10,000.00- | 63,822.57 |
| 04/30 | Service Charge | | 888.37- | 62,934.20 |
| | | | 60.60- | 62,873.60 |

**Checks in Order**

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 04/03 | 40215 | 312.84 | 04/18 | 40292 | 733.21 |
| 04/04 | 40216 | 730.41 | 04/20 | 40293 | 285.90 |
| 04/04 | 40217 | 1181.83 | 04/15 | 40295* | 626.77 |
| 04/06 | 40218 | 1117.10 | 04/17 | 40296 | 678.88 |
| 04/03 | 40219 | 727.06 | 04/17 | 40297 | 1059.17 |
| 04/04 | 40220 | 970.19 | 04/17 | 40298 | 160.00 |
| 04/05 | 40221 | 567.89 | 04/17 | 40299 | 574.59 |
| 04/04 | 40222 | 994.27 | 04/17 | 40300 | 644.39 |
| 04/03 | 40223 | 1059.17 | 04/17 | 40301 | 647.76 |
| 04/03 | 40224 | 1348.91 | 04/15 | 40302 | 1122.65 |
| 04/03 | 40225 | 982.53 | 04/17 | 40303 | 580.04 |
| 04/03 | 40226 | 1083.44 | 04/17 | 40304 | 531.94 |
| 04/03 | 40227 | 1123.52 | 04/17 | 40305 | 2055.82 |
| 04/03 | 40228 | 680.78 | 04/18 | 40306 | 646.86 |
| 04/04 | 40229 | 1122.65 | 04/17 | 40307 | 482.66 |
| 04/03 | 40230 | 871.88 | 04/17 | 40308 | 649.26 |
| 04/03 | 40231 | 798.99 | 04/17 | 40309 | 591.04 |
| 04/03 | 40232 | 2680.43 | 04/17 | 40310 | 606.77 |
| 04/04 | 40233 | 646.86 | 04/17 | 40311 | 1238.70 |
| 04/03 | 40234 | 872.76 | 04/13 | 40312 | 692.63 |
| 04/03 | 40235 | 626.79 | 04/24 | 40313 | 90.46 |
| 04/03 | 40236 | 958.28 | 04/14 | 40314 | 40.21 |
| 04/03 | 40237 | 461.75 | 04/17 | 40315 | 1300.25 |
| 04/03 | 40238 | 912.88 | 04/19 | 40316 | 133.38 |
| 04/03 | 40239 | 715.35 | 04/14 | 40317 | 5300.00 |
| 04/03 | 40240 | 1238.70 | 04/17 | 40320* | 25.00 |
| 04/07 | 40241 | 90.46 | 04/18 | 40321 | 448.25 |
| 04/03 | 40242 | 1400.00 | 04/18 | 40322 | 1250.00 |
| 04/03 | 40244* | 500.00 | 04/26 | 40324* | 250.00 |
| 04/03 | 40245 | 704.75 | 04/26 | 40325 | 577.03 |
| 04/03 | 40246 | 847.88 | 04/20 | 40327* | 72.00 |
| 04/04 | 40247 | 73.10 | 04/20 | 40328 | 2100.00 |
| 04/03 | 40248 | 84.49 | 04/24 | 40329 | 851.58 |
| 04/03 | 40249 | 101.25 | 04/25 | 40330 | 979.37 |
| 04/03 | 40250 | 147.43 | 04/24 | 40331 | 1044.29 |
| 04/03 | 40251 | 1800.00 | 04/24 | 40332 | 1187.48 |
| 04/03 | 40252 | 1500.00 | 04/22 | 40333 | 626.77 |
| 04/03 | 40253 | 1348.92 | 04/24 | 40334 | 947.67 |
| 04/07 | 40254 | 845.00 | 04/24 | 40335 | 1059.17 |
| 04/10 | 40255 | 935.73 | 04/24 | 40336 | 866.01 |

