**Fill in this information to identify the case:**

Debtor Name **PASO DEL NORTE MATERIALS LLC**

United States Bankruptcy Court for the: Western District of Texas

Case number: **23-30252**

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

| | |
|---|---|
| Month: **MAY** | Date report filed: **06/20/2023** <br> MM / DD / YYYY |
| Line of business: **MATERIALS PRODUCER** | NAISC code: _____ |

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Jose A. Rosales, Jr.

Original signature of responsible party

Printed name of responsible party Jose A. Rosales, Jr.

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|:---:|:---:|:---:|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☑ | ☐ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name __PASO DEL NORTE MATERIALS LLC__

Case number __23-30252__

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

   $ __45,233.89__

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.

   $ __342,491.87__

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.

   − $ __312,985.26__

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.

   + $ __29,506.61__

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

   = $ __74,740.50__

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

   (Exhibit E)

   $ __45,806.07__

Debtor Name **PASO DEL NORTE MATERIALS LLC**          Case number 23-30252

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables                                                                  $ 215,116.01

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                    23
27. What is the number of employees as of the date of this monthly report?                        22

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 5,965.50
30. How much have you paid this month in other professional fees?                                  $ 0.00
31. How much have you paid in total other professional fees since filing the case?                $ 5,965.50

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 350,000.00 | − | $ 342,491.87 | = | $ 7,508.13 |
| 33. **Cash disbursements** | $ 332,000.00 | − | $ 312,985.26 | = | $ 19,014.74 |
| 34. **Net cash flow** | $ 18,000.00 | − | $ 29,506.61 | = | $ -11,506.61 |

35. Total projected cash receipts for the next month:                                   $ 350,000.00
36. Total projected cash disbursements for the next month:                             − $ 332,000.00
37. Total projected net cash flow for the next month:                                  = $ 18,000.00

Debtor Name  PASO DEL NORTE MATERIALS LLC

Case number 23-30252

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

06/16/23

# Paso Del Norte Materials, LLC
## A/P Aging Summary
### As of May 31, 2023
#### Exhibit E

| PDN Payables - Net Increase Sicne Filing | TOTAL | Incurred | Due | Purpose |
|---|---|---|---|---|
| ALEXJANDRO M QUINONEZ | 101.36 | 5/23/2023 | 6/25/2023 | Fuel Reimbursement |
| BLUE CROSS BLUE SHIELD | 5,164.67 | 5/31/2023 | 6/25/2023 | Group Health |
| BRONCO DISPOSAL | 241.17 | 4/30/2023 | 5/31/2023 | Disposal Services |
| E.P. BUD KIRK | 7,202.51 | 5/19/2023 | 6/10/2023 | Legal Fees |
| EL PASO WATER UTILITIES | 2,710.37 | 5/26/2023 | 6/15/2023 | Utilities |
| EUCLID CHEMICAL COMPANY | 2,570.40 | 5/12/2023 | 6/12/2023 | Inventory |
| G&S DIESEL | 2,475.18 | 5/9/2023 | 6/8/2023 | Repairs |
| GCC SUN CITY MATERIALS, LLC | 4,282.13 | 5/31/2023 | 6/10/2023 | Inventory |
| HAIL SOLUTIONS | 30.00 | 5/5/2023 | 6/5/2023 | Repairs |
| HUGO C DOMINGUEZ | 189.98 | 5/30/2023 | 6/2/2023 | Fuel Reimbursement |
| JONEL | 3,400.00 | 5/1/2023 | 6/10/2023 | Repairs |
| NEW MEXICO STATE LAND OFFICE | 200.00 | 5/25/2023 | 6/15/2023 | State Fees |
| NEW MEXICO TECH-BUREAU OF MINE SAFETY | 650.00 | 3/27/2023 | 4/15/2023 | State Fees |
| OC TRUCK TIRES, LLC | 5,010.32 | 5/31/2023 | 6/12/2023 | Repairs |
| RODRIGUEZ ENGINEERING LABORATORIES, LLC | 3,835.88 | 4/23/2023 | 5/23/2023 | Testing |
| RULY'S MOBILE WELDING | 2,532.00 | 4/6/2023 | 5/6/2023 | Repairs |
| SUN CITY SCALE, INC. | 433.00 | 5/1/2023 | 6/1/2023 | Weight Calibration |
| TEXAS GENERAL LAND OFFICE | 4,627.28 | 5/31/2023 | 6/20/2023 | Rock Royalties |
| THE LAW OFFICES OF STEPHEN H. NICKEY P.C. | 150.00 | 4/30/2023 | 6/1/2023 | Legal Fees |
| | 45,806.07 | | | |

