IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| PASO DEL NORTE MATERIALS, LLC, | § | Case No. 23-30252-HCM-11 |
| | § | |
| Debtor. | § | |

**DEBTOR-IN-POSSESSION'S EXHIBIT AND WITNESS LISTS FOR HEARING ON MOTION OF 1ST SOURCE BANK FOR RELIEF FROM THE AUTOMATIC STAY, OR ALTERNATIVELY, FOR ADEQUATE PROTECTION AND WAIVER OF 30-DAY REQUIREMENT**

| | EXHIBITS | | | |
|---|---|---|---|---|
| EXHIBIT NUMBER | DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
| 1. | UCC Financing Statement Amendment, March 20, 2018 | | | |
| 2. | UCC Financing Statement Amendment, January 17, 2019 | | | |
| 3. | UCC Financing Statement, August 14, 2020 | | | |
| 4. | UCC Financing Statement, September 23, 2020 | | | |
| 5. | UCC Financing Statement, December 18, 2020 | | | |
| 6. | UCC Financing Statement, January 26, 2021 | | | |
| 7. | UCC Financing Statement Amendment, January 12, 2022 | | | |
| 8. | UCC Financing Statement, May 27, 2021 | | | |
| 9. | UCC Financing Statement, July 26, 2021 | | | |
| 10. | Title Certificate for 2008 Kenworth Mixer Truck VIDN 4011 | | | |
| 11. | Title Certificate for 2008 Kenworth Mixer Truck VIDN 2744 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 12. | Photos of the Asphalt Plant | | | | |
| 13. | Photos of the Stansteal Drum | | | | |
| 14. | Photos of the Seven Remaining 4-Axle Ranco End-Dump Trailers. | | | | |
| 15. | Photos of the Ranco 27' End-Dump Trailer. | | | | |
| 16. | Photos of the RBT Chain Conveyer. | | | | |
| 17. | Photos of the Tesab Impact Crusher | | | | |
| 18. | Photos of JLG 12-55A Forklift | | | | |
| 19. | Photos of Genie GTH 844 | | | | |
| 20. | Photos of 2013 John Deere 310EP | | | | |
| 21. | Photos of 2013 Dynapac CC624 HF | | | | |

| WITNESS LIST | | |
|---|---|---|
| Witness Number | Witness Name | Nature of Testimony |
| 1. | SEAN KELLEY | He has been employed as the expert witness for the Debtor on equipment values. He is expected to testify that the Debtor has substantial equity in the collateral. |
| 2. | JOE A. ROSALES, JR | He is expected to testify that the collateral is well-maintained and the loans are pre-paid ahead of their model amortizations. |

Respectfully submitted this 27th day of June, 2023.

/s/ E.P. Bud Kirk
E.P. BUD KIRK
State Bar No. 11508650
600 Sunland Park Drive
Building Four, Ste.400
El Paso, TX 79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com

Attorney for the Debtor-in-Possession

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 27th day of June, 2023, I did cause a copy of the foregoing Exhibit And Witness Lists For Hearing On U.S. Fire Insurance Company's Motion For Relief From Stay to be over-night mailed to Ronda Farrar, Courtroom Deputy, U.S. Bankruptcy Court, 903 San Jacinto Blvd., Ste. #322, Austin, TX 78701; and to be emailed to 1st Source Bank, c/o Jarom J. Yates, Jarom.Yates@haynesboone.com.

/s/ E.P. Bud Kirk
E.P. BUD KIRK

4988.001-LC-062323