**The relief described hereinbelow is SO ORDERED.**

**Signed June 27, 2023.**


_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| PASO DEL NORTE MATERIALS, LLC, | § | Case No. 23-30252-HCM-11 |
| | § | |
| Debtor. | § | |

### ORDER ON DEBTOR'S REQUEST FOR VALUATION WITNESS TO APPEAR TELEPHONICALLY

On this day the Court has heard the Debtor-in-Possession J.A.R. CONCRETE, INC.'s Request for Valuation Witness to Appear Telephonically at 1ST SOURCE BANK's Motion for Relief from Stay hearing scheduled for June 28, 2023 at 1:00 p.m. (MT). For good cause shown, the Request is well-taken, and is GRANTED. Debtor's counsel shall be responsible for informing SEAN KELLEY, Certified Equipment Appraiser on how he can appear in Court for that hearing.

###

Submitted by:

E.P. BUD KIRK
Attorney at Law
600 Sunland Park Dr.
Building Four, Suite 400
El Paso, TX 79912
(915) 584-3773
(915) 581-3452 facsimile

Attorney for Debtor-in-Possession