IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| PASO DEL NORTE MATERIALS, LLC, | § | Case No. 23-30252-HCM-11 |
| | § | |
| Debtor. | § | |

## SUPPLEMENTAL DISCLOSURE OF COMPENSATION

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY JUDGE:

Now comes E.P. BUD KIRK, attorney for the Debtor PASO DEL NORTE MATERIALS, LLC in the above-captioned proceedings, and files this Supplemental Disclosure of Compensation, placed into his trust account pending approval of any required Fee Application.

Date of Payment: April 17, 2023
Amount of Payment: $287.50
Source of Payment Paso Del Norte Materials, LLC

I have not agreed to share the compensation with any other entity.

Respectfully submitted this 27th day of June, 2023.

/s/ _____
E.P. BUD KIRK
State Bar No. 11508650
600 Sunland Park Drive
Bldg. Four, Suite 400
El Paso, TX 79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com

Attorney for the Debtor-in-Possession