IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| PASO DEL NORTE MATERIALS, LLC, | § | Case No. 23-30252-HCM-11 |
| | § | |
| Debtor. | § | |

## RESPONSE TO MOTION OF WALLWORK FINANCE FOR RELIEF FROM AUTOMATIC STAY, OR ALTERNATIVELY, MOTION FOR ADEQUATE PROTECTION REGARDING EQUIPMENT

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY JUDGE:

Now comes the Debtor-in-Possession PASO DEL NORTE MATERIALS, LLC ("PDNM") and through its attorney undersigned files this Response to Motion of WALLWORK FINANCIAL for Relief from Automatic Stay, and would show:

### I-III.

Debtor admits the averments of Motion paragraphs 1 through 3.

### IV.

Debtor denies that its valuation of $120,000 "corresponds" to WALLWORK FINANCIAL's valuation of $96,000.00.

### V-VI.

Debtor has equity in the collateral.

### VII.

Debtor admits the averments of Motion paragraph 7.

### VIII.

Debtor admits the averments of the Motion paragraph misnumbered 4.

IX.

Debtor admits the averments of the Motion paragraph misnumbered 5.

X.

Debtor admits the averments of the Motion paragraph misnumbered 6.

XI.

Debtor denies the averments of the Motion paragraph misnumbered 7.

XII.

Debtor denies the averments of the Motion paragraph misnumbered 8.

XIII-XIV

Debtor admits the averments of the Motion paragraphs misnumbered 9 and 10.

XV.

Debtor denies the averments of the Motion paragraph misnumbered 11.

XVI-XVIII.

Debtor admits the averments of the Motion paragraphs misnumbered 12-14.

XIX.

Debtor denies that the Equipment in worth only $165,000.

XX.

Debtor denies that there is "slim equity in the equipment" as averred in the Motion paragraph misnumbered 16.

XXI.

Debtor admits the averments of the Motion paragraph misnumbered 17.

## XXII.

The Motion paragraph 18 requires no response.

## XXIII-XXVIII.

Debtor denies the averments of the Motion paragraphs misnumbered 19-24.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that the Motion be in all things denied.

Respectfully submitted this 30th day of June, 2023.

/s/ _____
E.P. BUD KIRK
State Bar No. 11508650
600 Sunland Park Drive
Bldg. Four, Suite 400
El Paso, TX 79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com
Attorney for the Debtor-in-Possession

## CERTIFICATE OF SERVICE

I do hereby certify that on the 30th day of June, 2023, I did cause a copy of the foregoing Response To Motion Of Wallwork Finance For Relief From Automatic Stay, Or Alternatively, Motion For Adequate Protection Regarding Equipment to be mailed to U.S. Trustee, 615 E. Houston St., Ste. 533, San Antonio, TX 78205-1539; to Paso Del Norte Materials, LLC, 8000 Escobar, El Paso, TX 79907; to Wallwork Financial, c/o Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, Texas 76102.

/s/ _____
E.P. BUD KIRK

4988-LC-062923