**The relief described hereinbelow is SO ORDERED.**

**Signed July 05, 2023.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-30252-HCM |
| | § | |
| PASO DEL NORTE MATERIALS, LLC | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**ORDER AUTHORIZING AND AWARDING FIRST AND FINAL APPLICATION FOR COMPENSATION OF FEES AND EXPENSES OF MICHAEL G. COLVARD, SUBCHAPTER V TRUSTEE**

WHEREAS, in said District, came on for consideration the First and Final Application for Compensation of Fees and Expenses, (the "Final Application") of Michael G. Colvard ("Colvard," "Applicant" and/or "Trustee"), as Subchapter V Trustee, seeking final allowance of compensation and reimbursement of actual and necessary expenses for the period of March 28, 2023 through May 16, 2023 in the amount of Three Thousand Eight Hundred Forty Dollars and 00/100 ($3,840.00), plus expenses in the amount of Fourteen Dollars and 18/100 ($14.18), plus Five Hundred Dollars and no/100 ($500.00) for finalizing, filing and hearing on this Application, for a total of Four Thousand Three Hundred Fifty-Four Dollars and 18/100 ($4,354.18), and the Court finding that the

compensation should be awarded and the reimbursement of out-of-pocket expenses should be allowed. It is therefore. . .

ORDERED, ADJUDGED and DECREED that Colvard be and hereby is, awarded his final compensation for fees in the amount of $4,340.00 and expenses of $14.18. It is further. . .

ORDERED, ADJUDGED and DECREED that Colvard be and hereby is provided final approval for all fees and expenses awarded for services provided within this proceeding between March 28, 2023 through May 16, 2023 in the amount of Three Thousand Eight Hundred Forty Dollars and 00/100 ($3,840.00), plus expenses in the amount of Fourteen Dollars and 18/100 ($14.18), plus Five Hundred Dollars and no/100 ($500.00) for finalizing, filing and hearing on this Application, for a total of Four Thousand Three Hundred Fifty-Four Dollars and 18/100 ($4,354.18), which sum is to be paid pursuant to the terms of the Agreed Order Resolving the United States Trustee's Objection to Debtor's Election to Proceed Under Subchapter V [ECF No. 73].

###

Submitted by:

**MARTIN & DROUGHT, P.C.**
Weston Centre
112 East Pecan Street, Suite 1616
San Antonio, Texas 78205
Telephone: (210) 227-7591
Facsimile: (210) 227-7924
Email: mcolvard@mdtlaw.com

By:/s/ Michael G. Colvard
    MICHAEL G. COLVARD
    State Bar No. 0462920

**SUBCHAPTER V TRUSTEE**