**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PASO DEL NORTE MATERIALS, LLC, | § | Case No. 23-30252-hcm11 |
| | § | |
| Debtor. | § | |

### MOTION OF 1ST SOURCE BANK FOR WITNESS TO APPEAR BY WEBEX

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUTPCY JUDGE:

1st Source Bank ("1st Source") files this *Motion of 1st Source Bank for Witness to Appear by WebEx* (the "Motion") and respectfully requests as follows:

1. On May 18, 2023, 1st Source filed its *Motion of 1st Source Bank for Relief from the Automatic Stay, or Alternatively, for Adequate Protection and Waiver of 30-Day Requirement* [Docket No. 63] (the "1st Source Stay Motion"). The hearing on the 1st Source Stay Motion was commenced on Wednesday, June 28, 2023, and continued to Wednesday, July 12, 2023 at 1:30 p.m. prevailing Mountain Time (the "Continued Hearing").

2. 1st Source requests that Courtney Rhoades, a Loan Workout Officer and Assistant Vice President for 1st Source Bank, be allowed to provide witness testimony at the Continued Hearing via WebEx.

3. Ms. Rhoades is located in Indiana and it would be expensive and time-consuming for Ms. Rhoades to travel from Indiana to El Paso to attend the Continued Hearing in person.

4. The undersigned counsel for 1st Source will be responsible for instructing Ms. Rhoades on the proper rules and procedures for testifying via WebEx.

5. No parties will be prejudiced by Ms. Rhoades' electronic appearance as she will be available for examination by the Court and any interested parties present at the Continued

Hearing.

WHEREFORE, 1st Source respectively requests the Court (i) enter an order authorizing Ms. Rhoades to appear via WebEx as a witness at the Continued Hearing, and (ii) for such other and further relief as may be just.

Dated: July 7, 2023

        **HAYNES AND BOONE, LLP**

        */s/ Jarom J. Yates*
        Jarom J. Yates
        State Bar No. 24071134
        2323 Victory Ave., Suite 700
        Dallas, Texas 75219
        Telephone: 214.651.5000
        Facsimile: 214.651.5940
        Email: jarom.yates@haynesboone.com

        **ATTORNEYS FOR 1ST SOURCE BANK**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 7, 2023, a true and correct copy of the foregoing document was served (i) by electronic mail (where indicated) or first class mail, postage prepaid, on the parties listed below, and (ii) by electronic mail to the parties registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

| | |
|---|---|
| E.P. Bud Kirk<br>600 Sunland Park Drive<br>Bldg. Four, Suite 400<br>El Paso, TX 79912<br>Email: budkirk@aol.com<br>*Counsel for the Debtor* | Erin Coughlin, Trial Attorney<br>Office of the U.S. Trustee<br>615 E. Houston St., Suite 533<br>San Antonio, TX 78205-1539<br>Email: erin.coughlin@usdoj.gov |

Paso del Norte Materials, LLC
8000 Escobar Dr.
El Paso, TX 79907

                                                    */s/ Jarom J. Yates*
                                                    Jarom J. Yates