**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PASO DEL NORTE MATERIALS, LLC, | § | Case No. 23-30252-hcm11 |
| | § | |
| Debtor. | § | |

**ORDER GRANTING MOTION OF 1ST SOURCE BANK
FOR WITNESS TO APPEAR BY WEBEX**

This matter comes before the Court on the *Motion of 1st Source Bank for Witness to Appear by WebEx* (the "Motion")[1] filed by 1st Source Bank ("1st Source"), requesting that Courtney Rhoades, a Loan Workout Officer and Assistant Vice President for 1st Source Bank, be allowed to provide witness testimony at the Continued Hearing via WebEx. The Court, having reviewed the Motion, finds cause exists to grant the Motion. Therefore, it is

**ORDERED** that Ms. Rhoades be allowed to appear as a witness at the Continued

---

[1] Capitalized terms used but not defined in this Order shall have the meanings set forth in the Motion.

4864-1223-7931 v.2

- 2 -

Hearing via WebEx; and it is further

**ORDERED** that counsel for 1st Source shall be instructing Ms. Rhoades on the proper rules and procedures for testifying via WebEx.

# # #

Submitted by:

**HAYNES AND BOONE, LLP**

Jarom J. Yates
State Bar No. 24071134
2323 Victory Ave., Suite 700
Dallas, Texas 75219
Telephone: 214.651.5000
Facsimile: 214.651.5940
Email: jarom.yates@haynesboone.com

**ATTORNEYS FOR 1ST SOURCE BANK**