IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| PASO DEL NORTE MATERIALS, LLC, | § | Case No. 23-30252-HCM-11 |
| | § | |
| Debtor. | § | |

## ORDER EXTENDING EXCLUSIVITY PERIOD

The Court has this date considered the Motion of the Debtor-in-Possession for an extension of Exclusivity Period. For good cause shown, the Motion is hereby GRANTED. Debtor's exclusivity period is extended to September 9, 2023.

###

Submitted by:

E.P. BUD KIRK
Attorney at Law
600 Sunland Park Dr.
Building Four, Ste. 400
El Paso, TX 79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com

Attorney for Debtor-in-Possession