UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-30252-HCM |
| | § | |
| PASO DEL NORTE MATERIALS, LLC | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

## Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Michael G. Colvard*, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00.  The case was converted with no plan confirmed and no plan payments made to the trustee.  Pursuant to 11 U.S.C. § 330(a), on July 5, 2023 the Court ordered compensation of $4,354.18 be awarded to the trustee.  These funds have not yet been paid by the debtor to the trustee.  I hereby certify that the estate of the above-named debtor has been fully administered through the date of conversion.  I request that I be discharged from any further duties as trustee.

Date: 07/12/2023

Respectfully Submitted,
**MARTIN & DROUGHT, P.C.**
Weston Centre
112 East Pecan Street, Suite 1616
San Antonio, Texas  78205
Telephone: (210) 227-7591
Facsimile:  (210) 227-7924
E-Mail: mcolvard@mdtlaw.com

By: /s/Michael G. Colvard
      Michael G. Colvard
      State Bar No. 04629200
**SUBCHAPTER V TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2023, a true and correct copy of the foregoing document was served on the parties listed on the attached service list via First Class Postage Pre-Paid Regular U.S. Mail.

/s/ Michael G. Colvard
Michael G. Colvard

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR C**