| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 23-30252-hcm<br>Western District of Texas<br>El Paso<br>Wed Jul 12 13:09:05 CDT 2023 | Paso Del Norte Materials, LLC<br>8000 Escobar Dr.<br>El Paso, TX 79907-1854 | U.S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901-2417 |
| 1st Source Bank<br>100 N. Michigan 4th Floor<br>South Bend, IN 46601-1600 | 1st Source Bank<br>c/o Jarom Yates<br>Haynes and Boone, LLP<br>2323 Victory Ave., Suite 700<br>Dallas, TX 75219-7673 | 4Rivers Equipment, LLC<br>c/o Mark Roberts<br>924 11th Street<br>Greeley, CO 80631-4043 |
| 4Rivers Equipment, LLC.<br>c/o Clyde A. Pine, Jr.<br>Mounce, Green, Myers, Safi<br>Paxon & Galatzan, P.C.<br>POB 1977<br>El Paso, TX 79999-1977 | AT&T<br>P.O. Box105414<br>Atlanta, GA 30348-5414 | Ahern Industries Incorporated<br>16376 Revello Dr.<br>Helotes, TX 78023-5157 |
| Aldo Lopez<br>Ray, Pena McChristian, P.C.<br>5822 Cromo Dr.<br>El Paso, TX 79912-5523 | American Express<br>Customer Care & Billing<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Assured Partners of Texas, LLC<br>dba Baldin Cox Allen<br>5930 Preston View Blvd. #200<br>Dallas, TX 75240-4782 | Auto Electric Company<br>1216 Texas Ave.<br>El Paso, TX 79901-1638 | BioDyne<br>P.O. Box 955967<br>Saint Louis, MO 63195-5967 |
| Border International Truck-EP<br>12283 Rojas<br>El Paso, TX 79936-7714 | Border Tire<br>12277 Rojas Drive, Ste. C<br>El Paso, TX 79936-7793 | Brewer Oil company<br>1025 Wall St.<br>El Paso, TX 79915-1012 |
| Bridgestone Hose Power<br>P.O. Box 861777<br>Orlando, FL 32886-1777 | C & R DISTRIBUTING, LLC<br>c/o Michael J. Shane<br>GORDON DAVIS JOHNSON & SHANE P.C.<br>4695 N. Mesa Street, Suite 100<br>El Paso, Texas 79912-6149 | C & R DISTRIBUTING, LLC<br>c/o Michael J. Shane<br>GORDON DAVIS JOHNSON & SHANE P.C.<br>P.O. Box 1322<br>El Paso, TX 79947-1322 |
| C&K Electric, Inc.<br>10800 Webb Rd.<br>Amarillo, TX 79108-7809 | C&K Electric, Inc.<br>Janet Kroeger<br>10800 Webb Road<br>Amarillo, TX 79108-7809 | C&R Distributing, LLC<br>140 S Prado<br>El Paso, TX 79907-6136 |
| CAL-Portland<br>P.O. Box 847409<br>Los Angeles, CA 90084-7409 | CEMCO, Inc.<br>782 Hwy. 251 S.<br>Olney, TX 76374-2384 | CHEM Giant Solutions<br>P.O. Box 290<br>Anthony, NM 88021-0290 |
| CLOWE & COWAN OF EL PASO, LLC<br>c/o Michael J. Shane<br>GORDON DAVIS JOHNSON & SHANE P.C.<br>4695 N. Mesa Street, Suite 100<br>El Paso, Texas 79912-6149 | CQC Testing & Engineering<br>4606 Titanic Ave.<br>El Paso, TX 79904-3335 | Callan C. Searcy<br>Attorney General's Office<br>Bankruptcy & Collections Div.<br>P.O. Box 12548<br>Austin, TX 78711-2548 |

