**TRIAL/HEARING ON:**

**23-30242-hcm 6-1) 115** Motion for Relief from Stay filed by Jarom J Yates for Creditor 1st Source Bank **(RESET FROM 6/28/23)**

**23-30252-hcm 7-1) 63** Motion for Relief from Stay filed by Jarom J Yates for Creditor 1st Source Bank **(RESET FROM 6/28/23)**

**EXHIBIT INDEX AND WITNESS LIST**

| PLAINTIFF'S /Movants ATTORNEY(s): Jarom Yates | DEFENDANT'S/Respondent ATTORNEY(s): Bud Kirk | Case Number: 23-30242-hcm and 23-30252-hcm |
|---|---|---|
| | | Hearing/Trial Date(s): 7/12/2023 |
| PRESIDING JUDGE Judge H. Christopher Mott | COURT REPORTER Rachel Cardenas | COURTROOM DEPUTY Ronda Farrar |

| PLA /Mov NO. | DEF/Resp NO. | DATE OFFERRED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | **Proffer of Courtney Rhoades** |
| | | | | | |
| | | | | | **Exhibits of Movant for PDN – Motion #63** |
| M-1 | | 7/12/2023 | | 7/12/2023 | **Loan and Security Agreements1 (Exhibit A to the Motion)** |
| M-2 | | 7/12/2023 | | 7/12/2023 | **Guaranties (Exhibit B to the Motion)** |
| M-3 | | 7/12/2023 | | 7/12/2023 | **Notes (Exhibit C to the Motion)** |
| M-4 | | 7/12/2023 | | 7/12/2023 | **Perfection Documents (Exhibit D to the Motion)** |
| M-5 | | 7/12/2023 | | 7/12/2023 | **List of Collateral (Exhibit E to the Motion)** |
| M-6 | | 7/12/2023 | | 7/12/2023 | **Default and Acceleration Notice (Exhibit F to the Motion)** |
| M-7 | | 7/12/2023 | | 7/12/2023 | **State Court Lawsuit Original Petition (Exhibit G to the Motion)** |
| M-8 | | 7/12/2023 | | 7/12/2023 | **Itemized List of Interest and Fees (Exhibit H to the Motion)** |

| | | | | | |
|---|---|---|---|---|---|
| M-9 | | 7/12/2023 | | 7/12/2023 | Proof of Claim No. 7 filed by 1st Source on March 30, 2023 (without exhibits) |
| | | | | | **Exhibits of Movant for J.A.R. – Motion #115** |
| M-1 | | 7/12/2023 | | 7/12/2023 | Loan and Security Agreements1 (Exhibit A to the Motion) |
| M-2 | | 7/12/2023 | | 7/12/2023 | Guaranties (Exhibit B to the Motion) |
| M-3 | | 7/12/2023 | | 7/12/2023 | Notes (Exhibit C to the Motion) |
| M-4 | | 7/12/2023 | | 7/12/2023 | Perfection Documents (Exhibit D to the Motion) |
| M-5 | | 7/12/2023 | | 7/12/2023 | List of Collateral (Exhibit E to the Motion) |
| M-6 | | 7/12/2023 | | 7/12/2023 | Default and Acceleration Notice (Exhibit F to the Motion) |
| M-7 | | 7/12/2023 | | 7/12/2023 | State Court Original Petition (Exhibit G to the Motion) |
| M-8 | | 7/12/2023 | | 7/12/2023 | Itemized List of Interest and Fees (Exhibit H to the Motion) |
| M-9 | | 7/12/2023 | | 7/12/2023 | Proof of Claim No. 24 filed by 1st Source on March 30, 2023 (without exhibits) |
| | | | | | |
| | | | | | **Exhibits of Debtor for PDN – Motion #63** |
| | DB-1 | 7/12/2023 | | 7/12/2023 | UCC Financing Statement Amendment, March 20, 2018 |
| | DB-2 | 7/12/2023 | | 7/12/2023 | UCC Financing Statement Amendment, January 17, 2019 |
| | DB-3 | 7/12/2023 | | 7/12/2023 | UCC Financing Statement, August 14, 2020 |
| | DB-4 | 7/12/2023 | | 7/12/2023 | UCC Financing Statement, September 23, 2020 |
| | DB-5 | 7/12/2023 | | 7/12/2023 | UCC Financing Statement, December 18, 2020 |
| | DB-6 | 7/12/2023 | | 7/12/2023 | UCC Financing Statement, January 26, 2021 |
| | DB-7 | 7/12/2023 | | 7/12/2023 | UCC Financing Statement Amendment, January 12, 2022 |
| | DB-8 | 7/12/2023 | | 7/12/2023 | UCC Financing Statement, May 27, 2021 |
| | DB-9 | 7/12/2023 | | 7/12/2023 | UCC Financing Statement, July 26, 2021 |

