**The relief described hereinbelow is SO ORDERED.**

**Signed July 09, 2023.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PASO DEL NORTE MATERIALS, LLC, | § | Case No. 23-30252-hcm11 |
| | § | |
| Debtor. | § | |

### ORDER GRANTING MOTION OF 1ST SOURCE BANK
### FOR WITNESS TO APPEAR BY WEBEX

This matter comes before the Court on the *Motion of 1st Source Bank for Witness to Appear by WebEx* (the "Motion")[1] filed by 1st Source Bank ("1st Source"), requesting that Courtney Rhoades, a Loan Workout Officer and Assistant Vice President for 1st Source Bank, be allowed to provide witness testimony at the Continued Hearing via WebEx. The Court, having reviewed the Motion, finds cause exists to grant the Motion. Therefore, it is

**ORDERED** that Ms. Rhoades be allowed to appear as a witness at the Continued

---

[1] Capitalized terms used but not defined in this Order shall have the meanings set forth in the Motion.

4864-1223-7931 v.2

Hearing via WebEx; and it is further

**ORDERED** that counsel for 1st Source shall be instructing Ms. Rhoades on the proper rules and procedures for testifying via WebEx.

# # #

Submitted by:

**HAYNES AND BOONE, LLP**

Jarom J. Yates
State Bar No. 24071134
2323 Victory Ave., Suite 700
Dallas, Texas 75219
Telephone: 214.651.5000
Facsimile: 214.651.5940
Email: jarom.yates@haynesboone.com

**ATTORNEYS FOR 1ST SOURCE BANK**

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 23-30252-hcm |
| Paso Del Norte Materials, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 10, 2023 | Form ID: pdfintp | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paso Del Norte Materials, LLC, 8000 Escobar Dr., El Paso, TX 79907-1854 |
| tr | + | Michael G. Colvard, Martin & Drought, PC, Weston Centre, 112 E Pecan St, Suite 1616, San Antonio, TX 78205-8902 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Michael G. Colvard, Martin & Drought, PC, Weston Centre, 112 E Pecan St, Suite 1616, San Antonio, TX 78205-8902 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 12, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aldo R Lopez | |
| | on behalf of Creditor Prana Machinery Inc. alopez@raylaw.com, psoto@raylaw.com |
| Callan Clark Searcy | |
| | on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-csearcy@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov |
| Christopher V. Arisco | |
| | on behalf of Creditor Wallwork Financial carisco@padfieldstout.com carisco@livepad.com |
| Clyde A. Pine, Jr. | |
| | on behalf of Creditor 4Rivers Equipment LLC pine@mgmsg.com, clyde.pine@gmail.com |

23-30252-hcm Doc#116 Filed 07/12/23 Entered 07/12/23 23:25:01 Imaged Certificate of Notice Pg 4 of 4

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 10, 2023 | Form ID: pdfintp | Total Noticed: 2 |

Don Stecker
    on behalf of Creditor City Of El Paso don.stecker@lgbs.com

E. P. Bud Kirk
    on behalf of Plaintiff Paso Del Norte Materials LLC budkirk@aol.com

E. P. Bud Kirk
    on behalf of Debtor Paso Del Norte Materials LLC budkirk@aol.com

Erin Coughlin
    on behalf of U.S. Trustee United States Trustee - EP12 erin.coughlin@usdoj.gov roxana.peterson@usdoj.gov;carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov

Gregory Marc Weinstein
    on behalf of Creditor United States Fire Insurance Company gweinstein@weinrad.com cspringer@weinrad.com;smcfadin@weinrad.com

James Michael Feuille
    on behalf of Creditor Joshua Ortega d/b/a Sunset Sand & Gravel jfeu@scotthulse.com tmar@scotthulse.com;jcor@scotthulse.com

James W. Brewer
    on behalf of Creditor Wells Fargo Equipment Finance Inc. jbrewer@kempsmith.com, tschoemer@kempsmith.com

James W. King
    on behalf of Creditor Sumitomo Mitsui Finance and Leasing Co. Ltd. jking@offermanking.com

Jarom J Yates
    on behalf of Creditor 1st Source Bank jarom.yates@haynesboone.com kim.morzak@haynesboone.com

Matthew F Kye
    on behalf of Creditor Sumitomo Mitsui Finance and Leasing Co. Ltd. mkye@kyelaw.com mkye@magnozzikye.com

Michael J. Shane
    on behalf of Creditor Clowe & Cowan of El Paso LLC mshane@eplawyers.com, bsilva@eplawyers.com

Michael J. Shane
    on behalf of Creditor C&R DISTRIBUTING LLC mshane@eplawyers.com, bsilva@eplawyers.com

Steven B. Bass
    on behalf of Creditor United States Internal Revenue Service Steven.Bass@usdoj.gov tina.travieso@usdoj.gov

United States Trustee - EP12
    USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 18