IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-30252-hcm |
| PASO DEL NORTE MATERIALS, LLC, | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Wallwork Financial (hereinafter "Movant"), files this Notice of Appearance and Request for Service of Notices and Papers and enters this appearance as creditor and party in interest in the above-entitled and numbered bankruptcy, pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010 of the Rules of Bankruptcy Procedure and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon:

Kelsey N. Linendoll
PADFIELD & STOUT, L.L.P.
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
Telephone: (817) 338-1616
Facsimile: (87) 338-1610

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Rules specified, but all of the notices and papers, including, without limitation, but not limited to: notices of any Application, Motion, Petition, Pleading, Request, Complaint, or Demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise: (1) which affect or seek to affect in any way the rights or interests with respect to: (a) the Debtor; (b) property which the Debtor may claim in interest; (c) the Debtor's property; and (d)

property in the possession, custody, or control of Debtor; or (2) which seek to require any act, payment, or other conduct by Movant or which provide or are required to provide Movant an opportunity to act.

The undersigned additionally requests that the Debtor and the Clerk of the Court place the name and address below on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

                                        **PADFIELD & STOUT, LLP**
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
Phone: 817-338-1616
Fax: 817-338-1610

/s/ Kelsey N. Linendoll
Mark W. Stout
State Bar I.D. # 24008096
mstout@padfieldstout.com
Christopher V. Arisco
State Bar I.D. #24064830
carisco@padfieldstout.com
Kelsey N. Linendoll
State Bar I.D. # 24120975
klinendoll@padfieldstout.com

## CERTIFICATE OF SERVICE

  The undersigned converted the foregoing document into an electronic image, via portable document format (.pdf), electronically submitted same to the Internet web portal for the Clerk of this Court utilizing the Electronic Management and Electronic Case Filing system of the Court, which has caused service, via Simple Mail Transfer Protocol (e-mail), of a Notice of Electronic Filing of this imaged document to the below-identified parties on Thursday, July 20, 2023; said e-mail provides an attributable hyperlink to the document, in portable document format, except for Debtor(s), and any other entity so identified below or on the EM/ECF filing sheet, whereas in that instance such document was mailed via First Class United States Mail, to-wit:

| | |
|---|---|
| **Paso Del Norte Materials, LLC**<br>8000 Escobar Dr.<br>El Paso, Texas 79907<br><br>*Debtor* | **E.P. Bud Kirk**<br>600 Sunland Park Drive,<br>Building Four, Ste.400<br>El Paso, Texas 79912<br><br>*Attorney for Debtor* |
| **United States Trustee**<br>Office of the United States Trustee<br>615 E. Houston Street, Suite 533<br>San Antonio, Texas 78205 | **All those receiving ECF notification in this case and the attached list of the twenty largest unsecured creditors.** |

             /s/ Kelsey N. Linendoll
             Kelsey N. Linendoll

| | | |
|---|---|---|
| American Express Customer Care & Billing<br>P.O. Box 981535<br>El Paso, Texas 79998 | BioDyne<br>P.O. Box 955967<br>Sant Louis, MO 63195-5967 | Border International Truck – EP<br>12283 Rojas<br>El Paso, Texas 79936 |
| Brewer Oil Co.<br>1025 Wall St.<br>El Paso, Texas 79915 | C&R Distributing, LLC<br>140 S. Prado<br>El Paso, TX 79907 | Century Rentals<br>955 Loma Verde Rd.<br>El Paso, TX 79936 |
| Dump Truck & Loader Service, Inc.<br>1645 Bessemer<br>El Paso, Texas 79936 | Environmental & Safety Solutions<br>6044 Gateway Blvd. E., Ste. 303<br>El Paso, TX 79905 | Fuels, LLC<br>P.O. Box 150990<br>Ogden, UT 84415 |
| Long Horn Electrical Services, Inc.<br>2227 Texas Ave.<br>El Paso, Texas 79901 | Office of the Attorney General<br>Environmental Protection Division<br>P.O. Box 12548 MC-066<br>Austin, TX 78711-2548 | Prana Machinery<br>11640 Gateway East Blvd.<br>El Paso, Texas 79927 |
| Purvis Industries<br>P.O. Box 540757<br>Dallas, Texas 75354 | Reladyne West, LLC<br>P.O. Box 955967<br>Saint Louis, MO 63195-5967 | Reliable Asphalt Products<br>P.O. Box 519<br>Shelbyville, Kentucky 40066 |
| Sapphire Gas Solutions, LLC<br>Lockbox/P.O. Box 679262<br>Dallas, Texas 75267-9262 | Terracon<br>6460 Hillier St., Ste. A<br>El Paso, Texas 79925 | U.S. Small Business Administration<br>Little Rock Commercial Loan Servicing Center<br>2120 Riverfront Drive, Ste. 100<br>Little Rock, AR 72202 |
| Wagner Equipment Co.<br>P.O. Box 919000<br>Denver, CO 80291-9000 | Western Explosives Systems Co.<br>6875 South 900 East<br>Midvale, UT 84047 | |

**20 Largest Unsecured Creditors**
**Paso Del Norte Materials, LLC**
**(Amended)**