UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-30252-hcm |
| PASO DEL NORTE MATERIALS, LLC, | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

### WALLWORK FINANCIAL CORPORATION'S WITNESS AND EXHIBIT LIST

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Wallwork Financial Corporation ("Wallwork"), files this its Witness and Exhibit List in connection with the hearing set for July 26, 2023 at 1:00 p.m. (MST) on the Motion for Relief from Automatic Stay, or Alternatively, Motion for Adequate Protection Regarding Equipment [Doc. # 91] as follows:

### WITNESSES

Wallwork reserves the right to call the below referenced witnesses for testimony at the trial setting including the following:

**Christopher V. Arisco**
Padfield & Stout, LLP
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
Phone: 817-338-1616
Fax: 817-338-1610

*Attorney for Wallwork*

**Kelsey N. Linendoll**
Padfield & Stout, LLP
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
Phone: 817-338-1616
Fax: 817-338-1610

*Attorney for Wallwork*

**Justin Pavek**
c/o Padfield & Stout, LLP
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
Phone: 817-338-1616
Fax: 817-338-1610

*Chief Credit Officer at Wallwork*

**Joe A. Rosales, Jr.**
c/o E.P. Bud Kirk
600 Sunland Park Drive
Building Four, Ste. 400
El Paso, Texas 79912
Telephone: 915-584-3773
Facsimile: 915-581-3452

*Representative for Debtor*

**E.P. Bud Kirk**
600 Sunland Park Drive
Building Four, Ste. 400
El Paso, Texas 79912
Telephone: 915-584-3773
Facsimile: 915-581-3452

*Attorney for Debtor*

Wallwork reserves the right to call any other witness designated or identified by any other party at the hearing for purpose of examination at the hearing and/or any rebuttal witness.

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| WW-A | Affidavit in Support of Motion for Relief from Automatic Stay Regarding Equipment | | | | |
| WW-B | Combination Note and Security Agreement No. 14298-002 | | | | |
| WW-C | Texas Certificates of Title for Note No. 14298-002 | | | | |
| WW-D | Combination Note and Security Agreement No. 14298-003 | | | | |

| WW-E | UCC Financing Statement, File No. 200036484017 for Note No. 14298-003 | | | | |
|---|---|---|---|---|---|
| WW-F | Combination Note and Security Agreement No. 14298-004 | | | | |
| WW-G | UCC-1 Financing Statement, File No. 00200053457288 for Note. No. 14298-004 | | | | |

Wallwork requests that the Court take judicial notice of Debtor's Schedules, Statement of Financial Affairs, and any amendments thereto.

Wallwork reserves the right to amend its Exhibit List and/or supplement the same. Wallwork further reserves the right to introduce any document designated by any other party in-interest, as well as any rebuttal documents.

                                                                               **Respectfully Submitted,**

PADFIELD & STOUT, L.L.P
420 Throckmorton St., Suite 1210
Fort Worth, Texas 76102
Telephone: 817-338-1616
Facsimile: 817-338-1610

/s/ *Christopher V. Arisco*
Mark W. Stout
State Bar I.D.# 24008096
mstout@padfieldstout.com
Christopher V. Arisco
State Bar I.D. # 24064830
carisco@padfieldstout.com
Kelsey N. Linendoll
State Bar I.D. #24120975
klinendoll@padfieldstout.com

*Attorneys for Wallwork Financial Corporation*

## **CERTIFICATE OF SERVICE**

       The undersigned converted the foregoing document into an electronic image, via portable document format (.pdf), electronically submitted same to the Internet web portal for the Clerk of this Court utilizing the Electronic Management and Electronic Case Filing system of the Court, which has caused service, via Simple Mail Transfer Protocol (e-mail), of a Notice of Electronic Filing of this imaged document to the below-identified parties on Thursday, July 20, 2023; said e-mail provides an attributable hyperlink to the document, in portable document format, except for Debtor(s), and any other entity so identified below or on the EM/ECF filing sheet, whereas in that instance such document was mailed via First Class United States Mail, to-wit:

| | |
|---|---|
| **Paso Del Norte Materials, LLC**<br>8000 Escobar Dr.<br>El Paso, Texas 79907<br><br>*Debtor* | **E.P. Bud Kirk**<br>600 Sunland Park Dr.<br>Building Four, Ste. 400<br>El Paso, Texas 79912<br><br>*Attorney for Debtor* |
| **United States Trustee**<br>Office of the United States Trustee<br>615 E. Houston Street, Suite 533<br>San Antonio, Texas 78205 | **All those receiving ECF notification in this case and the attached list of the twenty largest unsecured creditors.** |

                                      /s/ *Christopher V. Arisco*
                                      Christopher V. Arisco

| | | |
|---|---|---|
| American Express Customer Care & Billing<br>P.O. Box 981535<br>El Paso, Texas 79998 | BioDyne<br>P.O. Box 955967<br>Sant Louis, MO 63195-5967 | Border International Truck – EP<br>12283 Rojas<br>El Paso, Texas 79936 |
| Brewer Oil Co.<br>1025 Wall St.<br>El Paso, Texas 79915 | C&R Distributing, LLC<br>140 S. Prado<br>El Paso, TX 79907 | Century Rentals<br>955 Loma Verde Rd.<br>El Paso, TX 79936 |
| Dump Truck & Loader Service, Inc.<br>1645 Bessemer<br>El Paso, Texas 79936 | Environmental & Safety Solutions<br>6044 Gateway Blvd. E., Ste. 303<br>El Paso, TX 79905 | Fuels, LLC<br>P.O. Box 150990<br>Ogden, UT 84415 |
| Long Horn Electrical Services, Inc.<br>2227 Texas Ave.<br>El Paso, Texas 79901 | Office of the Attorney General<br>Environmental Protection Division<br>P.O. Box 12548 MC-066<br>Austin, TX 78711-2548 | Prana Machinery<br>11640 Gateway East Blvd.<br>El Paso, Texas 79927 |
| Purvis Industries<br>P.O. Box 540757<br>Dallas, Texas 75354 | Reladyne West, LLC<br>P.O. Box 955967<br>Saint Louis, MO 63195-5967 | Reliable Asphalt Products<br>P.O. Box 519<br>Shelbyville, Kentucky 40066 |
| Sapphire Gas Solutions, LLC<br>Lockbox/P.O. Box 679262<br>Dallas, Texas 75267-9262 | Terracon<br>6460 Hillier St., Ste. A<br>El Paso, Texas 79925 | U.S. Small Business Administration<br>Little Rock Commercial Loan Servicing Center<br>2120 Riverfront Drive, Ste. 100<br>Little Rock, AR 72202 |
| Wagner Equipment Co.<br>P.O. Box 919000<br>Denver, CO 80291-9000 | Western Explosives Systems Co.<br>6875 South 900 East<br>Midvale, UT 84047 | |

**20 Largest Unsecured Creditors**
**Paso Del Norte Materials, LLC**