IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| PASO DEL NORTE MATERIALS, LLC, | § | Case No. 23-30252-HCM-11 |
| | § | |
| Debtor. | § | |

## COVER SHEET FOR APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

1. Applicant: E.P. BUD KIRK

2. Application No.: 1

3. Client: PASO DEL NORTE MATERIALS, LLC

4. Time Period Covered: March 15, 2023 to May 31, 2023

5. Amount Requested: $19,923.31

    a. Fees: $19,070.00
    b. Expenses: $853.31

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| PASO DEL NORTE MATERIALS, LLC, | § | Case No. 23-30252-HCM-11 |
| | § | |
| Debtor. | § | |

**FEE APPLICATION SUMMARY**
**FOR FIRST INTERIM FEE APPLICATION FOR PAYMENT OF ATTORNEY'S**
**FEES AND EXPENSES IN A CHAPTER 11 CASE**

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within twenty-one (21) days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

I.  CLIENT    PASO DEL NORTE MATERIALS, LLC

II. REQUESTING APPLICANT

E.P. BUD KIRK, attorney for Debtor-in-Possession

III. TOTAL AMOUNT REQUESTED
   a. Fees:   $19,070.00
   b. Expenses:   $853.31
   c. Pre-petition retainer, if any: $10,762.00. (Of this amount, $7,625.00 was paid in pre-petition fees and expenses)
   d. Time period covered: March 15, 2023 to May 31, 2023

IV. BREAKOUT OF CURRENT APPLICATION

| NAME/CAPACITY | TOTAL HOURS | RATE | TOTAL FEE |
|---|---|---|---|
| E.P. BUD KIRK, Attorney | 60.40 | $300.00 | $18,120.00 |
| MAURA CASAS, Paralegal | 7.60 | $ 90.00 | $  950.00 |
| Total | | | $19,070.00 |

MINIMUM FEE INCREMENTS   One-tenth of an hour.
EXPENSES   *See* attached bill.

AMOUNT ALLOCATED FOR PREPARATION OF THIS FEE APPLICATION
$ N/A

V. PRIOR APPLICATIONS

| DATE OF HEARING | PERIOD COVERED | AMOUNT REQUESTED | AMOUNT AUTHORIZED |
|---|---|---|---|

n/a

VI. OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE

| NAME | PARTY REPRESENTED |
|---|---|

n/a

Explain whether allowance of your Application will or will not result in this estate not being able to pay all co-equal or superior administrative claims in this case.

VII. RESULT OBTAINED   Total scheduled debts in this case are $15,891,811.89 and total scheduled assets are $8,491,205.05. This case was an emergency filing. Time spent, covered by this Application, included preparing the Debtor's schedules (14.8%), acquainting the Debtor with United States Trustee's Guidelines (4.1%), preparing for and participating in the Initial Debtor Interview (1%) and 341 meeting (2.7%); obtaining permission for cash collateral usage (1%) and covering priority but pre-petition payroll (5%); preparing the Subchapter V Status Report (2.7%); recovering repossessed equipment (1%); drafting and pursuing an adversary proceeding to recover equipment and inventory detained by a former landlord (32%); obtaining authorizations to employ professionals (2.7%); defending lift-stay motions brought by heavy equipment financers (7.2%); negotiating with secured creditors (5.1%); conferences with the client regarding effects of bankruptcy on contracts and governmental actions (8%); reviewing Monthly Operating Reports (6%); amending the petition (1.1%); correspondence with the Subchapter V Trustee (1%); motions to assume leases (3.1%) and an equipment sale free and clear of liens (2.4%); and miscellaneous matter (2%).

2

For the time period covered by this Application, briefly identify the various matters for which services were rendered. For each identified matter, summarize the work performed and estimate the amount of fees allocated to such work during the time period in question. This estimate need not be exactly accurate, however the total of estimated fees must equal the amount of fees sought in this Application.

## VIII. HOURLY RATES

If this Application in excess of the rates disclosed hereafter, explain for each effected employee the following:

    a.    number of years of experience:
    b.    if Debtor's counsel:
        (1)    number of confirmed Chapter 11 Plans obtained if less than 10;
        (2)    special factors justifying higher rate in this case;

    c.    if creditor's counsel:
        (1)    number of adversary proceedings litigated to judgment if under 10;
        (2)    number of claims involving more than $500,000.00 in amount; and
        (3)    special factors justifying the fee in this case.

This Court believes all fees should be reasonable and necessary to justify their approval for payment out of the funds of the estate prior to payment of allowed unsecured creditors. The rates currently found in this District which are reasonable, if all other facts substantiate them as reasonable and necessary, for experienced practitioners in relatively significant Chapter 11 cases in this District are:

attorneys - $300.00 per hour, legal assistants - $90.00 per hour, law clerks $40.00 per hour.

THESE FEES ARE GUIDELINES ONLY AND DO NOT PRECLUDE EVIDENCE JUSTIFYING HIGHER OR LOWER RATES.

Respectfully submitted this _____ day of July, 2023.

/s/ E.P. Bud Kirk
E.P. BUD KIRK
Texas State Bar No. 11508650
Terrace Gardens
600 Sunland Park Dr.
Bldg. Four, Suite 400
El Paso, TX 79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com

Attorney for the Debtor

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| PASO DEL NORTE MATERIALS, LLC, | § | Case No. 23-30252-HCM-11 |
| | § | |
| Debtor. | § | |

## FIRST INTERIM FEE APPLICATION FOR PAYMENT OF ATTORNEY'S FEES AND EXPENSES IN A CHAPTER 11 CASE

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY JUDGE:

Now comes E.P. BUD KIRK, Attorney at Law of El Paso, Texas, and files this, his First Interim Application for the payment of attorney's fees and expenses of administering this estate, pursuant to Section 507(a)(1) of the Bankruptcy Code, and would respectfully show the Court as follows:

I.

The time and effort expended by this Attorney in this case has been for the benefit of this estate. Petition date herein was March 15, 2023. Representation of the Debtor by this Attorney has been continuous since petition date.

II.

In compliance with the holding of the United States Court of Appeals for the Fifth Circuit, in In re First Colonial Corp. of America, 544 F.2d 1291 (1977), this Attorney states that he has made the following careful evaluation of the value of the services rendered by E.P. BUD KIRK.

1. Time and Labor Required for the Debtors. The attorney's time spent, assisted by staff, on this Chapter 11 matter has been for the benefit of the Debtor and the estate. A detailed description of the time spent and services performed is hereto attached.

Fees:
E.P. Bud Kirk, 60.40 hours at $300.00 per hour          $18,120.00
Maura Casas, 7.60 hours at $125.00 per hour            $   950.00

                        Total Fees                         $19,070.00

2. <u>Novelty and Difficulty of the Questions.</u> This case has presented a number of complex issues arising under bankruptcy law.

3. <u>Skill Requisite.</u> To perform these legal services properly, special expertise in Bankruptcy law and business law was required.

4. <u>Preclusion of Other Employment.</u> Due to acceptance of this case, E.P. Bud Kirk was taken away from other legal matters on which he would have been paid at least as much as his proposed hourly payment in these proceedings.

5. <u>Customary Fee.</u> The customary fee charged by E.P. Bud Kirk for legal services in Chapter 11 Proceedings for a Debtor engaged in business of this extensive nature is $300.00 per hour.

6. <u>Fee Fixed or Contingent.</u> The fee for these services is an hourly fee.

7. <u>Time Limitations Imposed by the Client or Other Circumstances.</u> Normal time constraints for bankruptcy work obtained in these proceedings.

8. <u>Amount Involved and Results Obtained.</u> Total scheduled debts in this case are $15,891,811.89 and total scheduled assets are $8,491,205.05. This case was an emergency filing. Time spent, covered by this Application, included preparing the Debtor's schedules, acquainting the Debtor with United States Trustee's Guidelines, preparing for and participating in the Initial Debtor Interview and 341 meeting; obtaining permission for cash collateral usage and covering priority but pre-petition payroll; preparing the Subchapter V Status Report; recovering repossessed equipment; drafting and pursuing an adversary proceeding to recover equipment and inventory detained by a former landlord; obtaining authorizations to employ professionals; defending lift-stay motions brought by heavy equipment

financers; negotiating with secured creditors; conferences with the client regarding effects of bankruptcy on contracts and governmental actions; reviewing Monthly Operating Reports; amending the petition; correspondence with the Subchapter V Trustee; motions to assume leases and equipment sale free and clear of liens; and miscellaneous matter.

9. <u>Experience, Reputation, and Ability of the Attorney</u>  E.P. BUD KIRK is an experienced bankruptcy lawyer, board certified in Consumer Bankruptcy and Business Bankruptcy by the Texas Board of Legal Specialization. Maura Casas is a 2008 graduate of the University of Texas at El Paso's Paralegal Certificate Program and has worked continuously since then as a paralegal in bankruptcy. She also holds a certificate from the Center for Legal Studies in Golden, Colorado, in the Paralegal Program for Bankruptcy Procedure. Lorna Campbell has a B.A. in English and has worked for 7 months in preparing bankruptcy leadings and monitoring the Court's electronic filings and docketing systems.

10. <u>Desirability of the Case</u>.  This case was a desirable case due to the Debtor's ability to pay an adequate retainer, and due to the competence of the Debtor's management.

11. <u>Nature and Length of the Professional Relationship with the Client</u>. We have represented the client for approximately 18 months. The filing of the Petition was on March 15, 2023.

12. <u>Awards in Similar Cases</u>. Upon information and belief, similar awards on an hourly basis have been made in similar cases by this Court, when there was a showing that counsel's efforts had benefitted both the Debtor and Creditors of the estate.

III.

The fees and expenses which were for the benefit of this estate are as follows:

3

| | |
|---|---|
| Attorney's fees as shown above | $18,120.00 |
| Paralegal's fees as shown above | $ 950.00 |
| Expenses | $ 853.31 |
| Total | $19,923.31 |

IV.

An initial retainer of $10,862.00 was paid by the Debtor pre-petition. Of the initial retainer $7,625.00 was paid for pre-petition fees and expenses. The source from which the instant fees and expenses are to be paid, is the balance of that retainer and the future earnings of the Debtor.

V.

Local Bankruptcy Rule 2016 requires attachment of the Fee Application Summary and the Notice of Application hereto appended. The Compensation Support, Expenses Support, and Background Exhibits required by the Local Rule are appended hereto or else set forth in the foregoing Application.

WHEREFORE, PREMISES CONSIDERED, this attorney prays that he be allowed a sum of $19,923.31 in fees and expenses as reasonable and necessary expenses for the administration of this estate.

Respectfully submitted this 20th day of July, 2023.

E.P. BUD KIRK
Texas State Bar No. 11508650
600 Sunland Park Dr.
Bldg. Four, Suite 400
El Paso, Texas 79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com

Attorney for the Debtor

4

## CERTIFICATE OF SERVICE

I do hereby certify that on the 20th day of July, 2023, I did cause a copy of the foregoing First Interim Fee Application for Payment of Attorney's Fees and Expenses in a Chapter 11 Case to be mailed by postage pre-paid U.S. Mail to U.S. Trustee, 615 E. Houston St., Ste. 533, San Antonio, TX 78205-1539; to Michael Colvard, Subchapter V Trustee, 112 East Pecan St., Ste. 1616, San Antonio, TX 78205; to Paso Del Norte Materials, LLC, 8000 Escobar, El Paso, TX 79907; to Wells Fargo Equipment Finance, Inc., c/o James W. Brewer, P.O. Box 2800, El Paso, TX 79999-2800; to 4Rivers Equipment, LLC, c/o Clyde A. Pine, Jr., P.O. Box Drawer 1977, El Paso, TX 79950-1977; to Texas Comptroller of Public Accounts, c/o Callan C. Searcy, P.O. Box, 12548, Austin, TX 78711-2548; to United States Fire Insurance Company, c/o Gregory M. Weinstein, 8350 Central Expressway, Suite 1550, Dallas Texas 75206; to Sumitomo Mitsui Finance and Leasing Co., Ltd., c/o Matthew F. Kye, Esq., 201 Old Country Road, Ste. 120, Melville, NY 11747; to City of El Paso, c/o Don Stecker, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205; to Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, Texas 76102; to 1st Source Bank, c/o Jarom J. Yates, 2323 Victory Avenue, Suite 700, Dallas, TX 75219; to Prana Machinery, Inc., c/o Aldo R. Lopez 5822 Cromo Dr., El Paso, TX 79912; to C&R Distributing, LLC, c/o Michael J. Shane, 4695 N. Mesa Street, Suite 100, El Paso Texas 79912; to Clowe & Cowan of El Paso, LLC, c/o Michael J. Shane, 4695 N. Mesa Street, Suite 100, El Paso Texas 79912; to Joshua Ortega d/b/a Sunset Sand & Gravel, c/o James M. Feuille, One San Jacinto Plaza, 201 E. Main Dr., suite 1100, El Paso, Texas 79901; to Sumitomo Mitsui Finance and Leasing Company, Ltd., c/o James W. King, 6420 Wellington Place, Beaumont, TX 77706; and to Internal Revenue Service, c/o Steven Bass, 903 San Jacinto Blvd., Suite 334, Austin, TX 78701.

_E. P. BUD KIRK_

**E.P. BUD KIRK**
Attorney at Law

Terrace Gardens, Bldg. Four, Ste. 400
600 Sunland Park Dr.
El Paso, Texas 79912

Telephone (915) 584-3773
Fax: (915) 581-3452
Budkirk@aol.com

Paso Del Norte Materials, LLC
8000 Escobar
El Paso, TX 79907

In Re: 4988 Financial Planning

Professional services

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
| 3/15/2023 | BK | | Work on payroll motion (1.5) and application to be employed (.5); numerous calls and emails to Jo Ann regarding repos of leased equipment, creditor addresses (.8); call from Joe with questions about TexDot contracts, possible termination for bankruptcy (.3); review the filing papers (.7); arrange for payroll Motion's filing (.5). | 4.30 | 1,290.00 |
| | MC | | File Emergency Chapter 11 Subchapter V Petition, Declaration, Emergency Motion to Cover Pre-Petition Payroll, and Motion to Expedite Hearing. | 0.50 | 62.50 |
| 3/16/2023 | BK | | Prepare for emergency hearings (.6); call from Jim Brewer regarding Wells Fargo at peace for time being (.2). | 0.80 | 240.00 |
| | MC | | Draft Emergency Motion to Cover Payroll (.4); draft Motion to Expedite Hearing and Order (.3). | 0.70 | 87.50 |

Paso Del Norte Materials, LLC

Page 2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/17/2023 | BK | Prepare for payroll hearing, participate in same (.5); amend petition (.2); discuss and call equipment appraiser (.5). | 1.20 | 360.00 |
| | MC | Draft Notice of Hearing on Emergency Motion | 0.30 | 37.50 |
| | MC | File Notice of Hearing on Emergency Payroll Motion, Application to Employ Attorney, and Notice Concerning List of Equity Security Holders. | 0.30 | 37.50 |
| 3/21/2023 | BK | Call Jo Ann regarding Comptroller collection tactics (.2); work on water and gas deposit motions (.5); revise petition (.2); discuss valuation of equipment with the officers (.3). | 1.20 | 360.00 |
| | MC | Draft Amended Petition. | 0.20 | 25.00 |
| 3/22/2023 | BK | Work on utilities motions. | 0.30 | 90.00 |
| 3/24/2023 | BK | Review and file amended petition (.2); draft turnover suit against Anthony landowner (1.2). | 1.40 | 420.00 |
| | MC | File Amended Chapter 11 Petition and Declaration. | 0.20 | 25.00 |
| 3/27/2023 | BK | Call with Jeff Weikert regarding two more service sites, call Jo Ann regarding same (.4); revise turnover suit against Lorenzo Fernandez (.3); draft motion for more time to prepare schedules (.3). | 1.00 | 300.00 |
| | MC | Draft Motion for Extension of Time and Order. | 0.30 | 37.50 |
| | MC | File Motion for Extension of Time to File Schedules and Statement of Financial Affairs. | 0.10 | 12.50 |

Paso Del Norte Materials, LLC                                                                                         Page    3

|            |    |                                                                                                                                                                                                                 | Hours | Amount   |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 3/28/2023  | BK | Return call to Sapphire counsel (.2); call to Jo Ann regarding Initial Debtor Interview packet (.4); write to Subchapter V Trustee regarding scope of his duties (.8).                                          | 1.40  | 420.00   |
| 3/29/2023  | BK | Revise complaint against Lorenzo Fernandez.                                                                                                                                                                     | 0.70  | 210.00   |
|            | MC | Send two emails to Jo Ann with IDI Exhibits and Statement of Affairs.                                                                                                                                           | 0.20  | 25.00    |
| 3/30/2023  | BK | Review client's tentative statement of financial affairs.                                                                                                                                                       | 0.50  | 150.00   |
| 3/31/2023  | BK | Write to Jo Ann regarding suit against Fernandez (.3); write to Trustee regarding cash collateral (.4).                                                                                                         | 0.70  | 210.00   |
| 4/4/2023   | BK | Revise Statement of Affairs and letter to Jo Ann regarding same (.7).                                                                                                                                           | 0.70  | 210.00   |
| 4/5/2023   | BK | Call Jo Ann regarding her "to do" list for schedules and IDI.                                                                                                                                                   | 0.20  | 60.00    |
| 4/10/2023  | BK | Draft language for the Summary of Debts.                                                                                                                                                                        | 0.40  | 120.00   |
| 4/11/2023  | BK | Calls to Jo Ann regarding assembling the Schedules and Statement of Affairs (1.5); review her drafts, revise same (2.2); draft Second Motion for additional time to file schedules, order for same (1.3).      | 5.00  | 1,500.00 |
|            | MC | File Second Motion for Extension of Time to File Schedules.                                                                                                                                                     | 0.10  | 12.50    |
| 4/12/2023  | BK | Review Schedules, make corrections (2.5); call with Joe Rosales regarding video of Stanley Jobe addressing CRRMA panel to urge amending a new contract on the Pellicano project (.2); return calls to creditors' attorney (.3); write to Joe regarding surplus equipment set off (.4); earmark | 4.10  | 1,230.00 |

Paso Del Norte Materials, LLC

Page 4

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | signature pages for Joe (.3); call to Jo Ann regarding how far along she is on the IDI packet (.2); work on IDI Exhibit "A" (.2). | | |
| 4/12/2023 | MC | Draft Amendment to Matrix (.3) draft Amended 20 Largest (.1). | 0.40 | 50.00 |
| 4/13/2023 | BK | Check Schedules and Statement of Affairs (.3); work on IDI packet (1.6); calls to Jo Ann regarding §1116 Statement (.6). | 2.50 | 750.00 |
| | MC | Draft two emails to J. von Holstein (.2); fill out Exhibit A to Initial Debtor Interview packet (.2). | 0.40 | 50.00 |
| | MC | File Schedules and Statement of Affairs, Amendment to Matrix, Amended 20 Largest, and Declaration (.4); Texas Secretary of State Entity Search (.1). | 0.50 | 62.50 |
| 4/14/2023 | BK | Call in for IDI (.2); sign §1116 Statement (.2). | 0.40 | 120.00 |
| | MC | File Section 1116(1) Statement | 0.10 | 12.50 |
| 4/18/2023 | BK | Prepare for and participate in Initial Debtor Interview. | 0.80 | 240.00 |
| | MC | Draft email to J. von Holstein (.1); draft Notice of Order Approving Attorney (.2). | 0.30 | 37.50 |
| 4/19/2023 | MC | File Notice of Order Approving Attorney. | 0.10 | 12.50 |
| 4/20/2023 | BK | Participate in 341 meeting. | 1.70 | 510.00 |
| 4/21/2023 | BK | Call from counsel for First Source regarding they would consider sales of their collateral an adequate assurance (.3). | 0.30 | 90.00 |
| 4/26/2023 | BK | Draft status report (1.2). | 1.20 | 360.00 |

Paso Del Norte Materials, LLC  Page 5

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/26/2023 | MC | Draft Status Report. | 0.20 | 25.00 |
| | MC | File Status Report. | 0.10 | 12.50 |
| 4/27/2023 | BK | Meeting with Joe, Jo Ann, and Ed to discuss critical suppliers, executory contracts, asphalt requirements, status of TexDot contracts, sales of surplus equipment, adequate protection payments, demands from secured creditors (1.5); review March MOR (.2). | 1.70 | 510.00 |
| | MC | Draft Application to Employ S. Nickey. | 0.70 | 87.50 |
| 4/28/2023 | BK | Reply to requests for adequate protection and proof of insurance (.5); reply to Wells Fargo Motion for relief on mixer trucks (.7); calls with Sapphire Gas counsel regarding curing lease (.5); meet with Joe and Jo Ann to review and sign amended schedules (.4); revise them (1.0). | 3.10 | 930.00 |
| | MC | File Monthly Operating Report for March 2023. | 0.10 | 12.50 |
| 5/1/2023 | BK | Participate in resumed 341 meeting (1.0); discuss asphalt issues (.5); revise Motion to Assume Sapphire lease (.6); calls with Joe regarding Sapphire hesitation to deliver the LNG, draft letter regarding same (1.1); call to Brad Foxman regarding same (.2). | 3.40 | 1,020.00 |
| | MC | File Amended Schedules and Declaration. | 0.20 | 25.00 |
| 5/2/2023 | MC | Draft Order to Motion to Assume Lease of LNG Burner. | 0.10 | 12.50 |
| 5/4/2023 | BK | Revise Motion to Asuume LNG lease. | 0.50 | 150.00 |
| 5/5/2023 | MC | File Response to Motion for Relief from Stay by Wells Fargo. | 0.10 | 12.50 |

Paso Del Norte Materials, LLC

Page 6

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/8/2023 | BK | Revise motion to hire Steven Nickey (1.1); call Jo Ann regarding same (.2). | 1.30 | 390.00 |
| 5/9/2023 | BK | Draft Response to Wells Fargo Motion to Lift Stay. | 1.40 | 420.00 |
| 5/11/2023 | BK | Prepare for and attend status hearing. | 0.60 | 180.00 |
| 5/12/2023 | MC | File Emergency Motion to Authorize Sale of Trailer and Request for Expedited Hearing. | 0.20 | 25.00 |
| 5/15/2023 | BK | Issue notice of expedited setting on sale of trailer (.2); call Jo Ann regarding same (.1). | 0.30 | 90.00 |
| | MC | Draft Notice of Hearing on Motion to Sell. | 0.20 | 25.00 |
| | MC | File Notice of Hearing. | 0.10 | 12.50 |
| 5/16/2023 | BK | Revise Complaint for Turnover (1.5); calls to Jo Ann and Joe for details (.4); draft Motion for TRO (.9); and affidavit for Joe Rosales (.2). | 3.00 | 900.00 |
| 5/17/2023 | BK | Revise turnover Motion (.5); call with buyer of lime silo (.3). | 0.80 | 240.00 |
| 5/18/2023 | BK | Reply to Ms. Watson of TCEQ regarding sale of Los Mochis asphalt plant (.4); revise Complaint for Turnover against Lorenzo Fernandez (1.4). | 1.80 | 540.00 |
| 5/19/2023 | BK | Finish turnover Complaint (1.1); call Joe regarding value of lime silo (.2). | 1.30 | 390.00 |
| | MC | Draft Order for Motion for Temporary Restraining Order. | 0.10 | 12.50 |
| 5/22/2023 | BK | Review notarized power of attorney (.1); proofread Motion to Employ Expert (.3). | 0.40 | 120.00 |

Paso Del Norte Materials, LLC            Page 7

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 5/22/2023 | MC | Draft Cover Sheet for Adversary proceeding. | 0.10 | 12.50 |
| 5/23/2023 | BK | Draft affidavit for Joe to sign (1.2); revise motion for TRO (1.4). | 2.60 | 780.00 |
| 5/24/2023 | BK | Revise turnover Complaint and TRO Motion and proposed Order, Joe's Affidavit. | 3.00 | 900.00 |
| | MC | Motion to Employ Equipment Appraiser. | 0.10 | 12.50 |
| 5/25/2023 | BK | Revise Turnover Complaint Motion for TRO, Declaration, and Order (.8); draft Response to 1st Source Motion for Relief from Stay (.9), call Jo Ann regarding correct address for Lorenzo Fernandez (.1); revise Motion for TRO (1.3). | 3.10 | 930.00 |
| | MC | File Complaint for Turnover, conversion and Recover on Account, Summons Issues, Amended Complaint for Turnover, and Summons Served. | 0.40 | 50.00 |
| 5/26/2023 | BK | Call Jo Ann to suggest photographing the millings, lime silo, and chain conveyor, with a newspaper in the picture (.2); proofread TRO Motion (.2); draft request for expedited setting and proposed order (.4). | 0.80 | 240.00 |
| 5/30/2023 | BK | Review photographs of lime silo, millings, chain conveyor (.2). | 0.20 | 60.00 |
| | MC | Draft Order for Request for Expedited Hearing on Motion for Temporary Restraining Order. | 0.10 | 12.50 |
| 5/31/2023 | BK | Present Motion to Sell 2020 Ranco End Dump trailer. | 0.30 | 90.00 |
| | MC | File Response to 1st Source Bank's Motion for Relief from Stay. | 0.10 | 12.50 |

Paso Del Norte Materials, LLC                                                                 Page    8

|  |  | Hours | Amount |
|---|---|---|---|
| For professional services rendered |  | 68.00 | $19,070.00 |

Additional charges:

| Date | | Description | Amount |
|---|---|---|---|
| 3/16/2023 | BK | Copies at .20 cents per page for Emergency Motion to Cover Payroll and Motion for Expedited hearing. | 13.20 |
| | BK | Postage for sending Emergency Motion to Cover Payroll and Motion to Expedite Hearing. | 13.20 |
| 3/17/2023 | BK | Copies at .20 cents per page for Notice of Hearing on Emergency Payroll, Application to Employ Attorney, and Notice of Equity Security Holders. | 18.00 |
| | BK | Postage for sending Notice of Hearing on Emergency Motion for Payroll, Application to Employ Attorney, and Notice Concerning Equity Security Holders. | 13.20 |
| 3/27/2023 | BK | Copies at .20 cents per page for Motion to Extend Time to File Schedules and Statements. | 18.60 |
| | BK | Postage for sending Motion to Extend Time to File Schedules and Statements. | 32.40 |
| 4/11/2023 | BK | Copies at .20 cents per page for Second Motion to Dismiss Case. | 12.00 |
| | BK | Postage for sending Second Motion to Dismiss Case. | 18.60 |
| 4/13/2023 | BK | Filing fee to the United States Bankruptcy Court. | 32.00 |
| | BK | To Secretary of State for web inquiry. | 1.00 |
| | BK | Copies at .20 cents per page for Amendment to Matrix. | 8.00 |
| | BK | Postage for sending Amendment to Matrix. | 12.00 |
| 4/14/2023 | BK | Copies at .20 cents per page for Debtor's Section 1116(1) Statement. | 12.60 |

Paso Del Norte Materials, LLC                                                                     Page    9

| Date | | Description | Amount |
|---|---|---|---:|
| 4/14/2023 | BK | Postage for sending Debtor's Section 1116(1) Statement. | 4.77 |
| 4/19/2023 | BK | Copies at .20 cents per page for Notice Approving Employment of Attorney. | 18.60 |
| | BK | Postage for sending Notice Approving Employment of Attorney. | 17.40 |
| 4/26/2023 | BK | Copies at .20 cents per page for Status Reports. | 12.80 |
| | BK | Postage for sending Status Reports. | 18.30 |
| 4/28/2023 | BK | Copies at .20 cents per page for Monthly Operating Report for March 2023. | 4.00 |
| | BK | Postage for sending Monthly Operating Report for March 2023. | 25.44 |
| 5/1/2023 | BK | Copies at .20 cents per page for Amendment to Schedules. | 2.40 |
| | BK | Postage for sending Amendment to Schedules. | 7.20 |
| 5/9/2023 | BK | Copies at .20 cents per page for Response to Motion for Relief from Stay by Wells Fargo. | 4.80 |
| | BK | Postage for sending Motion for Relief from Stay by Wells Fargo. | 7.20 |
| 5/12/2023 | BK | Copies at .20 cents per page for Emergency Motion for Authorization to Sell and Request for Expedited Hearing. | 40.00 |
| | BK | Postage for sending Emergency Motion for Authorization to Sell and Request for Expedited Hearing. | 19.20 |
| 5/15/2023 | BK | Copies at .20 cents per page for Notice of Hearing. | 13.60 |
| | BK | Postage for sending Notice of Hearing. | 19.20 |
| 5/24/2023 | BK | Copies at .20 cents per page for Motion to Employ Equipment Appraiser. | 26.80 |

Paso Del Norte Materials, LLC																					Page  10

| Date | | Description | Amount |
|---|---|---|---|
| 5/24/2023 | BK | Postage for sending Motion to Employ Equipment Appraiser. | 20.40 |
| 5/25/2023 | BK | Copies at .20 cents per page for Complaint for Turnover, Amended Complaint for Turnover, and Summons Served. | 9.40 |
| | BK | Postage for sending Complaint for Turnover. | 12.00 |
| | BK | Filing fee to the United States Bankruptcy Court. | 350.00 |
| 5/31/2023 | BK | Copies at .20 cents per page for Response to Motion for Relief from Stay by 1st Source Bank. | 6.00 |
| | BK | Postage for sending Response to Motion for Relief from Stay by 1st Source. | 9.00 |

**Total costs**																							$853.31