IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| PASO DEL NORTE MATERIALS, LLC, | § | Case No. 23-30252-HCM-11 |
| | § | |
| Debtor. | § | |

### REQUEST FOR EXPEDITED HEARING ON EMERGENCY MOTION FOR AUTHORIZATION TO SELL FOUR RANCO END-DUMP TRAILERS FREE AND CLEAR OF LIENS

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY JUDGE:

Now comes the Debtor-in-Possession PASO DEL NORTE MATERIALS, LLC (hereinafter "PDNM") and through its counsel undersigned files this Motion for Authorization to Sell Four Ranco End-Dump Trailers Free and Clear of Liens, and for cause would respectfully show as follows:

1.

Jurisdiction arose on petition date in this case. 28 U.S.C. § 1334 (a), (b), (E).

2.

On July 20th, 2023, PDNM filed a Motion to Sell Four Ranco 26' End-Dump Trailers. The buyer is a dealer who is in a hurry to close. He makes his offer because he has a ready customer anxious for the item, who is likely to move on if the wait to get it takes too long.

3.

Debtor's counsel agrees to be responsible for notice.

4.

The Motion has no adverse impact on any party in interest. It will directly benefit the lienholder 1st SOURCE BANK and this estate.

5.

Counsel undersigned has conferred with JAROM YATES, counsel for 1ST SOURCE and DON STECKER, counsel for the CITY OF EL PASO as to availability. They will both be available to WEBEX participation through July 25th.

6.

Time estimated for hearing is 15 minutes.

WHEREFORE, PREMISES CONSIDERED, PDNM prays for an expedited setting upon its Motion for Authorization to Sell Four Ranco End-Dump Trailers Free and Clear of Liens.

Respectfully submitted this 20th day of July, 2023.

/s/ *[signature]*
E.P. BUD KIRK
Texas State Bar No. 11508650
600 Sunland Park Dr.
Building Four, Suite 400
El Paso, TX 79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com

Attorney for Debtor-in-Possession

2

## CERTIFICATE OF SERVICE

I do hereby certify that on the 20th day of July, 2023, I did cause a copy of the foregoing Request For Expedited Hearing On Emergency Motion To Authorize Sale End-Dump Trailer to be mailed to U.S. Trustee, 615 E. Houston St., Ste. 533, San Antonio, TX 78205-1539; to Michael Colvard, Subchapter V Trustee, 112 East Pecan St., Ste. 1616, San Antonio, TX 78205; to Paso Del Norte Materials, LLC, 8000 Escobar, El Paso, TX 79907; to Wells Fargo Equipment Finance, Inc., c/o James W. Brewer, P.O. Box 2800, El Paso, TX 79999-2800; to 4Rivers Equipment, LLC, c/o Clyde A. Pine, Jr., P.O. Box Drawer 1977, El Paso, TX 79950-1977; to Texas Comptroller of Public Accounts, c/o Callan C. Searcy, P.O. Box, 12548, Austin, TX 78711-2548; to United States Fire Insurance Company, c/o Gregory M. Weinstein, 8350 Central Expressway, Suite 1550, Dallas Texas 75206; to Sumitomo Mitsui Finance and Leasing Co., Ltd., c/o Matthew F. Kye, Esq., 201 Old Country Road, Ste. 120, Melville, NY 11747; to City of El Paso, c/o Don Stecker, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205; to Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, Texas 76102; to 1st Source Bank, c/o Jarom J. Yates, 2323 Victory Avenue, Suite 700, Dallas, TX 75219; to Prana Machinery, Inc., c/o Aldo R. Lopez 5822 Cromo Dr., El Paso, TX 79912; to C&R Distributing, LLC, c/o Michael J. Shane, 4695 N. Mesa Street, Suite 100, El Paso Texas 79912; to Clowe & Cowan of El Paso, LLC, c/o Michael J. Shane, 4695 N. Mesa Street, Suite 100, El Paso Texas 79912; to Joshua Ortega d/b/a Sunset Sand & Gravel, c/o James M. Feuille, One San Jacinto Plaza, 201 E. Main Dr., suite 1100, El Paso, Texas 79901; to Sumitomo Mitsui Finance and Leasing Company, Ltd., c/o James W. King, 6420 Wellington Place, Beaumont, TX 77706; to Internal Revenue Service, c/o Steven Bass, 903 San Jacinto Blvd., Suite 334, Austin, TX 78701; to Joe A. Rosales, Jr., c/o Weycer, Kaplan, Pulaski & Zuber, P.C., 24 Greenway Plaza, Ste. 2050, Houston, TX 77046; and to 20 Largest Unsecured Creditors as shown on the attached list; and via email to Craig Brown, restructuringexperts@gmail.com.

_____
E.P. BUD KIRK

4988.001-LC-071723

3

# 20 Largest Unsecured Creditors

American Express
Customer Care & Billing
P.O. Box 981535
El Paso TX 79998

BioDyna
P.O. Box 955967
Saint Louis, MO 63195-5967

Border International Truck-EP
12283 Rojas
El Paso TX 79936

Brewer Oil Co.
1025 Wall St.
El Paso, TX 79915

C&R Distributing, LLC
140 S. Prado
El Paso, TX 79907

Century Rentals
955 Loma Verde Rd.
El Paso TX 79936

Dump Truck & Loader Service, Inc.
1645 Bessemer
El Paso, TX 79936

Environmental & Safety Solutions
6044 Gateway Blvd., E, Ste. 303
El Paso, TX 79905

Fuels, LLC
P.O. Box 150990
Ogden, UT 84415

Long Horn Electrical Services, Inc.
2227 Texas Ave.
El Paso TX 79901

Office of the Attorney General
Environmental Protection Division
P.O. Box 12548 MC-066
Austin TX 78711-2548

Prana Machinery
11640 Gateway East Blvd.
El Paso TX 79927

Purvis Industries
P.O. Box 540757
Dallas TX 75354

Reliable Asphalt Products
P.O. Box 519
Shelbyville KY 40066

Sapphire Gas Solutions, LLC
Lockbox/P.O. Box 679262
Dallas TX 75267-9262

Terracon
6460 Hiller St., Ste. A
El Paso TX 79925

Wagner Equipment Co.
P.O. Box 919000
Denver CO 80291-9000

Western Explosives Systems Co.
6875 South 900 East
Midvale UT 84047