**Expedited hearing shall be held on 7/25/2023 at 01:00 PM in us-courts.webex.com/meet/Mott, through the Cisco WebEx Meetings application. Movant is responsible for notice.**



**The relief described hereinbelow is SO ORDERED.**

**Signed July 21, 2023.**

*HCMott*

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| PASO DEL NORTE MATERIALS, LLC, | § | Case No. 23-30252-HCM-11 |
| | § | |
| Debtor. | § | |

### ORDER GRANTING REQUEST FOR EXPEDITED HEARING ON EMERGENCY MOTION FOR AUTHORIZATION TO SELL FOUR RANCO END-DUMP TRAILERS FREE AND CLEAR OF LIENS

On this date came on for consideration the Request for Expedited Hearing on Motion for Authorization to Sell Four Ranco End-Dump Trailers Free and Clear of Liens filed by the Debtor-in-Possession PASO DEL NORTE MATERIALS, LLC ("PDNM"). The Court finds that the Request should be granted as set forth below.

IT IS THEREFORE, ORDERED that the Motion for Authorization Four Ranco End-Dump Trailers Free and Clear of Liens is scheduled for expedited hearing on the date and time listed above.

### ###

5

Submitted by:

E.P. BUD KIRK
Attorney at Law
600 Sunland Park
Building Four, Ste. 400
El Paso, TX  79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com

Attorney for Debtor

6