----------- Continued -----------



**GECU** FEDERAL CREDIT UNION
P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

| Account Number: | ●●●3835 |
| Statement Date: | 04/30/23 |

Page 6 of 6

# member statement

**************************** Checking Account ●●●3835 ****************************************

| Date | Number | Amount | Date | Number | Amount |
|------|--------|--------|------|--------|--------|
| 04/10 | 40256 | 1064.15 | 04/26 | 40337 | 735.04 |
| 04/11 | 40257 | 1001.74 | 04/24 | 40338 | 796.46 |
| 04/08 | 40258 | 978.47 | 04/24 | 40339 | 796.46 |
| 04/07 | 40259 | 967.64 | 04/24 | 40340 | 386.36 |
| 04/07 | 40260 | 1059.17 | 04/24 | 40341 | 1122.66 |
| 04/07 | 40262* | 872.00 | 04/24 | 40342 | 711.80 |
| 04/07 | 40263 | 855.26 | 04/24 | 40343 | 654.92 |
| 04/19 | 40264 | 625.87 | 04/24 | 40344 | 1894.71 |
| 04/06 | 40265 | 1122.66 | 04/24 | 40345 | 534.09 |
| 04/07 | 40266 | 711.80 | 04/24 | 40346 | 579.14 |
| 04/07 | 40267 | 765.59 | 04/25 | 40347 | 640.55 |
| 04/06 | 40268 | 2883.52 | 04/25 | 40348 | 738.80 |
| 04/07 | 40269 | 646.86 | 04/22 | 40349 | 527.38 |
| 04/07 | 40270 | 655.68 | 04/24 | 40350 | 1238.69 |
| 04/14 | 40271 | 691.74 | 04/28 | 40351 | 90.46 |
| 04/07 | 40272 | 1154.37 | 04/24 | 40352 | 70.95 |
| 04/07 | 40273 | 738.80 | 04/20 | 40353 | 104.99 |
| 04/07 | 40274 | 779.55 | 04/21 | 40354 | 2200.00 |
| 04/11 | 40275 | 542.81 | 04/24 | 40355 | 268.00 |
| 04/07 | 40276 | 1238.70 | 04/24 | 40356 | 6216.67 |
| 04/11 | 40277 | 90.46 | 04/25 | 40357 | 750.00 |
| 04/07 | 40278 | 1108.38 | 04/25 | 40358 | 3250.00 |
| 04/07 | 40279 | 2850.00 | 04/24 | 40359 | 1987.09 |
| 04/10 | 40281* | 139.75 | 04/26 | 40361* | 2100.00 |
| 04/13 | 40282 | 202.50 | 04/27 | 40362 | 324.72 |
| 04/07 | 40283 | 78.34 | 04/27 | 40364* | 249.91 |
| 04/12 | 40284 | 50.00 | 04/27 | 40365 | 625.00 |
| 04/14 | 40285 | 1400.00 | 04/27 | 40366 | 1650.00 |
| 04/11 | 40287* | 2000.00 | 04/29 | 40371* | 888.37 |
| 04/12 | 40288 | 150.00 | 04/28 | 40379* | 1122.65 |
| 04/13 | 40289 | 1350.00 | 04/28 | 40387* | 984.92 |
| 04/17 | 40290 | 580.12 | 04/28 | 40392* | 81.47 |
| 04/18 | 40291 | 727.26 | | | |

(*) Check Numbers Missing

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| Total for this period | # | Total Fees | # | Refunds/Corrections |
|------|---|---|---|---|
| Total Overdraft Fees** | 0 | $0.00 | 0 | $0.00 |
| Total Returned Item* Fees | 0 | $0.00 | 0 | $0.00 |

| Total year-to-date | # | Total Fees | # | Refunds/Corrections |
|------|---|---|---|---|
| Total Overdraft Fees** | 0 | $0.00 | 0 | $0.00 |
| Total Returned Item* Fees | 1 | $29.50 | 0 | $0.00 |

*Returned Items include non-sufficient funds (NSF) charges for checks, debit card transactions, and automated clearing house (ACH) transactions.

**Total overdraft fees include overdraft privilege fees and uncollected funds fees.

**Account Summary**
Previous Statement Date: 03/31/23

| Beginning Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charge | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 67,451.21 | | 259,990.00 | | .00 | | 264,507.01 | | 60.60 | | 62,873.60 |

Statement from 04/01/23 Thru 04/30/23

*********************************** Summary of Deposit Accounts ***********************************

| AP CK | Account | Balance | Int-Rate% | YTD-Int | YTD-Penalty | Maturity |
|---|---|---|---|---|---|---|
| | ●●●3835 | 62,873.60 | 0.000 | .00 | | |

# WestStar

PO BOX 99100
El Paso Texas 79999-9100

WestStar Bank
PO Box 99100 - El Paso Texas 79999-9100
Phone: (915) 532-1000 Fax: (915) 542-3077
Website: weststarbank.com

7017

Paso Del Norte Materials LLC
Debtor in Possession
Case no. 23-330252-hcm
8000 Escobar Dr
El Paso TX 79907-1854

| Date   4/28/23 | Page    1 |
|---|---|
| Account Number | 1243 |
| Enclosures | |

## CHECKING ACCOUNTS

Paso Del Norte Materials LLC
Debtor in Possession
Case no. 23-330252-hcm

Planning on traveling soon? Don't let your debit card get blocked. Just let us
know about your travel details, including destinations, dates, and contact
information, before you leave by calling 915.532.1000, visiting a branch, or
sending us a secure message via online or mobile banking (please address the
message to Debit Card or Customer Service).

Comm Ck-Analyzed Imaged

| | | | | |
|---|---|---|---|---|
| Account Number | 1243 | Number of Enclosures | | 0 |
| Previous Balance | 500.00 | Statement Dates   4/03/23 thru  4/30/23 | | |
| Deposits/Credits | .00 | Days in the Statement Period | | 28 |
| Checks/Debits | .00 | Average Ledger | | 500.00 |
| Service Fee | .00 | Average Collected | | 500.00 |
| Interest Paid | .00 | | | |
| Ending Balance | 500.00 | | | |

### Daily Balance Information

| Date | Balance |
|---|---|
| 4/03 | 500.00 |

RECEIVED

MAY 0 8 2023

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

5137

# STATEMENT



13.1.6830 1 SP 0.600 61959D11.p02 1-1 B:0 1830

SFG DEPOSITS
(574) 235-2873
AMY BOBSON

PASO DEL NORTE MATERIALS LLC
8000 ESCOBAR
EL PASO TX 79907-1854

| | |
|---|---|
| STATEMENT DATE | 4-30-23 |
| PAGE | 1 |
| ACCOUNT NO. | ⬛4725 |

VISIT 1STSOURCE.COM.
IT'S YOUR PERSONAL AND BUSINESS SOURCE
FOR ARTICLES AND TOOLS TO MAKE
MANAGING YOUR FINANCES EASIER.

*------------------------------------------------------*

### BUSINESS VALUE CHECKING

| | | |
|---|---|---|
| | ACCOUNT NUMBER............ ⬛4725 | |
| | DATE OF PRIOR STATEMENT..... 3-31-23 | |
| | BEGINNING BALANCE................. | 623.40 |
| MINUS | CHECKS, WITHDRAWALS, OTHER DEBITS... | .00 |
| MINUS | SERVICE FEE....................... | 8.00 |
| PLUS | DEPOSITS AND OTHER CREDITS......... | .00 |
| EQUALS | ENDING ACCOUNT BALANCE............. | 615.40 |

### ACCOUNT ACTIVITY

| Date | Description | Deposit/Credit | Withdrawal/Debit |
|---|---|---|---|
| 4-28 | ACCOUNT SERVICE FEE | | 5.00 |
| 4-28 | PAPER STATEMENT FEE | | 3.00 |

### DAILY BALANCE SUMMARY

| Date.........Amount | Date.........Amount | Date.........Amount |
|---|---|---|
| 3-31        623.40 | 4-28        615.40 | |

RECEIVED

MAY 0 8 2023



**BANK STATEMENT**
This section is provided to help you balance your bank statement.

**CUSTOMER TRANSACTION RECORDS**
Have you entered all transactions in your record book? The transaction legend will describe all entries made to your accounts as a result of the account agreement or preauthorized instructions given to 1st Source Bank.

**EXAMPLE CHARGES/CREDITS?**

|  |  |
|---|---|
| **Preauthorized Withdrawals:** | **Miscellaneous Bank Charge:** |
| Loan Payments | Account Service Charge |
| CareFree Loan Payments | Returned Check Charge |
| Insurance Company Premiums | Overdraft Charge |
| Telephone Transfers | Check Printing Charge |
| ATM Withdrawals | Correction Debit Memo |
| | Dormant Account Fees |
| **Preauthorized Deposits:** | |
| Social Security Deposit | **Miscellaneous Bank Credits:** |
| Direct Deposit of Payroll | Interest Earned This Statement |
| Other Automatic Deposits | Correction Credit Memo |

Check sorting is unnecessary, as paid items are shown in numeric order on the statement as they were written. Asterisks (*) help locate missing check numbers (i.e. paid checks from previous statements, void checks, checks written but not yet paid by the bank, and checks written and converted to Accounts Receivable Truncated Check Entry (ARC), Point of Purchase entry (POP) and Represented Check Entry (RCK).

Please refer to your account record book, and list below all unpaid checks or unposted withdrawals from this and past statements.

| | | | |
|---|---|---|---|
| Ending account balance (from other side) | $ | | |
| Add deposits made but not posted on this statement (if any) | $ | | |

Transactions outstanding – Not charged to account

| Number | | $ | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| Total transactions outstanding (Not charged to account) | Subtract – | $ | |
| Adjusted Statement Total = | | $ | |
| These two amounts should agree | | | |
| Customer Record Book Balance = | | $ | |

Should you determine that your account is not in balance after correctly entering all transactions, please take this statement and your prior statement to your banking center.

Send all inquiries to 1st Source Bank, Customer Service (574)235-2000
P.O. Box 1602, South Bend, IN 46634 (800)513-2360

**CHANGE OF ADDRESS**
You, the authorized account signer, agree to notify the Bank promptly of any changes of physical, postal or electronic address, telephone number or other relevant information for the Bank's records. Notification may be made in-person at a banking center, via phone by calling the Bank's customer service center or in writing to, 1st Source Bank, Customer Accounting, P.O. Box 1602, South Bend, IN 46634.

**ELECTRONIC FUNDS TRANSFER NOTICE OF DISCLOSURE AND BILLING ERROR RIGHTS**
In case of errors or questions about the electronic transfers or transactions on your statement, contact us as soon as possible at

1st Source Bank, Customer Accounting
P.O. Box 1602
South Bend, IN 46634
(574)235-2000 or (800)513-2360

**IF YOUR ATM OR DEBIT CARD IS LOST OR STOLEN, PLEASE CALL:**
(574)235-2000 or (800)472-3272 after hours or (973)682-2652 internationally

If you think your statement or receipt is wrong or if you need more information about a receipt, a transfer or transaction on your statement, contact us at the address and phone number above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You may telephone us if you have a statement error, but doing so will not preserve your rights.

1. Tell us your name and account number (if any)
2. Describe the error and explain as clearly as you can why you believe there is an error or why you need more information
3. Tell us the dollar amount of the suspected error

If this is an electronic transfer, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do so, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**ACCOUNT STATEMENTS**
It is important that you promptly review your account information and any accompanying items shown on your account statement and notify the Bank in writing of any dispute or discrepancy, including unauthorized transfers, electronic funds transfers, withdrawals or other transactions, transactions involving unauthorized checks, unauthorized or forged signatures or endorsements, alterations or other irregularities or if you do not receive an account statement. You must report in writing any such dispute or discrepancy to 1st Source Bank, Branch Administration, P.O. Box 1602, South Bend, IN 46634 within fourteen (14) days of the date of earliest account statement describing such irregularities. Please refer to your Agreement for Deposit Accounts for additional information.

You are in the best position to detect an unauthorized signature or transaction. If you use a third party to manage your accounts it is still your responsibility to verify your account statements.

**CAREFREE LINE OF CREDIT**
Interest Charges are imposed on loans from the date of each loan, at the rates indicated on face of this statement.

The minimum payment is calculated in accordance with your Loan Agreement.

The periodic rates for loans are applied to the average daily balance. Average daily balance method (including current transactions) We figure (a portion of) the Interest Charge on your account by applying the periodic rate to the "average daily balance" of your account (including current transaction). To get the "average daily balance" we take the beginning balance of your account each day, and any new purchases, advances/loans, and subtract any payment or credit (and unpaid interest charges). This gives us the daily balance. Then we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**
If you think there is an error on your statement, write to us at

1st Source Bank
Attn: Consumer Loan Department
P.O. Box 1602
South Bend, IN 46634-4055
Telephone (574)235-2000 or (800)513-2360

In your letter, please make sure to include the following information:

- Your name and loan number
- The dollar amount of the suspected error
- A description of what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

This is a summary of your rights; a full statement of your rights and our responsibilities under the Fair Credit Billing Act will be sent to you upon request and in response to a bill error notice.

Revised 11/16

**1st Source Bank**



**FIRSTAMERICANBANK**

PASO DEL NORTE MATERIALS LLC                                    04/30/23
8000 ESCOBAR
EL PASO TX  79907

4468

CLOSED

*** CHECKING *** SMART BUSINESS PREMI
ACCOUNT NUMBER         4468
PREVIOUS STATEMENT BALANCE AS OF 03/31/23 ......................    31,931.07-
   PLUS      11  DEPOSITS AND OTHER CREDITS ...................    48,763.55
   LESS      13  CHECKS AND OTHER DEBITS .....................    16,832.48
CURRENT STATEMENT BALANCE AS OF 04/30/23 ........................         .00
NUMBER OF DAYS IN THIS STATEMENT PERIOD    30

---

*** CHECKING ACCOUNT TRANSACTIONS ***

| DATE | DESCRIPTION | DEBITS | CREDITS |
|---|---|---|---|
| 04/03 | CONTINUOUS OVERDRAWN FEE | 25.00 | |
| 04/06 | RETURNED ACH ITEM | | 955.88 |
| 04/06 | RETURNED ACH ITEM | | 1,953.36 |
| 04/06 | AC-EL PASO ELECTRIC-ELECT BILL | 955.88 | |
| 04/06 | AC-EL PASO ELECTRIC-ELECT BILL | 1,953.36 | |
| 04/10 | CONTINUOUS OVERDRAWN FEE | 25.00 | |
| 04/11 | RETURNED ACH ITEM | | 5,559.48 |
| 04/11 | RETURNED ACH ITEM | | 6,867.50 |
| 04/11 | ACCOUNT ANALYSIS CHARGE | 78.65 | |
| 04/11 | AC-IRS        -USATAXPYMT | 5,559.48 | |
| 04/11 | AC-IRS        -USATAXPYMT | 6,867.50 | |
| 04/13 | RETURNED ACH ITEM | | 376.15 |
| 04/13 | AC-ATT        -Payment | 376.15 | |
| 04/14 | S/P 3/30/23 CK187843/PAYABLE | | 30,377.88 |
|  | TO COMPTROLLEROFPUBLICACCTS | | |
| 04/17 | RETURNED ACH ITEM | | 376.15 |
| 04/17 | CONTINUOUS OVERDRAWN FEE | 25.00 | |
| 04/17 | AC-ATT        -RETRY PYMT | 376.15 | |
| 04/18 | RETURNED ACH ITEM | | 189.16 |
| 04/18 | AC-EL Paso Water    -EPWater | 189.16 | |
| 04/19 | RETURNED ACH ITEM | | 376.15 |
| 04/19 | AC-ATT        -RETRY PYMT | 376.15 | |
| 04/20 | REVERSE ACCOUNT ANALYSIS | | 78.65 |
|  | CHARGE | | |
| 04/24 | CONTINUOUS OVERDRAWN FEE | 25.00 | |
| 04/25 | CLOSING OWES LL 60 DAYS | | 1,653.19 |
|  | OD/ADC/IF | | |

|  | : TOTAL FOR : | TOTAL | : |
|---|---|---|---|
|  | : THIS PERIOD : | YEAR-TO-DATE | : |
| TOTAL OVERDRAFT FEES    : | 100.00 : | 293.00 | : |
| TOTAL RETURNED ITEM FEES : | .00 : | 464.00 | : |

---

*** BALANCE BY DATE ***

| | | | |
|---|---|---|---|
| 03/31 | 31,931.07- 04/03 | 31,956.07- 04/10 | 31,981.07- 04/11 | 32,059.72- |
| 04/14 | 1,681.84- 04/17 | 1,706.84- 04/20 | 1,628.19- 04/24 | 1,653.19- |
| 04/25 | .00 | | |

firstamericanbanknm.com

Member
FDIC