2:37 PM

06/16/23

# Paso Del Norte Materials, LLC
## A/R Aging Summary
### As of May 31, 2023

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| AZTEC READY MIX | 0.00 | 10,599.40 | 0.00 | 0.00 | 0.00 | 10,599.40 |
| BELLA HOMES, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 600.79 | 600.79 |
| Build Masters Construction | 0.00 | 0.00 | 0.00 | 0.00 | 2,516.81 | 2,516.81 |
| CLASSIC AMERICAN HOMES | 0.00 | 0.00 | 0.00 | 0.00 | 510.94 | 510.94 |
| COD SALES | 0.00 | 2,344.20 | 2,421.85 | 1,639.99 | 246.19 | 6,652.23 |
| EDWARD HOMES | 0.00 | 1,631.33 | 0.00 | 0.00 | 0.00 | 1,631.33 |
| EMPIRE WELDING | 0.00 | 0.00 | 0.00 | 0.00 | 7,266.42 | 7,266.42 |
| FELIPE ROCHA | 0.00 | 0.00 | 0.00 | 0.00 | 5,738.89 | 5,738.89 |
| JAR Concrete, Inc. | | | | | | |
|   2017-841 NORTH SKIES | 0.00 | 1,402.50 | 1,200.00 | 3,960.00 | 0.00 | 6,562.50 |
|   2019-902 TRANSMOUNTAIN | 4,353.75 | 19,320.50 | 8,374.75 | 7,658.50 | 0.00 | 39,707.50 |
|   2021-0308 GtW Estates Replat J | 0.00 | 19,847.94 | 6,448.13 | 0.00 | 0.00 | 26,296.07 |
|   2021-1305 Parkway Structures | 687.50 | 21,937.50 | 9,187.50 | 1,125.00 | 0.00 | 32,937.50 |
|   2022-0377 TROWBRIDGE DRIVE IMPROVEME... | 0.00 | 2,100.00 | 16,076.14 | 14,020.97 | 0.00 | 32,197.11 |
|   AZTEC | 0.00 | 1,128.60 | 0.00 | 0.00 | 0.00 | 1,128.60 |
| Total JAR Concrete, Inc. | 5,041.25 | 65,737.04 | 41,286.52 | 26,764.47 | 0.00 | 138,829.28 |
| JM CONCRETE CONSTRUCTION | 0.00 | 0.00 | 0.00 | 0.00 | 5,310.86 | 5,310.86 |
| JNC DEVELOPMENT, INC. | 0.00 | 8,107.94 | 0.00 | 0.00 | 0.00 | 8,107.94 |
| LEH HOMES | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 | 300.00 |
| LMJ CONSTRUCTION, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 2,810.17 | 2,810.17 |
| MA BUILDERS & DESIGN  HOMES, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 6,392.17 | 6,392.17 |
| MAJOR MOTION LOGISTICS | 0.00 | 0.00 | 0.00 | 0.00 | 2,190.07 | 2,190.07 |
| MJK CONSTRUCTION | 0.00 | 0.00 | 0.00 | 0.00 | 1,655.50 | 1,655.50 |
| R MIMBELA CONTRACTING | 0.00 | 0.00 | 0.00 | 0.00 | 6,588.20 | 6,588.20 |
| RASSETTE HOMES | 0.00 | 0.00 | 0.00 | 0.00 | 1,343.19 | 1,343.19 |
| ROSEWOOD DESIGN & BUILD | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 3.00 |
| RUDY SILVA TRUCKING | 0.00 | 0.00 | 0.00 | 0.00 | 6,306.90 | 6,306.90 |
| SARATOGA HOMES | 0.00 | 0.00 | 0.00 | -2,172.84 | 879.41 | -1,293.43 |
| TBN CONSTRUCTION & DEVELOPMENT LLC | 0.00 | 0.00 | 0.00 | 0.00 | 207.84 | 207.84 |
| WESTSIDE WELDING | 0.00 | 0.00 | 0.00 | 0.00 | 585.00 | 585.00 |
| WINTON FLAIR HOMES | 0.00 | 0.00 | 0.00 | 0.00 | 262.51 | 262.51 |
| TOTAL | 5,041.25 | 88,419.91 | 43,708.37 | 26,231.62 | 51,714.86 | 215,116.01 |

**CASE NAME:** PASO DEL NORTE MATERIALS LLC
**CASE NUMBER:** 23-30252
SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-1

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 2023 March | MONTH 2023 April | MONTH 2023 May | MONTH | MONTH | MONTH | Six Months To Date |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $27,920.99 | $33,368.38 | $45,233.89 | | | | $27,920.99 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 98,238.72 | 260,131.64 | 342,491.87 | | | | 700,862.23 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 0.00 | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | 92,000.00 | | | | | | 92,000.00 |
| 5. SALE OF ASSETS | 0.00 | | | | | | 0.00 |
| 6. OTHER (attach list) | 0.00 | 1,653.19 | | | | | 1,653.19 |
| TOTAL RECEIPTS** | $190,238.72 | $261,784.83 | $342,491.87 | $0.00 | $0.00 | $0.00 | $794,515.42 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | 0.00 | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 72,681.48 | 81,542.10 | 85,209.53 | | | | 239,413.12 |
| 8. PAYROLL TAXES PAID | 3,522.03 | 21,542.28 | 29,372.32 | | | | 54,436.63 |
| 9. SALES, USE & OTHER TAXES PAID | 10,907.94 | 7,771.07 | 19,920.14 | | | | 38,599.15 |
| 10. SECURED/RENTAL/LEASES | | 0.00 | 202.50 | | | | 202.50 |
| 11. UTILITIES & TELEPHONE | 752.19 | 0.00 | 2,346.82 | | | | 3,099.01 |
| 12. INSURANCE | | 0.00 | 0.00 | | | | 0.00 |
| 13. INVENTORY PURCHASES | 47,074.00 | 89,922.60 | 107,743.10 | | | | 244,739.70 |
| 14. VEHICLE EXPENSES | 31,366.58 | 25,627.76 | 31,425.19 | | | | 88,419.53 |
| 15. TRAVEL & ENTERTAINMENT | | 0.00 | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 298.20 | 9,226.64 | 28,131.72 | | | | 37,656.56 |
| 17. ADMINISTRATIVE & SELLING | 7,308.90 | 3,275.03 | 2,857.43 | | | | 13,441.36 |
| 18. OTHER (attach list) | 10,900.00 | 10,761.84 | 5,528.51 | | | | 27,188.35 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | $184,791.33 | $249,669.32 | $312,735.26 | $0.00 | $0.00 | $0.00 | $747,195.91 |
| 19. PROFESSIONAL FEES | | | | | | | |
| 20. U.S. TRUSTEE FEES | | 250.00 | 250.00 | | | | 500.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | $184,791.33 | $249,919.32 | $312,985.26 | $0.00 | $0.00 | $0.00 | $747,695.91 |
| 22. NET CASH FLOW | 5,447.39 | 11,865.51 | 29,506.61 | 0.00 | 0.00 | 0.00 | 46,819.51 |
| 23. CASH - END OF MONTH (SMOR-2) | $33,368.38 | $45,233.89 | $74,740.50 | $0.00 | $0.00 | $0.00 | $74,740.50 |

SBMOR-Exhibit B-1

* Applies to Individual debtors only
**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on SBMOR-Exhibit B-2

Revised 01/31/2014

CASE NAME: PASO DEL NORTE MATERIALS LLC

CASE NUMBER: 23-30252

SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-2

## CASH ACCOUNT RECONCILIATION
## MONTH OF May 2023

| BANK NAME | | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # | # | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BEGINNING BANK BALANCE | | | | | $ 0.00 |
| RECEIPTS | | | | | 0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS | | | | | 0.00 |
| ENDING BANK BALANCE | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| DEPOSITS IN TRANSIT | | | | | 0.00 |
| OUTSTANDING CHECKS | | | | | 0.00 |
| ADJUSTED BANK BALANCE | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| BEGINNING CASH - PER BOOKS* | | | | | $ 0.00 |
| RECEIPTS* | | | | | 0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR  MFR-2 | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | | 0.00 |
| ENDING CASH - PER BOOKS* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**SBMOR-Exhibit B-2**

* Numbers should balance (match) BEGINNING CASH, TOTAL RECEIPTS, TOTAL DISBURSEMENTS and ENDING CASH lines on SBMOR-Exhibit B-1. Copies of all bank statements should be attached.

*Revised 01/31/2014*

## See Attached

## Paso Del Norte Materials, LLC

**Other Disbursements List**

| | |
|---|---:|
| Group Health Insurar | 5,164.67 |
| Child Support | 361.84 |
| | **5,526.51** |

**Paso Del Norte Materials, LLC - All Bank Accounts**
**April 2023**

| | GECU 3835 | GECU Sav | 1st Source | Weststar DIP | Totals |
|---|---|---|---|---|---|
| Beginning Bank Bal | 62,873.60 | 20.00 | 615.40 | 500.00 | 64,009.00 |
| Cash Receipts [Bank] | 137,903.01 | - | | 204,588.86 | 342,491.87 |
| Transfers | | | | | - |
| Checks / Disp [Bank} | 199,300.54 | - | 8.00 | 130,945.35 | 330,253.89 |
| Ending Balance | 1,476.07 | 20.00 | 607.40 | 74,143.51 | 76,246.98 |
| Dep In Transit | | | | | - |
| Outstanding Checks | - | | | 1,506.48 | 1,506.48 |
| Adj Bank Balance | 1,476.07 | 20.00 | 607.40 | 72,637.03 | 74,740.50 |
| | | | | | |
| Beginning Cash [Books] | 44,098.49 | 20.00 | 615.40 | 500.00 | 45,233.89 |
| Cash Receipts [Books] | 137,903.01 | - | - | 204,588.86 | 342,491.87 |
| Transfers | | | | | - |
| Checks and disb [Books] | 180,525.43 | - | 8.00 | 132,451.83 | 312,985.26 |
| Ending Cash per Books | 1,476.07 | 20.00 | 607.40 | 72,637.03 | 74,740.50 |
| | | | | Net Cash Flow | 29,506.61 |



## GECU
### FEDERAL CREDIT UNION

P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA




PASO DEL NORTE MATERIALS LLC
8000 ESCOBAR DR
EL PASO TX 79907-1854

**GECU REWARDS CREDIT CARD\***

Apply now at gecu.com.

Account Number:        ■3835
Statement Date:        05/31/23
Page 1 of 5

\*Details at gecu.com. ——

# member statement

•••••••••••••••••••••••••••••••••• **Checking Account**   ■3835 ••••••••••••••••••••••••••••••
All Transactions by Date

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 04/30 | Balance Forward--------------------------------------------------------------------------> | | | 62,873.60 |
| 05/01 | EIRTHPAY | MTHLY FEES | 69.92- | 62,803.68 |
| 05/01 | Wire Out GCC | | 4,911.00- | 57,892.68 |
| 05/01 | WIRE FEE | | 15.00- | 57,877.68 |
| 05/01 | Deposit | | 10,881.00 | 68,758.68 |
| 05/01 | Deposit | | 6,568.00 | 75,326.68 |
| 05/01 | Deposit | | 15,477.05 | 90,803.73 |
| 05/01 | Check Number | 40381 | 877.27- | 89,926.46 |
| 05/01 | Check Number | 40377 | 1,021.09- | 88,905.37 |
| 05/01 | Check Number | 40380 | 774.33- | 88,131.04 |
| 05/01 | Check Number | 40384 | 1,227.90- | 86,903.14 |
| 05/01 | Check Number | 40386 | 876.33- | 86,026.81 |
| 05/01 | Check Number | 40280 | 287.50- | 85,739.31 |
| 05/01 | Check Number | 40374 | 1,070.55- | 84,668.76 |
| 05/01 | Check Number | 40376 | 952.12- | 83,716.64 |
| 05/01 | Check Number | 40391 | 1,250.00- | 82,466.64 |
| 05/01 | Check Number | 40393 | 132.00- | 82,334.64 |
| 05/01 | Check Number | 40370 | 1,187.49- | 81,147.15 |
| 05/01 | Check Number | 40383 | 759.63- | 80,387.52 |
| 05/01 | Check Number | 40388 | 1,238.70- | 79,148.82 |
| 05/01 | Check Number | 40372 | 947.65- | 78,201.17 |
| 05/01 | Check Number | 40382 | 2,559.62- | 75,641.55 |
| 05/02 | WESTAMERICA BNK  MERCH FEES | | 34.95- | 75,606.60 |
| 05/02 | CHARGE ANYWHERE  FIRST ACH | | 10.04- | 75,596.56 |
| 05/02 | IRS | USATAXPYMT | 6,203.58- | 69,392.98 |
| 05/02 | IRS | USATAXPYMT | 111.19- | 69,281.79 |
| 05/02 | IRS | USATAXPYMT | 137.35- | 69,144.44 |
| 05/02 | Wire Out GCC | | 4,911.00- | 64,233.44 |
| 05/02 | WIRE FEE | | 15.00- | 64,218.44 |
| 05/02 | Deposit | | 4,363.00 | 68,581.44 |
| 05/02 | Deposit | | 3,178.88 | 71,760.32 |
| 05/02 | Check Number | 40385 | 814.20- | 70,946.12 |
| 05/02 | Check Number | 40389 | 90.46- | 70,855.66 |
| 05/02 | Check Number | 40375 | 918.99- | 69,936.67 |
| 05/02 | Check Number | 40378 | 912.85- | 69,023.82 |
| 05/02 | Check Number | 40368 | 1,008.46- | 68,015.36 |
| 05/02 | Check Number | 40373 | 1,059.17- | 66,956.19 |

----------- Continued -----------

# ▼GECU®
### FEDERAL CREDIT UNION
P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

| Account Number: | ●●3835 |
| Statement Date: | 05/31/23 |

Page 2 of 5

# member statement

•••••••••••••••••••••••••••••• **Checking Account** ●●3835 •••••••••••••••••••••••••••••••

| Date | Description | | Amount | Balance |
|------|-------------|---|--------|---------|
| 05/02 | Check Number | 40396 | 341.26- | 66,614.93 |
| 05/03 | Wire Out GCC | | 4,911.00- | 61,703.93 |
| 05/03 | WIRE FEE | | 15.00- | 61,688.93 |
| 05/03 | Wire Out GCC | | 4,911.00- | 56,777.93 |
| 05/03 | WIRE FEE | | 15.00- | 56,762.93 |
| 05/03 | Wire Out Sapphire Gas Solutions LLC | | 2,500.00- | 54,262.93 |
| 05/03 | WIRE FEE | | 15.00- | 54,247.93 |
| 05/03 | Deposit | | 5,953.57 | 60,201.50 |
| 05/03 | Deposit | | 11,636.00 | 71,837.50 |
| 05/03 | Check Number | 40394 | 575.70- | 71,261.80 |
| 05/03 | Check Number | 40367 | 913.96- | 70,347.84 |
| 05/04 | Wire Out GCC | | 4,911.00- | 65,436.84 |
| 05/04 | WIRE FEE | | 15.00- | 65,421.84 |
| 05/04 | Wire Out GCC | | 9,822.00- | 55,599.84 |
| 05/04 | WIRE FEE | | 15.00- | 55,584.84 |
| 05/04 | Deposit | | 1,410.00 | 56,994.84 |
| 05/04 | Check Number | 40397 | 273.87- | 56,720.97 |
| 05/04 | Check Number | 40421 | 124.82- | 56,596.15 |
| 05/04 | Check Number | 40369 | 1,044.29- | 55,551.86 |
| 05/05 | WESTAMERICA BNK MERCH DEP | | 138.73 | 55,690.59 |
| 05/05 | Deposit | | 4,662.94 | 60,353.53 |
| 05/05 | Check Number | 40423 | 1,200.00- | 59,153.53 |
| 05/05 | Check Number | 40426 | 2,000.00- | 57,153.53 |
| 05/06 | Check Number | 40401 | 818.38- | 56,335.15 |
| 05/08 | WESTAMERICA BNK MERCH DEP | | 740.43 | 57,075.58 |
| 05/08 | WESTAMERICA BNK MERCH DEP | | 129.88 | 57,205.46 |
| 05/08 | WESTAMERICA BNK MERCH DEP | | 37.99 | 57,243.45 |
| 05/08 | Deposit | | 2,580.18 | 59,823.63 |
| 05/08 | Deposit | | 20,666.00 | 80,489.63 |
| 05/08 | IRS        USATAXPYMT | | 9,842.00 | 90,331.63 |
| 05/08 | Deposit | | 6,035.08- | 84,296.55 |
| 05/08 | Check Number | 40411 | 2,802.00 | 87,098.55 |
| 05/08 | Check Number | 40390 | 770.82- | 86,327.73 |
| 05/08 | Check Number | 40414 | 3,451.00- | 82,876.73 |
| 05/08 | Check Number | 40404 | 737.93- | 82,138.80 |
| 05/08 | Check Number | 40405 | 602.98- | 81,535.82 |
| 05/08 | Check Number | 40416 | 617.65- | 80,918.17 |
| 05/08 | Check Number | 40403 | 901.03- | 80,017.14 |
| 05/08 | Check Number | 40410 | 1,059.17- | 78,957.97 |
| 05/08 | Check Number | 40422 | 780.24- | 78,177.73 |
| 05/08 | Check Number | 40407 | 2,100.00- | 76,077.73 |
| 05/08 | Check Number | 40418 | 923.21- | 75,154.52 |
| 05/08 | Check Number | 40417 | 1,138.70- | 74,015.82 |
| 05/08 | Check Number | 40432 | 484.75- | 73,531.07 |
| 05/08 | Check Number | 40427 | 1,187.48- | 72,343.59 |
| 05/08 | Check Number | 40430 | 500.00- | 71,843.59 |
| 05/08 | Check Number | 40413 | 5.62- | 71,837.97 |
| 05/08 | Check Number | 40420 | 646.86- | 71,191.11 |
| 05/08 | Check Number | 40433 | 713.66- | 70,477.45 |
| 05/08 | Check Number | 40431 | 73.78- | 70,403.67 |
| 05/08 | Check Number | 40399 | 40.00- | 70,363.67 |
| 05/09 | Wire Out GCC | | 1,144.57- | 69,219.10 |
| 05/09 | WIRE FEE | | 4,911.00- | 64,308.10 |
| 05/09 | Deposit | | 15.00- | 64,293.10 |
| 05/09 | Check Number | 40415 | 8,858.00 | 73,151.10 |
| 05/09 | Check Number | 40419 | 930.91- | 72,220.19 |
| 05/09 | Check Number | 40424 | 90.46- | 72,129.73 |
| 05/09 | Check Number | 40408 | 273.01- | 71,856.72 |
| | | | 826.26- | 71,030.46 |

------------ Continued ------------

# GECU
**WE'RE WITH YOU.** P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

| Account Number: | ⬤3835 |
|---|---|
| Statement Date: | 05/31/23 |

Page 3 of 5

# member statement

**Checking Account** ⬤3835

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 05/09 | Check Number | 40398 | 1,978.34- | 69,052.12 |
| 05/09 | Check Number | 40406 | 1,101.20- | 67,950.92 |
| 05/09 | Check Number | 40435 | 2,000.00- | 65,950.92 |
| 05/09 | Check Number | 40434 | 2,000.00- | 63,950.92 |
| 05/09 | Check Number | 40409 | 1,122.67- | 62,828.25 |
| 05/09 | Check Number | 40428 | 78.20- | 62,750.05 |
| 05/09 | Check Number | 40436 | 1,650.00- | 61,100.05 |
| 05/09 | Check Number | 40412 | 2,995.70- | 58,104.35 |
| 05/10 | WESTAMERICA BNK MERCH DEP | | 1,558.02 | 59,662.37 |
| 05/10 | WESTAMERICA BNK MERCH DEP | | 297.22 | 59,959.59 |
| 05/10 | Deposit | | 3,281.00 | 63,240.59 |
| 05/10 | Check Number | 40429 | 70.00- | 63,170.59 |
| 05/11 | WESTAMERICA BNK MERCH DEP | | 861.61 | 64,032.20 |
| 05/11 | WESTAMERICA BNK MERCH DEP | | 905.14 | 64,937.34 |
| 05/11 | Wire Out GCC | | 4,911.00- | 60,026.34 |
| 05/11 | WIRE FEE | | 15.00- | 60,011.34 |
| 05/11 | Deposit | | 4,135.15 | 64,146.49 |
| 05/11 | Deposit | | 6,880.00 | 71,026.49 |
| 05/11 | Check Number | 40437 | 1,136.06- | 69,890.43 |
| 05/11 | Check Number | 40467 | 1,425.00- | 68,465.43 |
| 05/11 | Check Number | 40466 | 2,000.00- | 66,465.43 |
| 05/12 | WESTAMERICA BNK MERCH DEP | | 59.22 | 66,524.65 |
| 05/12 | Check Number | 40451 | 1,122.66- | 65,401.99 |
| 05/12 | Check Number | 40462 | 316.96- | 65,085.03 |
| 05/12 | Check Number | 40438 | 611.60- | 64,473.43 |
| 05/12 | Check Number | 40469 | 124.68- | 64,348.75 |
| 05/12 | Check Number | 40464 | 140.69- | 64,208.06 |
| 05/15 | Wire Out GCC | | 4,911.00- | 59,297.06 |
| 05/15 | WIRE FEE | | 15.00- | 59,282.06 |
| 05/15 | Wire Out GCC | | 4,911.00- | 54,371.06 |
| 05/15 | WIRE FEE | | 15.00- | 54,356.06 |
| 05/15 | IRS USATAXPYMT | | 6,155.86- | 48,200.20 |
| 05/15 | Check Number | 40453 | 899.19- | 47,301.01 |
| 05/15 | Check Number | 40446 | 1,126.28- | 46,174.73 |
| 05/15 | Check Number | 40456 | 968.73- | 45,206.00 |
| 05/15 | Check Number | 40452 | 894.85- | 44,311.15 |
| 05/15 | Check Number | 40458 | 930.66- | 43,380.49 |
| 05/15 | Check Number | 40449 | 1,106.77- | 42,273.72 |
| 05/15 | Check Number | 40445 | 1,059.18- | 41,214.54 |
| 05/15 | Check Number | 40450 | 870.05- | 40,344.49 |
| 05/15 | Check Number | 40459 | 758.73- | 39,585.76 |
| 05/15 | Check Number | 40442 | 1,187.48- | 38,398.28 |
| 05/15 | Check Number | 40471 | 115.00- | 38,283.28 |
| 05/15 | Check Number | 40470 | 25.00- | 38,258.28 |
| 05/15 | Check Number | 40448 | 923.22- | 37,335.06 |
| 05/15 | Check Number | 40455 | 646.86- | 36,688.20 |
| 05/15 | Check Number | 40439 | 1,008.40- | 35,679.80 |
| 05/15 | Check Number | 40460 | 1,138.69- | 34,541.11 |
| 05/15 | Check Number | 40402 | 1,059.84- | 33,481.27 |
| 05/15 | Check Number | 40444 | 888.74- | 32,592.53 |
| 05/16 | Check Number | 40457 | 924.65- | 31,667.88 |
| 05/16 | Check Number | 40447 | 684.17- | 30,983.71 |
| 05/16 | Check Number | 40440 | 1,095.74- | 29,887.97 |
| 05/16 | Check Number | 40454 | 2,415.47- | 27,472.50 |
| 05/17 | Wire Out GCC | | 4,911.00- | 22,561.50 |
| 05/17 | WIRE FEE | | 15.00- | 22,546.50 |
| 05/17 | Check Number | 40468 | 202.50- | 22,344.00 |
| 05/17 | Check Number | 40443 | 1,005.82- | 21,338.18 |
| 05/18 | TRNSFER FRM CK XXXXXX7155 | | 5,000.00 | 26,338.18 |

----------- Continued -----------

# GECU®
**FEDERAL CREDIT UNION**
P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

| Account Number: | ■■3835 |
| Statement Date: | 05/31/23 |

Page 4 of 5

# member statement

•••••••••••••••••••••••••••••• Checking Account ■■3835 ••••••••••••••••••••••••••••••

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 05/18 | Wire Out GCC | 4,911.00- | 21,427.18 |
| 05/18 | WIRE FEE | 15.00- | 21,412.18 |
| 05/18 | Check Number 40441 | 1,084.01- | 20,328.17 |
| 05/19 | WEBFILE TAX PYMT DD | 18,496.94- | 1,831.23 |
| 05/19 | TRNSFER FRM CK XXXXXX7155 | 5,000.00 | 6,831.23 |
| 05/19 | Wire Out GCC | 4,911.00- | 1,920.23 |
| 05/19 | WIRE FEE | 15.00- | 1,905.23 |
| 05/19 | Check Number 40461 | 90.46- | 1,814.77 |
| 05/30 | Check Number 40363 | 300.00- | 1,514.77 |
| 05/31 | Service Charge | 38.70- | 1,476.07 |

## Checks in Order

| Date | Number | Amount | Date | Number | Amount |
|------|--------|--------|------|--------|--------|
| 05/01 | 40280 | 287.50 | 05/08 | 40420 | 713.66 |
| 05/30 | 40363* | 300.00 | 05/04 | 40421 | 124.82 |
| 05/03 | 40367* | 913.96 | 05/08 | 40422 | 2100.00 |
| 05/02 | 40368 | 1008.46 | 05/05 | 40423 | 1200.00 |
| 05/04 | 40369 | 1044.29 | 05/09 | 40424 | 273.01 |
| 05/01 | 40370 | 1187.49 | 05/05 | 40426* | 2000.00 |
| 05/01 | 40372* | 947.65 | 05/08 | 40427 | 500.00 |
| 05/02 | 40373 | 1059.17 | 05/09 | 40428 | 78.20 |
| 05/01 | 40374 | 1070.55 | 05/10 | 40429 | 70.00 |
| 05/02 | 40375 | 918.99 | 05/08 | 40430 | 5.62 |
| 05/01 | 40376 | 952.12 | 05/08 | 40431 | 40.00 |
| 05/01 | 40377 | 1021.09 | 05/08 | 40432 | 1187.48 |
| 05/02 | 40378 | 912.85 | 05/08 | 40433 | 73.78 |
| 05/01 | 40380* | 774.33 | 05/09 | 40434 | 2000.00 |
| 05/01 | 40381 | 877.27 | 05/09 | 40435 | 2000.00 |
| 05/01 | 40382 | 2559.62 | 05/09 | 40436 | 1650.00 |
| 05/01 | 40383 | 759.63 | 05/11 | 40437 | 1136.06 |
| 05/01 | 40384 | 1227.90 | 05/12 | 40438 | 611.60 |
| 05/01 | 40385 | 814.20 | 05/15 | 40439 | 1008.40 |
| 05/01 | 40386 | 876.33 | 05/16 | 40440 | 1095.74 |
| 05/01 | 40388* | 1238.70 | 05/18 | 40441 | 1084.01 |
| 05/02 | 40389 | 90.46 | 05/15 | 40442 | 1187.48 |
| 05/08 | 40390 | 3451.00 | 05/17 | 40443 | 1005.82 |
| 05/01 | 40391 | 1250.00 | 05/15 | 40444 | 888.74 |
| 05/01 | 40393* | 132.00 | 05/15 | 40445 | 1059.18 |
| 05/03 | 40394 | 575.70 | 05/15 | 40446 | 1126.28 |
| 05/02 | 40396* | 341.26 | 05/16 | 40447 | 684.17 |
| 05/04 | 40397 | 273.87 | 05/15 | 40448 | 923.22 |
| 05/09 | 40398 | 1978.34 | 35/15 | 40449 | 1106.77 |
| 05/08 | 40399 | 1144.57 | 05/15 | 40450 | 870.05 |
| 05/06 | 40401* | 818.38 | 05/12 | 40451 | 1122.66 |
| 05/15 | 40402 | 1059.84 | 05/15 | 40452 | 894.85 |
| 05/08 | 40403 | 1059.17 | 05/15 | 40453 | 899.19 |
| 05/08 | 40404 | 602.98 | 05/16 | 40454 | 2415.47 |
| 05/08 | 40405 | 617.65 | 05/15 | 40455 | 646.86 |
| 05/09 | 40406 | 1101.20 | 05/15 | 40456 | 968.73 |
| 05/08 | 40407 | 923.21 | 05/16 | 40457 | 924.65 |
| 05/09 | 40408 | 826.26 | 05/15 | 40458 | 930.66 |
| 05/09 | 40409 | 1122.67 | 05/15 | 40459 | 758.73 |
| 05/08 | 40410 | 780.24 | 05/15 | 40460 | 1138.69 |
| 05/08 | 40411 | 770.82 | 05/19 | 40461 | 90.46 |
| 05/09 | 40412 | 2995.70 | 05/12 | 40462 | 316.96 |
| 05/08 | 40413 | 646.86 | 05/12 | 40464* | 140.69 |
| 05/08 | 40414 | 737.93 | 05/11 | 40466* | 2000.00 |
| 05/09 | 40415 | 930.91 | 05/11 | 40467 | 1425.00 |
| 05/08 | 40416 | 901.03 | 05/17 | 40468 | 202.50 |

----------- Continued -------------

**GECU**
WE'RE WITH YOU."
P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

| Account Number: | 3835 |
| Statement Date: | 05/31/23 |

Page 5 of 5

# member statement

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **Checking Account** 3835 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Date | Number | Amount | Date | Number | Amount |
|------|--------|--------|------|--------|--------|
| 05/08 | 40417 | 484.75 | 05/12 | 40469 | 124.68 |
| 05/08 | 40418 | 1138.70 | 05/15 | 40470 | 25.00 |
| 05/09 | 40419 | 90.46 | 05/15 | 40471 | 115.00 |

(*) Check Numbers Missing

## AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| Total for this period | # | Total Fees | # | Refunds/Corrections |
|---|---|---|---|---|
| Total Overdraft Fees** | 0 | $0.00 | 0 | $0.00 |
| Total Returned Item* Fees | 0 | $0.00 | 0 | $0.00 |
| Total year-to-date | # | Total Fees | # | Refunds/Corrections |
| Total Overdraft Fees** | 0 | $0.00 | 0 | $0.00 |
| Total Returned Item* Fees | 1 | $29.50 | 0 | $0.00 |

*Returned Items include non-sufficient funds (NSF) charges for checks, debit card transactions, and automated clearing house (ACH) transactions.

**Total overdraft fees include overdraft privilege fees and uncollected funds fees.

**Account Summary**
Previous Statement Date: 04/30/23

| Beginning Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charge | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 62,873.60 | | 137,903.0 1 | | .00 | | 199,261.84 | | 38.70 | | 1,476.07 |

Statement from 05/01/23 Thru 05/31/23

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **Summary of Deposit Accounts** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| AP | Account | Balance | Int-Rate% | YTD-Int | YTD-Penalty | Maturity |
|----|---------|---------|-----------|---------|-------------|----------|
| CK | 3835 | 1,476.07 | 0.000 | .00 | | |



**GECU**
FEDERAL CREDIT UNION

P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA




PASO DEL NORTE MATERIALS LLC
8000 ESCOBAR DR
EL PASO TX 79907-1854



IMAGINE
POSSIBILITIES
WITH A GECU HOME EQUITY LOAN*

Account Number:          ⬤7924
Statement Date:          03/31/23
Page 1 of 1

Apply now at gecu.com!

# member statement

 *Details at gecu.com ————

************************************ Share Account        ⬤924 *************************************

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 12/31 | Balance Forward------------------------------------------------------------------------> | | 20.00 |

Dividend Period:     01/01/23 to 03/31/23

Previous Statement Date: 12/31/22

| Beginning Balance | + | Deposits | + | Dividend Paid | - | Deductions | - | Service Charge | = | Ending Balance |
|-------------------|---|----------|---|---------------|---|------------|---|----------------|---|----------------|
| 20.00 | | .00 | | .00 | | .00 | | .00 | | 20.00 |

*************************************** Summary of Deposit Accounts **************************************

| AP | Account | Balance | Div-Rate% | YTD-Div | YTD-Penalty | Maturity |
|----|---------|---------|-----------|---------|-------------|----------|
| SV | ⬤7924 | 20.00 | 0.150 | .00 | .00 | |

# STATEMENT



8.1.4264 1 SP 0.600   79145D11.p01 1-1 B:0 4264



PASO DEL NORTE MATERIALS LLC
8000 ESCOBAR
EL PASO TX 79907-1854

SFG DEPOSITS
(574) 235-2873
AMY BOBSON
STATEMENT DATE        5-31-23
PAGE    1
ACCOUNT NO.           ████4725

**RECEIVED**

JUN 7 2023

VISIT 1STSOURCE.COM.
IT'S YOUR PERSONAL AND BUSINESS SOURCE
FOR ARTICLES AND TOOLS TO MAKE
MANAGING YOUR FINANCES EASIER.

\*-------------------------------------------------------------\*

## BUSINESS VALUE CHECKING

|  |  |  |
|---|---|---|
|  | ACCOUNT NUMBER........... ████4725 |  |
|  | DATE OF PRIOR STATEMENT..... 4-30-23 |  |
|  | BEGINNING BALANCE.................. | 615.40 |
| MINUS | CHECKS, WITHDRAWALS, OTHER DEBITS... | .00 |
| MINUS | SERVICE FEE....................... | 8.00 |
| PLUS | DEPOSITS AND OTHER CREDITS......... | .00 |
| EQUALS | ENDING ACCOUNT BALANCE............. | 607.40 |

## ACCOUNT ACTIVITY

| Date | Description | Deposit/Credit | Withdrawal/Debit |
|---|---|---|---|
| 5-31 | ACCOUNT SERVICE FEE | | 5.00 |
| 5-31 | PAPER STATEMENT FEE | | 3.00 |

## DAILY BALANCE SUMMARY

| Date.........Amount | Date.........Amount | Date.........Amount |
|---|---|---|
| 4-30        615.40 | 5-31        607.40 | |

EFFECTIVE 7/1/23: ATM OWNER AND
MSB AGENT COMPLIANCE FEES $75 PER MONTH



# WestStar

PO BOX 99100
El Paso Texas 79999-9100

WestStar Bank
PO Box 99100 - El Paso Texas 79999-9100
Phone: (915) 532-1000 Fax: (915) 542-3077
Website: weststarbank.com

4670413

Paso Del Norte Materials LLC
Debtor in Possession
Case no. 23-330252-hcm
8000 Escobar Dr
El Paso TX 79907-1854

**RECEIVED**

JUN 7 2023

| Date 5/31/23 | Page 1 |
|---|---|
| Account Number | ●1243 |
| Enclosures | 91 |

## CHECKING ACCOUNTS

Paso Del Norte Materials LLC
Debtor in Possession
Case no. 23-330252-hcm

With the MyCardRules app, you're in the driver's seat of your WestStar
Debit Card. Get transaction alerts, customize spending limits for transactions,
merchants, and places, set parental controls, and more. Enjoy full control of
your debit card today! Download the app now from the Apple App Store or Google
Play.



Comm Ck-Analyzed Imaged
| | | |
|---|---|---|
| Account Number | ●1243 | Number of Enclosures 91 |
| Previous Balance | 500.00 | Statement Dates 5/01/23 thru 5/31/23 |
| 41 Deposits/Credits | 204,588.86 | Days in the Statement Period 31 |
| 84 Checks/Debits | 130,945.35 | Average Ledger 57,981.03 |
| Service Fee | .00 | Average Collected 52,926.01 |
| Interest Paid | .00 | |
| Ending Balance | 74,143.51 | |

### Deposits and Credits

| Date | Description | Amount |
|---|---|---|
| 5/12 | Deposit | 2,583.00 |
| 5/12 | Deposit | 20,673.59 |
| 5/12 | Deposit | 29,985.26 |
| 5/15 | MERCH DEP WESTAMERICA BNK CCD 014024300000035 PASO DEL NORTE MATERIA | 32.98 |
| 5/15 | MERCH DEP WESTAMERICA BNK CCD 014024300000035 PASO DEL NORTE MATERIA | 201.81 |
| 5/15 | MERCH DEP WESTAMERICA BNK CCD | 1,532.00 |

MEMBER FDIC         NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

5266



**WestStar Bank**
PO Box 99100 - El Paso Texas 79999-9100
Phone: (915) 532-1000 Fax: (915) 542-3077
Website: weststarbank.com

| Date  5/31/23 | Page    2 |
|---|---|
| Account Number | ██1243 |
| Enclosures | 91 |

Comm Ck-Analyzed Imaged                    ██1243  (Continued)

## Deposits and Credits

| Date | Description | Amount |
|---|---|---|
| | 014024300000035 | |
| | PASO DEL NORTE MATERIA | |
| 5/15 | MERCH DEP  WESTAMERICA BNK | 2,188.57 |
| | CCD | |
| | 014024300000035 | |
| | PASO DEL NORTE MATERIA | |
| 5/15 | MERCH DEP  WESTAMERICA BNK | 2,718.13 |
| | CCD | |
| | 014024300000035 | |
| | PASO DEL NORTE MATERIA | |
| 5/15 | Deposit | 676.56 |
| 5/15 | Deposit | 2,552.00 |
| 5/15 | Deposit | 17,665.00 |
| 5/16 | Deposit | 1,692.00 |
| 5/16 | Deposit | 4,572.00 |
| 5/17 | MERCH DEP  WESTAMERICA BNK | 24.91 |
| | CCD | |
| | 014024300000035 | |
| | PASO DEL NORTE MATERIA | |
| 5/17 | MERCH DEP  WESTAMERICA BNK | 1,340.15 |
| | CCD | |
| | 014024300000035 | |
| | PASO DEL NORTE MATERIA | |
| 5/18 | MERCH DEP  WESTAMERICA BNK | 136.59 |
| | CCD | |
| | 014024300000035 | |
| | PASO DEL NORTE MATERIA | |
| 5/18 | Deposit | 2,264.00 |
| 5/18 | Deposit | 3,521.80 |
| 5/19 | MERCH DEP  WESTAMERICA BNK | 214.69 |
| | CCD | |
| | 014024300000035 | |
| | PASO DEL NORTE MATERIA | |
| 5/19 | MERCH DEP  WESTAMERICA BNK | 2,023.74 |
| | CCD | |

5287

```
Date  5/31/23           Page    3
Account Number          ████1243
Enclosures                      91
```

Comm Ck-Analyzed Imaged          ████1243   (Continued)

## Deposits and Credits

| Date | Description | Amount |
|------|-------------|--------|
|  | 014024300000035 |  |
|  | PASO DEL NORTE MATERIA |  |
| 5/19 | Deposit | 23,489.57 |
| 5/22 | MERCH DEP  WESTAMERICA BNK<br>CCD | 107.75 |
|  | 014024300000035 |  |
|  | PASO DEL NORTE MATERIA |  |
| 5/22 | MERCH DEP  WESTAMERICA BNK<br>CCD | 161.01 |
|  | 014024300000035 |  |
|  | PASO DEL NORTE MATERIA |  |
| 5/22 | MERCH DEP  WESTAMERICA BNK<br>CCD | 214.71 |
|  | 014024300000035 |  |
|  | PASO DEL NORTE MATERIA |  |
| 5/22 | MERCH DEP  WESTAMERICA BNK<br>CCD | 2,572.22 |
|  | 014024300000035 |  |
|  | PASO DEL NORTE MATERIA |  |
| 5/22 | Deposit | 24,262.46 |
| 5/23 | Deposit | 4,573.00 |
| 5/24 | MERCH DEP  WESTAMERICA BNK<br>CCD | 203.31 |
|  | 014024300000035 |  |
|  | PASO DEL NORTE MATERIA |  |
| 5/24 | MERCH DEP  WESTAMERICA BNK<br>CCD | 611.87 |
|  | 014024300000035 |  |
|  | PASO DEL NORTE MATERIA |  |
| 5/24 | Deposit | 2,024.00 |
| 5/24 | Deposit | 9,410.00 |
| 5/25 | MERCH DEP  WESTAMERICA BNK<br>CCD | 1,377.93 |
|  | 014024300000035 |  |
|  | PASO DEL NORTE MATERIA |  |
| 5/25 | Deposit | 4,801.00 |

5267

 WestStar

**WestStar Bank**
PO Box 99100 - El Paso Texas 79999-9100
Phone: (915) 532-1000 Fax: (915) 542-3077
Website: weststarbank.com

| Date  5/31/23 | Page    4 |
| Account Number | 1243 |
| Enclosures | 91 |

Comm Ck-Analyzed Imaged            1243   (Continued)

## Deposits and Credits

| Date | Description | Amount |
|------|-------------|--------|
| 5/26 | MERCH DEP  WESTAMERICA BNK CCD 014024300000035 PASO DEL NORTE MATERIA | 1,945.38 |
| 5/26 | Deposit | 1,154.00 |
| 5/26 | Deposit | 16,341.85 |
| 5/30 | MERCH DEP  WESTAMERICA BNK CCD 014024300000035 PASO DEL NORTE MATERIA | 23.79 |
| 5/30 | MERCH DEP  WESTAMERICA BNK CCD 014024300000035 PASO DEL NORTE MATERIA | 52.95 |
| 5/30 | MERCH DEP  WESTAMERICA BNK CCD 014024300000035 PASO DEL NORTE MATERIA | 1,377.98 |
| 5/30 | Deposit | 11,720.30 |
| 5/31 | Deposit | 1,565.00 |

## Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 5/15 | Account Analysis Fee | 20.04- |
| 5/22 | DDA outgoing wire GCC CEMENT | 9,822.00- |
| 5/22 | MERCH DEP  WESTAMERICA BNK CCD 014024300000035 PASO DEL NORTE MATERIA | 1,395.99- |
| 5/22 | USATAXPYMT IRS CCD | 5,603.22- |

5268

```
Date   5/31/23            Page      5
Account Number        ███1243
Enclosures                      91
```

**Comm Ck-Analyzed Imaged**                 ███1243  (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| | XXXXX4211546927 | |
| | PASO DEL NORTE MATERIA | |
| 5/24 | DDA outgoing wire | 8,740.00- |
| | ConEquip Parts & Equipment, LL | |
| 5/24 | DDA outgoing wire | 9,822.00- |
| | GCC Cement | |
| 5/26 | AchBatch    Paso Del Norte M | 4,911.00- |
| | PPD | |
| 5/30 | BILLPAY    EL PASO WATER UT | 877.30- |
| | EL PASO WATER U | |
| | \WEB | |
| 5/30 | BILLPAY    EL PASO WATER UT | 2,346.82- |
| | EL PASO WATER U | |
| | \WEB | |
| 5/30 | BILLPAY    EL PASO WATER UT | 3,454.10- |
| | EL PASO WATER U | |
| | \WEB | |
| 5/30 | AchBatch    Paso Del Norte M | 4,911.00- |
| | PPD | |
| 5/30 | USATAXPYMT IRS | 5,126.04- |
| | CCD | |
| | XXXXX5000133107 | |
| | PASO DEL NORTE MATERIA | |
| 5/31 | OBPPAYMT   HEALTH CARE SERV | 5,164.67- |
| | CCD | |
| | 0230962777 | |
| | PASO DEL NORTE MATERIA | |

## CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 5/17 | 41000 | 508.78 | 5/24 | 41003 | 984.73 | 5/22 | 41006 | 658.80 |
| 5/19 | 41001 | 973.34 | 5/22 | 41004 | 1,187.48 | 5/22 | 41007 | 1,059.16 |
| 5/22 | 41002 | 950.28 | 5/23 | 41005 | 1,099.46 | 5/23 | 41008 | 305.45 |

indicates a skip in check sequence on this statement

 **WestStar**

WestStar Bank
PO Box 99100 - El Paso Texas 79999-9100
Phone: (915) 532-1000 Fax: (915) 542-3077
Website: weststarbank.com

| Date  5/31/23 | Page  6 |
|---|---|
| Account Number | ▮1243 |
| Enclosures | 91 |

Comm Ck-Analyzed Imaged            ▮1243  (Continued)

## CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 5/22 | 41009 | 1,296.65 | 5/22 | 41032 | 25.00 | 5/30 | 41055 | 765.59 |
| 5/22 | 41010 | 760.97 | 5/30 | 41033 | 113.62 | 5/30 | 41057* | 646.86 |
| 5/22 | 41011 | 790.89 | 5/24 | 41034 | 1,423.20 | 5/30 | 41058 | 898.73 |
| 5/23 | 41012 | 945.43 | 5/22 | 41035 | 85.00 | 5/31 | 41059 | 968.83 |
| 5/22 | 41013 | 1,122.66 | 5/23 | 41036 | 336.44 | 5/30 | 41060 | 901.03 |
| 5/23 | 41014 | 738.77 | 5/23 | 41037 | 80.12 | 5/30 | 41061 | 742.56 |
| 5/22 | 41015 | 595.44 | 5/22 | 41038 | 483.00 | 5/30 | 41062 | 1,138.70 |
| 5/22 | 41016 | 1,923.81 | 5/22 | 41040* | 3,200.00 | 5/31 | 41063 | 90.46 |
| 5/22 | 41017 | 646.86 | 5/26 | 41041 | 389.72 | 5/25 | 41064 | 2,350.24 |
| 5/22 | 41018 | 816.18 | 5/25 | 41042 | 1,401.93 | 5/25 | 41066* | 498.00 |
| 5/23 | 41019 | 836.28 | 5/26 | 41043 | 879.49 | 5/30 | 41067 | 268.89 |
| 5/22 | 41020 | 876.32 | 5/30 | 41044 | 950.28 | 5/30 | 41068 | 25.00 |
| 5/22 | 41022* | 1,138.70 | 5/30 | 41046* | 1,187.52 | 5/30 | 41069 | 27.18 |
| 5/23 | 41023 | 90.46 | 5/31 | 41047 | 913.46 | 5/30 | 41071* | 2,100.00 |
| 5/16 | 41025* | 2,375.00 | 5/30 | 41048 | 974.29 | 5/25 | 41072 | 900.00 |
| 5/24 | 41026 | 250.00 | 5/30 | 41049 | 1,059.17 | 5/26 | 41073 | 2,084.19 |
| 5/18 | 41027 | 2,100.00 | 5/31 | 41050 | 606.88 | 5/30 | 41076* | 1,750.00 |
| 5/17 | 41028 | 1,950.00 | 5/30 | 41051 | 837.53 | 5/31 | 41080* | 2,000.00 |
| 5/18 | 41029 | 2,000.00 | 5/31 | 41052 | 714.34 | 5/31 | 41082* | 1,800.00 |
| 5/18 | 41030 | 1,350.00 | 5/30 | 41053 | 804.87 | 5/22 | 241021* | 725.10 |
| 5/22 | 41031 | 149.39 | 5/31 | 41054 | 1,122.66 | | | |

Indicates a skip in check sequence on this statement

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 5/01 | 500.00 | 5/18 | 84,556.53 | 5/25 | 93,515.04 |
| 5/12 | 53,741.85 | 5/19 | 109,311.19 | 5/26 | 104,691.87 |
| 5/15 | 81,288.86 | 5/22 | 101,316.44 | 5/30 | 85,959.81 |
| 5/16 | 85,177.86 | 5/23 | 101,457.03 | 5/31 | 74,143.51 |
| 5/17 | 84,084.14 | 5/24 | 92,486.28 | | |

5269