| | | |
|---|---|---|
| Carlos Eduardo Cardenas<br>717 E San Antonio Ave. 3rd Floor<br>El Paso, TX 79901-2519 | Carrillo Drafting & Design<br>3309 Chickasaw Dr.<br>El Paso, TX 79936-1391 | (p)CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 |
| Century Rentals<br>955 Loma Verde Rd.<br>El Paso, TX 79936-7821 | Certified Laboratories<br>23261 Network Place<br>Chicago, IL 60673-1232 | (p)LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN DON STECKER<br>112 E PECAN<br>SUITE 2200<br>SAN ANTONIO TX 78205-1588 |
| Clowe & Cowan of El Paso, LLC<br>Michael Shane<br>Gordon Davis Johnson & Shane<br>POB 1322<br>El Paso, TX 79947-1322 | Concentra<br>P.O. Box 9005<br>Addison, TX 75001-9005 | Copper State Bolt & Nut Co.<br>11129 Pellicano Dr.<br>El Paso, TX 79935-5306 |
| Crum & Forster<br>305 Madison Ave.<br>Morristown, NJ 07960-6100 | Dump Truck & Loader Service Inc.<br>1645 Bessemer<br>El Paso, TX 79936-5226 | ESS Environmental and Safety Solutions<br>6044 Gateway Blvd. East Suite 303<br>El Paso, TX 79905-2051 |
| El Paso Electric<br>c/o Jeff Weikert<br>100 N. Stanton St.<br>El Paso, TX 79901-1463 | El Paso Water Utilities<br>P.O. Box 511<br>El Paso, TX 79961-0511 | (p)EMPIRE WELDING AND FABRICATION<br>7429 N LOOP DR<br>EL PASO TX 79915-2525 |
| Environmental & Safety Solutions<br>6044 Gateway Blvd. E, Ste. 303<br>El Paso, TX 79905-2051 | FT&R, Inc.<br>201 Los Mochis Drive<br>Canutillo, Texas 79835-8825 | FedEx<br>Dept. CH<br>P.O. Box 10306<br>Palatine, IL 60055-0306 |
| Fuels, LLC<br>P.O. Box 150990<br>Ogden, UT 84415-0990 | GS Trucking Gerardo Sanez<br>12174 Road House<br>El Paso, TX 79936-2692 | HERC Rental, Inc.<br>P.O. Box 936257<br>Atlanta, GA 31193-6257 |
| Health Care Services Corporation<br>P.O. Box 731428<br>Dallas, TX 75373-1428 | Honesta Screening<br>1148 Geronimo<br>El Paso, TX 79925-3417 | Hotmix Parts and Service<br>P.O. Box 436089<br>Louisville, KY 40253-6089 |
| Hyde Regulatory Consulting, LLC<br>1561 Ruby Ranch Rd.<br>Buda, TX 78610-3188 | (p)IPE AGGREGATE LLC<br>ATTN PATRICIA SCHEFFEL<br>2405 LIFEHAUS INDUSTRIAL DRIVE<br>SUITE 102<br>NEW BRAUNFELS TX 78130-3487 | IRS Insolvency Office<br>300 E. 8th Street, Mail Stop 5026AUS<br>Austin, TX 78701-3233 |
| Internal Revenue Service<br>Centralized Insolvency Office<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jaime Crespo<br>596 Montell Dr.<br>El Paso, TX 79927-3573 | Jonel<br>P.O. Box 798<br>Fullerton, CA 92836-0798 |

| | | |
|---|---|---|
| Joshua Ortega d/b/a Sunset Sand & Gravel<br>c/o James Feuille, ScottHulse PC<br>201 E. Main Dr. Ste. 1100<br>El Paso, TX 79901-1340 | Jurado Transportation<br>7901 Quejette Rd.<br>Vinton, TX 79821-8638 | KAT Industries, Inc.<br>10701 Lippert Rd.<br>El Paso, TX 79927-9159 |
| Leaf Capital Funding<br>2005 Market St., 14th Floor<br>Philadelphia, PA 19103-7009 | Long Horn Electrical Services, Inc.<br>2227 Texas Ave.<br>El Paso, TX 79901-2015 | Longhorn Distributing<br>5516 E. Paisano<br>El Paso, TX 79905-1743 |
| Lorenzo Fernandez<br>FT&R Inc.<br>201 Los Mochis<br>Canutillo, TX 79835-8825 | MHC Kenworth<br>P.O. Box 879269<br>Kansas City, MO 64187-9269 | MSC Industrial Supply<br>P.O. Box 78845<br>Milwaukee, WI 53278-8845 |
| MSHA<br>P.O. Box 790390<br>Saint Louis, MO 63179-0390 | Maldonado's Trucking Group, LLC<br>Arturo Maldonado<br>1509 Eton Manor<br>Clint, TX 79836-5209 | O'Reilly Auto Parts<br>P.O. Box 9464<br>Springfield, MO 65801-9464 |
| O'Reilly Automotive Stores, Inc.<br>P.O. Box 1156<br>Springfield, MO 65801-1156 | Office of the Attorney General<br>Environmental Protection Division<br>P.O. Box 12548 MC-066<br>Austin, TX 78711-2548 | Office of the Attorney General<br>P.O. Box 12017<br>Austin, TX 78711-2017 |
| Onboard Transportation<br>11812 Stephanie Dr.<br>El Paso, TX 79936-6738 | Oregon Mainline Paving<br>P.O. Box 768<br>McMinnville, OR 97128-0768 | Power Equipment Company<br>P.O. Box 912999<br>Denver, CO 80291-2999 |
| Prana Machinery<br>11640 Gateway East Blvd.<br>El Paso, TX 79927 | Prana Machinery, Inc<br>c/o Aldo R. Lopez<br>5822 Cromo Dr.<br>El Paso, Texas 79912-5523 | Prana Machinery, Inc.<br>11640 Gateway East<br>Suite B<br>El Paso, TX 79927-7713 |
| Prudential Overall Supply<br>P.O. Box 11210<br>Santa Ana, CA 92711-1210 | Purvis Industries<br>P.O. Box 540757<br>Dallas, TX 75354-0757 | QH Transport<br>10556 Tareyton St.<br>El Paso, TX 79924-1924 |
| R & A Consultants Corp.<br>3702 Buckner St.<br>El Paso, TX 79925-1323 | R.T.C., Inc.<br>300 E. Sunset<br>El Paso, TX 79922-1022 | RBT Services, Inc.<br>218 Corporate Dr.<br>Elizabethtown, KY 42701-9383 |
| Recal Calibration Services<br>P.O. Box 898<br>Euless, TX 76039-0898 | Reladyne West, LLC<br>P.O. Box 955967<br>Saint Louis, MO 63195-5967 | Reliable Asphalt Products<br>P.O. Box 519<br>Shelbyville, KY 40066-0519 |

| | | |
|---|---|---|
| Rigby Slack PLLC<br>3500 Jefferson St., Ste. 330<br>Austin, TX 78731-6323 | Rigby Slack, PLLC<br>3500 Jefferson Street, Suite 330<br>C/O David Lawrence<br>Austin, TX 78731-6323 | Rodriguez Engineering Laboratories, LLC<br>13809 Turbine Dr.<br>Austin, TX 78728-7741 |
| Rudy Silva Trucking<br>P.O. Box 3239<br>Fabens, TX 79838-3239 | S & F Transportation, LLC<br>P.O. Box 33935<br>Denver, CO 80233-0935 | STEVEN B. BASS<br>Assistant United States Attorney<br>903 San Jacinto Blvd., Suite 334<br>Austin, Texas 78701<br>(512) 916-5858 / 916-5854 (fax)<br>Steven.Bass@usdoj.gov 78701-2449 |
| Sapphire Gas Solutions LLC<br>100 I-45 North, Suite 152A<br>Conroe, TX 77301-3646 | Sapphire Gas Solutions, LLC<br>Lockbox/P.O. Box 679262<br>Dallas, TX 75267-9262 | Sapphire Gas Solutions, LLC<br>c/o Bradley R. Foxman<br>Vinson & Elkins LLP<br>2001 Ross Ave., Ste. 3900<br>Dallas, TX 75201-2975 |
| Siemens Financial<br>301 Lindenwood, Ste. 215<br>Malvern, PA 19355-1774 | Southwest Seal & Supply<br>P.O. Box 94900<br>Albuquerque, NM 87199-4900 | Spark Welding Services<br>3124 Java Chip Pl.<br>El Paso, TX 79938-4599 |
| Stanley Spring & Suspension<br>8800 Castner Dr.<br>El Paso, TX 79907-1846 | Stewart & Stevenson<br>P.O. Box 200441<br>Houston, TX 77216-0442 | Sumitomo Mitsui<br>666 3rd Ave., 8th Floor<br>New York, NY 10017-4033 |
| Sumitomo Mitsui Finance and Leasing Co. Ltd.<br>c/o Kye Law Group, P.C.<br>201 Old Country Road<br>Suite 120<br>Melville, NY 11747-2725 | Sumitomo Mitsui Finance and Leasing Company,<br>201 Old Country Rd., Suite 120<br>Melville, NY 11747-2725 | Sumitomo Mitsui Finance and Leasing Company,<br>James W. King, Offerman & King, L.L.P.<br>6420 Wellington Place<br>Beaumont, TX 77706-3206 |
| Sun City Scale, Inc.<br>7704 North Loop Rd.<br>El Paso, TX 79915-2907 | Sunset Sand & Gravel<br>1401 Gail Borden<br>El Paso, TX 79935 | TEXAS WORKFORCE COMMISSION<br>OFFICE OF ATTORNEY GENERAL<br>BK/COLLECTIONS<br>P.O. BOX 12548, MC008<br>AUSTIN, TX 787112548 |
| Talis Iron Works<br>6907 Pasco Ct.<br>El Paso, TX 79905-3316 | Terracon<br>6460 Hiller St., Ste. A<br>El Paso, TX 79925-2055 | (p)TEXAS COMMISSION ON ENVIRONMENTAL QUALITY<br>ATTN BANKRUPTCY PROGRAM<br>P O BOX 13087<br>MC 132<br>AUSTIN TX 78711-3087 |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | The Comptroller of Public Accounts<br>c/o Callan C. Searcy, Asst AG<br>Attorney General's Office<br>Bankruptcy & Collections Div.<br>P. O. Box 12548<br>Austin, TX 78711-2548 | Transport Plus, LLC<br>630 Jewel Dr.<br>El Paso, TX 79927-4525 |
| Triple F Transportation<br>3150 Anthony Dr.<br>Anthony, NM 88021-9171 | Truck Pro Services-El Paso<br>29787 Network Place<br>Chicago, IL 60673-1787 | U.S. Small Business Administration (SBA)<br>Little Rock Commercial Loan Servicing<br>Center 2120 Riverfront Drive, Ste. 100<br>Little Rock, AR 72202-1794 |

| | | |
|---|---|---|
| United Electrical Services<br>11550 N. Loop, Apt. C<br>Socorro, TX 79927-4565 | United States Attorney<br>Civil Process Clerk-<br>Internal Revenue Service<br>601 N.W. Loop 410, Suite 600<br>San Antonio, TX 78216-5512 | United States Attorney General<br>Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0009 |
| United States Fire Insurance Company<br>c/o Gregory M. Weinstein<br>Weinstein Radcliff Pipkin LLP<br>8350 N. Central Expwy, #1550<br>Dallas, Texas 75206-1612 | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | Vision Chemical Systems<br>16401 E 33rd Dr., Ste. 30<br>Aurora, CO 80011-3356 |
| Wagner Equipment Co.<br>P.O. Box 919000<br>Denver, CO 80291-9000 | (p)WALLWORK FINANCIAL CORPORATION<br>PO BOX 628<br>FARGO ND 58107-0628 | Wallwork Financial<br>c/o Christopher V. Arisco<br>Padfield & Stout, LLP<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, Texas 76102-3792 |
| Wanco<br>5870 Tennyson St.<br>Arvada, CO 80003-6903 | Wells Fargo Bank<br>P.O. Box 858178<br>Minneapolis, MN 55485-8178 | Wells Fargo Equipment Finance, Inc.<br>c/o James Brewer<br>KEMP SMITH LLP<br>POB 2800<br>El Paso, TX 79999-2800 |
| Wells Fargo Equipment Finance, Inc.<br>c/o Kemp Smith LLP<br>Attn: James W. Brewer<br>221 N. Kansas, Ste. 1700<br>El Paso, TX 79901-1401 | Western Explosives Systems Co.<br>6875 South 900 East<br>Midvale, UT 84047-1758 | Western States Fire Protection Co.<br>1031 Hawkins<br>El Paso, TX 79915-1211 |
| Westfleet<br>3440 Girard NE<br>Albuquerque, NM 87107-1929 | Westward Environmental<br>PO Box 2205<br>Boerne, TX 78006-3602 | Wofford Truck Parts, Inc.<br>11220 Rojas, Suite. A-3<br>El Paso, TX 79935-5410 |
| Work Wear Safety Shoes<br>6318 Airport Freeway, Ste. C<br>Fort Worth, TX 76117-5379 | X Gomez Trucking<br>P.O. Box 1567<br>Sunland Park, NM 88063-1567 | Your Electrical Contractors, LLC<br>10760 Janway Dr.<br>El Paso, TX 79935-2906 |
| c/o Clyde A. Pine, Jr.<br>P.O. Box 1977<br>100 N. Stanton Ste. 1000<br>El Paso, Texas 79901-1463 | E. P. Bud Kirk<br>600 Sunland Park Drive, Ste.4-400<br>El Paso, TX 79912-5134 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cat Financial Services<br>2120 Westend<br>Nashville, TN 37203 | City of El Paso<br>c/o Don Stecker<br>112 E. Pecan St. Suite 2200<br>San Antonio, TX 78205 | Empire Welding & Fabrication<br>2211 E Missouri Ave.<br>El Paso, TX 79903 |

| | | |
|---|---|---|
| IPE Aggregate, LLC<br>Accounting Dept.<br>2405 Lifehaus Ins Dr., Ste. 102<br>New Braunfels, TX 78130 | Texas Commission on Environmental Quality<br>Bankruptcy Program, MC 132<br>PO Box 13087<br>Austin, TX 78711 | Texas Comptroller<br>P.O. Box 149359<br>Austin, TX 78714-9359 |

Wallwork Financial
401 38th Street SW
P.O. Box 628
Fargo, ND 58107-0628


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)El Paso Electric Co.<br>P.O. Box 650801<br>AZ 85265-0801 | (d)Sapphire Gas Solutions, LLC<br>100 1-45 North, Suite 152A<br>Conroe, TX 77301-3646 | (d)Westward Environmental, Inc.<br>P.O. Box 2205<br>Boerne, TX 78006-3602 |


End of Label Matrix
Mailable recipients    142
Bypassed recipients      3
Total                  145