| | | | | | |
|---|---|---|---|---|---|
| | **DB-10** | **7/12/2023** | | **7/12/2023** | **Title Certificate for 2008 Kenworth Mixer Truck VIDN 4011** |
| | **DB-11** | **7/12/2023** | | **7/12/2023** | **Title Certificate for 2008 Kenworth Mixer Truck VIDN 2744** |
| | **DB-12** | **7/12/2023** | | **7/12/2023** | **Photos of the Asphalt Plant** |
| | **DB-13** | **7/12/2023** | | **7/12/2023** | **Photos of the Stansteal Drum** |
| | **DB-14** | **7/12/2023** | | **7/12/2023** | **Photos of the Seven Remaining 4-Axle Ranco End-Dump Trailers** |
| | **DB-15** | **7/12/2023** | | **7/12/2023** | **Photos of the Ranco 27' End-Dump Trailer** |
| | **DB-16** | **7/12/2023** | | **7/12/2023** | **Photos of the RBT Chain Conveyer** |
| | **DB-17** | **7/12/2023** | | **7/12/2023** | **Photos of the Tesab Impact Crusher** |
| | **DB-18** | **7/12/2023** | | **7/12/2023** | **Photos of JLG 12-55A Forklift** |
| | **DB-19** | **7/12/2023** | | **7/12/2023** | **Photos of Genie GTH 844** |
| | **DB-20** | **7/12/2023** | | **7/12/2023** | **Photos of2013 John Deere 310EP** |
| | **DB-21** | **7/12/2023** | | **7/12/2023** | **Photos of 2013 Dynapac CC624 HF** |
| | | | | | **Exhibits of Debtor for J.A.R. – Motion #115** |
| | **DB-1** | **7/12/2023** | | **7/12/2023** | **UCC Financing Statement December 20, 2019** |
| | **DB-2** | **7/12/2023** | | **7/12/2023** | **UCC Financing Statement Amendment January 12, 2022** |
| | **DB-3** | **7/12/2023** | | **7/12/2023** | **UCC Financing Statement June 1, 2021** |
| | **DB-4** | **7/12/2023** | | **7/12/2023** | **Certificate of title for 2012 Freightliner Mixer VIDN -5542** |
| | **DB-5** | **7/12/2023** | | **7/12/2023** | **Certificate of title for 2007 Kenworth Mixer Truck VIDN -0121** |
| | **DB-6** | **7/12/2023** | | **7/12/2023** | **Certificate of title for 2015 International Mixer Truck VIDN -0456** |
| | **DB-7** | **7/12/2023** | | **7/12/2023** | **Movant's Condensed collateral list** |
| | **DB-8** | **7/12/2023** | | **7/12/2023** | **Photos of the Asphalt Plant** |
| | **DB-9** | **7/12/2023** | | **7/12/2023** | **Pictures of 4300 Water Truck** |
| | **DB-10** | **7/12/2023** | | **7/12/2023** | **Pictures of CEC Road Runner 6'x6" portable screen plant** |

|   | DB-11 | 7/12/2023 |   | 7/12/2023 | **Photos of 2007 Kenworth Lube Truck** |
|---|---|---|---|---|---|
|   | DB-12 | 7/12/2023 |   | 7/12/2023 | **Photos of2012 Freightliner** |
|   |   |   |   |   |   |
|   |   |   |   |   | **Witness 1:  Sean Kelley** |
|   |   |   |   |   | **Witness 2:  Joe Rosales, Jr.** |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |