Fill in this information to identify the case:

Debtor Name: **PASO DEL NORTE MATERIALS LLC**

United States Bankruptcy Court for the: Western District of Texas

Case number: 23-30252

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11        12/17

Month: __JUNE__                  Date report filed: 07/20/2023 (MM/DD/YYYY)

Line of business: __MATERIALS PRODUCER__      NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Jose A. Rosales, Jr.

Original signature of responsible party: _[signed]_

Printed name of responsible party: Jose A. Rosales, Jr.

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C            Monthly Operating Report for Small Business Under Chapter 11            page 1

Debtor Name PASO DEL NORTE MATERIALS LLC        Case number 23-30252

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 74,740.50

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.         $ 240,739.51

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.         – $ 322,180.39

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.         + $ -81,440.88
This amount may be different from what you may have calculated as *net profit*.

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.
Report this figure as the *cash on hand at the beginning of the month* on your next operating report.         = $ -6,700.38

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**         $ 57,906.00
(*Exhibit E*)

Debtor Name PASO DEL NORTE MATERIALS LLC         Case number 23-30252

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables         $ 247,222.81
    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?         23
27. What is the number of employees as of the date of this monthly report?         22

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?         $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?         $ 5,965.50
30. How much have you paid this month in other professional fees?         $ 0.00
31. How much have you paid in total other professional fees since filing the case?         $ 5,965.50

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A*<br>Projected<br>Copy lines 35-37 from the previous month's report. | – | *Column B*<br>Actual<br>Copy lines 20-22 of this report. | = | *Column C*<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 350,000.00 | – | $ 240,739.51 | = | $ 109,260.49 |
| 33. Cash disbursements | $ 332,000.00 | – | $ 322,180.39 | = | $ 9,819.61 |
| 34. Net cash flow | $ 18,000.00 | – | $ -81,440.88 | = | $ 99,440.88 |

35. Total projected cash receipts for the next month:         $ 350,000.00
36. Total projected cash disbursements for the next month:         – $ 332,000.00
37. Total projected net cash flow for the next month:         = $ 18,000.00

Debtor Name PASO DEL NORTE MATERIALS LLC          Case number 23-30252

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

CASE NAME: PASO DEL NORTE MATERIALS LLC
CASE NUMBER: 23-30252

SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-1

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 2023 March | MONTH 2023 April | MONTH 2023 May | MONTH 2023 June | MONTH | MONTH | Six Months To Date |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $ 27,920.99 | $ 33,368.38 | $ 45,233.89 | $ 74,740.50 | | | $ 27,920.99 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 98,238.72 | 260,131.64 | 342,491.87 | 240,739.51 | | | 941,601.74 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 0.00 | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | 92,000.00 | | | | | | 92,000.00 |
| 5. SALE OF ASSETS | 0.00 | | | | | | 0.00 |
| 6. OTHER (attach list) | 0.00 | 1,653.19 | | | | | 1,653.19 |
| TOTAL RECEIPTS** | $ 190,238.72 | $ 261,784.83 | $ 342,491.87 | $ 240,739.51 | $ 0.00 | $ 0.00 | $ 1,035,254.93 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | 0.00 | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 72,661.49 | 81,542.10 | 85,209.53 | 91,521.19 | | | 330,934.31 |
| 8. PAYROLL TAXES PAID | 3,522.03 | 21,542.28 | 29,372.32 | 18,327.26 | | | 72,763.89 |
| 9. SALES, USE & OTHER TAXES PAID | 10,907.94 | 7,771.07 | 19,920.14 | 27,516.73 | | | 66,115.88 |
| 10. SECURED/RENTAL/LEASES | | 0.00 | 202.50 | 12,076.00 | | | 12,278.50 |
| 11. UTILITIES & TELEPHONE | 752.19 | 0.00 | 2,346.82 | 0.00 | | | 3,099.01 |
| 12. INSURANCE | | 0.00 | 0.00 | 17,500.00 | | | 17,500.00 |
| 13. INVENTORY PURCHASES | 47,074.00 | 89,922.60 | 107,743.10 | 108,573.80 | | | 353,313.50 |
| 14. VEHICLE EXPENSES | 31,366.58 | 25,627.76 | 31,425.19 | 26,244.82 | | | 114,664.35 |
| 15. TRAVEL & ENTERTAINMENT | | 0.00 | | 0.00 | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 298.20 | 9,226.64 | 28,131.72 | 11,479.06 | | | 49,135.62 |
| 17. ADMINISTRATIVE & SELLING | 7,308.90 | 3,275.03 | 2,857.43 | 371.04 | | | 13,812.40 |
| 18. OTHER (attach list) | 10,900.00 | 10,761.84 | 5,526.51 | 8,570.49 | | | 35,758.84 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | $ 184,791.33 | $ 249,669.32 | $ 312,735.26 | $ 322,180.39 | $ 0.00 | $ 0.00 | $ 1,069,376.30 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | 250.00 | 250.00 | | | | 500.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | $ 184,791.33 | $ 249,919.32 | $ 312,985.26 | $ 322,180.39 | $ 0.00 | $ 0.00 | $ 1,069,876.30 |
| 22. NET CASH FLOW | 5,447.39 | 11,865.51 | 29,506.61 | (81,440.88) | 0.00 | 0.00 | (34,621.37) |
| 23. CASH - END OF MONTH (SMOR-2) | $ 33,368.38 | $ 45,233.89 | $ 74,740.50 | ($ 6,700.38) | $ 0.00 | $ 0.00 | ($ 6,700.38) |

* Applies to Individual debtors only

SBMOR-Exhibit B-1   **Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on SBMOR-Exhibit B-2

Revised 01/31/2014

CASE NAME: PASO DEL NORTE MATERIALS LLC
CASE NUMBER: 23-30252
SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-2

# CASH ACCOUNT RECONCILIATION
## MONTH OF May 2023

| BANK NAME | | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # | # | # | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BEGINNING BANK BALANCE | | | | | $ 0.00 |
| RECEIPTS | | | | | 0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS | | | | | 0.00 |
| ENDING BANK BALANCE | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| DEPOSITS IN TRANSIT | | | | | 0.00 |
| OUTSTANDING CHECKS | | | | | 0.00 |
| ADJUSTED BANK BALANCE | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| BEGINNING CASH - PER BOOKS* | | | | | $ 0.00 |
| RECEIPTS* | | | | | 0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | | 0.00 |
| ENDING CASH - PER BOOKS* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**SBMOR-Exhibit B-2**     * Numbers should balance (match) BEGINNING CASH, TOTAL RECEIPTS, TOTAL DISBURSEMENTS and ENDING CASH lines on SBMOR-Exhibit B-1. Copies of all bank statements should be attached.     *Revised 01/31/2014*

**See Attached**

**Paso Del Norte Materials, LLC - All Bank Accounts**
**June 2023**

|  | GECU 3835 | GECU Sav | 1st Source | Weststar DIP | Totals |
|---|---|---|---|---|---|
| Beginning Bank Bal | 1,476.07 | 20.00 | 607.40 | 74,143.51 | 76,246.98 |
| Cash Receipts [Bank] |  |  |  | 242,200.56 | 242,200.56 |
| Transfers | 10.00 | (10.00) |  |  | - |
| Checks / Disp [Bank} | 1,486.07 | - | 8.00 | 281,853.12 | 283,347.19 |
| Ending Balance | 0.00 | 10.00 | 599.40 | 34,490.95 | 35,100.35 |
| Dep In Transit |  |  |  |  | - |
| Outstanding Checks | - |  |  | 41,800.73 | 41,800.73 |
| Adj Bank Balance | 0.00 | 10.00 | 599.40 | (7,309.78) | (6,700.38) |
|  |  |  |  |  |  |
| Beginning Cash [Books] | 1,476.07 | 20.00 | 607.40 | 72,637.03 | 74,740.50 |
| Cash Receipts [Books] |  |  |  | 240,739.51 | 240,739.51 |
| Transfers | (1,451.05) | (10.00) |  | 1,461.05 | - |
| Checks and disb [Books] | 25.02 |  | 8.00 | 322,147.37 | 322,180.39 |
| Ending Cash per Books | (814,407.88) | 10.00 | 599.40 | (7,309.78) | (821,108.26) |
|  |  |  |  | Net Cash Flow | (895,848.76) |

 **WestStar**

PO BOX 99100
El Paso Texas 79999-9100

WestStar Bank
PO Box 99100 - El Paso Texas 79999-9100
Phone: (915) 532-1000 Fax: (915) 542-3077
Website: weststarbank.com

---

▆5508
Paso Del Norte Materials LLC
Debtor in Possession
Case no. 23-330252-hcm
8000 Escobar Dr
El Paso TX 79907-1854

| | |
|---|---|
| Date 6/30/23 | Page 1 |
| Account Number | ▆1243 |
| Enclosures | 155 |

**RECEIVED**
JUL 10 2023

## CHECKING ACCOUNTS

Paso Del Norte Materials LLC
Debtor in Possession
Case no. 23-330252-hcm

Upgrade your payment experience! Add your WestStar debit card to your Digital Wallet today. Go cashless, make secure transactions, and enjoy the convenience of contactless payments. Get started at weststarbank.com or call (915) 532-1000 for more information.

| | | | |
|---|---|---|---|
| Comm Ck-Analyzed Imaged | | Number of Enclosures | 155 |
| Account Number | ▆1243 | Statement Dates 6/01/23 thru 7/02/23 | |
| Previous Balance | 74,143.51 | Days in the Statement Period | 32 |
| 62 Deposits/Credits | 242,200.56 | Average Ledger | 48,929.00 |
| 156 Checks/Debits | 281,853.12 | Average Collected | 46,516.32 |
| Service Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 34,490.95 | | |

### Deposits and Credits

| Date | Description | Amount |
|---|---|---|
| 6/01 | MERCH DEP  WESTAMERICA BNK CCD 014024300000035 PASO DEL NORTE MATERIA | 102.36 |
| 6/01 | MERCH DEP  WESTAMERICA BNK CCD 014024300000035 PASO DEL NORTE MATERIA | 2,177.75 |
| 6/01 | Deposit | 2,447.00 |
| 6/01 | Deposit | 3,653.00 |
| 6/02 | MERCH DEP  WESTAMERICA BNK CCD | 30.01 |



MEMBER FDIC        NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

1731

 **WestStar**

WestStar Bank
PO Box 99100 - El Paso Texas 79999-9100
Phone: (915) 532-1000 Fax: (915) 542-3077
Website: weststarbank.com

| | |
|---|---|
| Date 6/30/23 | Page 2 |
| Account Number | ◼1243 |
| Enclosures | 155 |

Comm Ck-Analyzed Imaged 1243 (Continued)

## Deposits and Credits

| Date | Description | Amount |
|---|---|---|
| 6/02 | 014024300000035 PASO DEL NORTE MATERIA MERCH DEP  WESTAMERICA BNK CCD | 1,971.78 |
| 6/02 | 014024300000035 PASO DEL NORTE MATERIA Deposit | 10,336.68 |
| 6/05 | MERCH DEP  WESTAMERICA BNK CCD | 1,056.45 |
| 6/05 | 014024300000035 PASO DEL NORTE MATERIA MERCH DEP  WESTAMERICA BNK CCD | 1,791.37 |
| 6/05 | 014024300000035 PASO DEL NORTE MATERIA Deposit | 7,974.00 |
| 6/06 | Deposit | 3,380.00 |
| 6/07 | DDA incoming wire transfer PASO DEL NORTE MATERIALS LLC | 1,461.05 |
| 6/07 | MERCH DEP  WESTAMERICA BNK CCD | 131.91 |
| 6/08 | 014024300000035 PASO DEL NORTE MATERIA MERCH DEP  WESTAMERICA BNK CCD | 1,675.20 |
| 6/08 | 014024300000035 PASO DEL NORTE MATERIA Deposit | 2,044.12 |
| 6/08 | Deposit | 3,580.00 |
| 6/09 | MERCH DEP  WESTAMERICA BNK CCD | 196.56 |
| 6/09 | 014024300000035 PASO DEL NORTE MATERIA MERCH DEP  WESTAMERICA BNK CCD | 544.01 |



1732

```
Date   6/30/23              Page      3
Account Number              ████1243
Enclosures                       155
```

Comm Ck-Analyzed Imaged        ███1243 (Continued)

### Deposits and Credits

| Date | Description | Amount |
|---|---|---:|
| 6/12 | 014024300000035 PASO DEL NORTE MATERIA MERCH DEP   WESTAMERICA BNK CCD | 75.45 |
| 6/12 | 014024300000035 PASO DEL NORTE MATERIA MERCH DEP   WESTAMERICA BNK CCD | 76.44 |
| 6/12 | 014024300000035 PASO DEL NORTE MATERIA MERCH DEP   WESTAMERICA BNK CCD | 127.80 |
| 6/12 | 014024300000035 PASO DEL NORTE MATERIA MERCH DEP   WESTAMERICA BNK CCD | 1,340.15 |
| 6/12 | 014024300000035 PASO DEL NORTE MATERIA Deposit | 5,033.00 |
| 6/12 | Deposit | 16,468.13 |
| 6/13 | Deposit | 2,612.47 |
| 6/14 | Deposit | 4,384.13 |
| 6/14 | Deposit | 5,379.94 |
| 6/15 | MERCH DEP   WESTAMERICA BNK CCD | 1,607.64 |
| 6/16 | 014024300000035 PASO DEL NORTE MATERIA MERCH DEP   WESTAMERICA BNK CCD | 329.38 |
| 6/16 | 014024300000035 PASO DEL NORTE MATERIA Deposit | 8,351.40 |
| 6/20 | MERCH DEP   WESTAMERICA BNK CCD | 43.90 |



**WestStar Bank**
PO Box 99100 - El Paso Texas 79999-9100
Phone: (915) 532-1000 Fax: (915) 542-3077
Website: weststarbank.com

| | |
|---|---|
| Date 6/30/23 | Page 4 |
| Account Number | ████1243 |
| Enclosures | 155 |

Comm Ck-Analyzed Imaged 1243 (Continued)

### Deposits and Credits

| Date | Description | Amount |
|---|---|---|
| 6/20 | 014024300000035 PASO DEL NORTE MATERIA MERCH DEP   WESTAMERICA BNK CCD | 68.85 |
| 6/20 | 014024300000035 PASO DEL NORTE MATERIA MERCH DEP   WESTAMERICA BNK CCD | 193.44 |
| 6/20 | 014024300000035 PASO DEL NORTE MATERIA MERCH DEP   WESTAMERICA BNK CCD | 1,040.25 |
| 6/20 | 014024300000035 PASO DEL NORTE MATERIA MERCH DEP   WESTAMERICA BNK CCD | 1,877.84 |
| 6/20 | 014024300000035 PASO DEL NORTE MATERIA MERCH DEP   WESTAMERICA BNK CCD | 3,728.65 |
| 6/20 | 014024300000035 PASO DEL NORTE MATERIA Deposit | 4,440.50 |
| 6/20 | Deposit | 6,949.89 |
| 6/21 | MERCH DEP   WESTAMERICA BNK CCD 014024300000035 PASO DEL NORTE MATERIA | 446.22 |
| 6/21 | Deposit | 7,871.38 |
| 6/22 | Transfer From Checking XX1251 to Checking XX1243 | 28,250.22 |
| 6/22 | MERCH DEP   WESTAMERICA BNK CCD 014024300000035 PASO DEL NORTE MATERIA | 675.48 |
| 6/22 | Deposit | 8,452.00 |

1733

```
Date  6/30/23          Page     5
Account Number        ●●●1243
Enclosures                 155
```

Comm Ck-Analyzed Imaged         ●●●1243  (Continued)

## Deposits and Credits

| Date | Description | Amount |
|---|---|---|
| 6/23 | MERCH DEP   WESTAMERICA BNK CCD 014024300000035 PASO DEL NORTE MATERIA | 1,107.78 |
| 6/23 | Deposit | 4,249.00 |
| 6/26 | MERCH DEP   WESTAMERICA BNK CCD 014024300000035 PASO DEL NORTE MATERIA | 122.76 |
| 6/26 | MERCH DEP   WESTAMERICA BNK CCD 014024300000035 PASO DEL NORTE MATERIA | 376.83 |
| 6/26 | MERCH DEP   WESTAMERICA BNK CCD 014024300000035 PASO DEL NORTE MATERIA | 675.48 |
| 6/26 | MERCH DEP   WESTAMERICA BNK CCD 014024300000035 PASO DEL NORTE MATERIA | 972.69 |
| 6/26 | MERCH DEP   WESTAMERICA BNK CCD 014024300000035 PASO DEL NORTE MATERIA | 6,177.92 |
| 6/26 | Deposit | 6,985.49 |
| 6/26 | Deposit | 8,234.00 |
| 6/27 | Deposit | 6,850.76 |
| 6/28 | MERCH DEP   WESTAMERICA BNK CCD 014024300000035 PASO DEL NORTE MATERIA | 172.60 |
| 6/28 | MERCH DEP   WESTAMERICA BNK CCD | 1,377.98 |

1733



WestStar Bank
PO Box 99100 - El Paso Texas 79999-9100
Phone: (915) 532-1000 Fax: (915) 542-3077
Website: weststarbank.com

| Date | 6/30/23 | Page | 6 |
|---|---|---|---|
| Account Number | | | 1243 |
| Enclosures | | | 155 |

Comm Ck-Analyzed Imaged          1243 (Continued)

### Deposits and Credits

| Date | Description | Amount |
|---|---|---|
| 6/28 | 014024300000035<br>PASO DEL NORTE MATERIA<br>Deposit | 2,137.00 |
| 6/29 | MERCH DEP  WESTAMERICA BNK<br>CCD<br>014024300000035<br>PASO DEL NORTE MATERIA | 1,244.36 |
| 6/29 | Deposit | 8,500.95 |
| 6/30 | Transfer From Checking XX1251 to Checking XX1243 | 20,000.00 |
| 6/30 | MERCH DEP  WESTAMERICA BNK<br>CCD<br>014024300000035<br>PASO DEL NORTE MATERIA | 1,242.89 |
| 6/30 | Deposit | 7,461.93 |
| 6/30 | Deposit | 9,932.34 |

### Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 6/01 | AchBatch    Paso Del Norte M<br>PPD | 4,911.00- |
| 6/02 | MERCH FEES WESTAMERICA BNK<br>CCD<br>014024300000035<br>PASO DEL NORTE MATERIA | 9.93- |
| 6/06 | AchBatch    Paso Del Norte M<br>PPD | 4,911.00- |
| 6/06 | USATAXPYMT IRS<br>CCD<br>XXXXX5745479064<br>PASO DEL NORTE MATERIA | 5,105.54- |
| 6/08 | AchBatch    Paso Del Norte M<br>PPD | 4,911.00- |



1734

```
Date  6/30/23         Page      7
Account Number           ████1243
Enclosures                    155
```

Comm Ck-Analyzed Imaged        ████1243 (Continued)

### Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 6/08 | AchBatch    Paso Del Norte M PPD | 4,911.00- |
| 6/09 | DDA outgoing wire GCC Cement | 4,911.00- |
| 6/09 | AchBatch    Paso Del Norte M PPD | 4,911.00- |
| 6/12 | USATAXPYMT IRS CCD XXXXX6384011663 PASO DEL NORTE MATERIA | 3,744.78- |
| 6/12 | AchBatch    Paso Del Norte M PPD | 4,911.00- |
| 6/14 | AchBatch    Paso Del Norte M PPD | 1,400.00- |
| 6/15 | DDA outgoing wire GCC Cement | 9,822.00- |
| 6/15 | Account Analysis Fee | 328.09- |
| 6/16 | AchBatch    Paso Del Norte M PPD | 4,911.00- |
| 6/20 | DDA outgoing wire GCC Cement | 4,911.00- |
| 6/20 | USATAXPYMT IRS CCD XXXXX7170382801 PASO DEL NORTE MATERIA | 5,166.86- |
| 6/21 | DDA outgoing wire Euclid Chemical Company | 2,570.40- |
| 6/21 | DD          WEBFILE TAX PYMT CCD 902/72664706 33311/12345/EDI/XML - | 21,889.45- |
| 6/22 | AchBatch    Paso Del Norte M PPD | 14,733.00- |
| 6/23 | AchBatch    Paso Del Norte M PPD | 4,911.00- |

1734



**WestStar Bank**
PO Box 99100 - El Paso Texas 79999-9100
Phone: (915) 532-1000 Fax: (915) 542-3077
Website: weststarbank.com

| | |
|---|---|
| Date 6/30/23 | Page 8 |
| Account Number | ██1243 |
| Enclosures | 155 |

Comm Ck-Analyzed Imaged       ██1243  (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 6/26 | DDA outgoing wire GCC Cement | 4,911.00- |
| 6/27 | USATAXPYMT IRS CCD XXXXX7800143923 PASO DEL NORTE MATERIA | 4,310.08- |
| 6/27 | Transfer From Checking XX1243 to Checking XX1251 | 17,500.00- |
| 6/28 | DDA outgoing wire GCC Cement | 9,822.00- |
| 6/28 | AchBatch     Paso Del Norte M PPD | 633.20- |
| 6/30 | AchBatch     Paso Del Norte M PPD | 9,822.00- |

## CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 6/02 | 41045 | 1,031.04 | 6/05 | 41098 | 646.86 | 6/15 | 41119 | 799.40 |
| 6/01 | 41081* | 475.44 | 6/05 | 41099 | 789.98 | 6/13 | 41120 | 655.10 |
| 6/02 | 41084* | 583.51 | 6/05 | 41100 | 814.20 | 6/12 | 41121 | 1,059.17 |
| 6/05 | 41085 | 863.01 | 6/05 | 41101 | 901.03 | 6/12 | 41124* | 622.52 |
| 6/05 | 41086 | 931.77 | 6/05 | 41102 | 586.10 | 6/12 | 41125 | 608.91 |
| 6/05 | 41087 | 1,055.33 | 6/06 | 41103 | 90.46 | 6/12 | 41126 | 749.82 |
| 6/06 | 41088 | 530.88 | 6/05 | 41104 | 1,138.69 | 6/13 | 41128* | 1,122.67 |
| 6/06 | 41089 | 947.66 | 6/05 | 41107* | 149.98 | 6/12 | 41129 | 589.93 |
| 6/05 | 41090 | 1,059.17 | 6/05 | 41109* | 1,300.25 | 6/12 | 41130 | 676.85 |
| 6/05 | 41091 | 464.99 | 6/06 | 41110 | 423.52 | 6/12 | 41131 | 1,903.16 |
| 6/05 | 41092 | 447.43 | 6/05 | 41111 | 357.71 | 6/13 | 41132 | 646.86 |
| 6/06 | 41093 | 689.52 | 6/01 | 41112 | 373.62 | 6/01 | 41133 | 470.89 |
| 6/06 | 41094 | 1,122.65 | 6/02 | 41113 | 2,742.23 | 6/13 | 41135* | 664.92 |
| 6/05 | 41095 | 774.32 | 6/05 | 41115* | 500.00 | 6/12 | 41137* | 1,238.69 |
| 6/05 | 41096 | 787.53 | 6/09 | 41117* | 598.84 | 6/13 | 41138 | 610.09 |
| 6/05 | 41097 | 2,982.02 | 6/12 | 41118 | 775.74 | 6/12 | 41139 | 569.64 |

*Indicates a skip in check sequence on this statement

1735

```
Date   6/30/23              Page      9
Account Number          ████1243
Enclosures                       155
```

Comm Ck-Analyzed Imaged           ████1243 (Continued)

## CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 6/13 | 41140 | 673.78 | 6/21 | 41171 | 433.21 | 6/23 | 41202 | 365.41 |
| 6/08 | 41141 | 1,050.00 | 6/14 | 41172 | 1,174.00 | 6/29 | 41203 | 114.24 |
| 6/13 | 41142 | 210.42 | 6/15 | 41173 | 1,428.13 | 6/23 | 41204 | 2,100.00 |
| 6/12 | 41143 | 168.73 | 6/15 | 41174 | 2,450.00 | 6/20 | 41205 | 1,000.00 |
| 6/09 | 41144 | 81.18 | 6/21 | 41175 | 200.00 | 6/21 | 41207* | 800.00 |
| 6/09 | 41146* | 500.00 | 6/22 | 41176 | 4,627.28 | 6/21 | 41208 | 2,000.00 |
| 6/09 | 41147 | 52.38 | 6/21 | 41178* | 301.41 | 6/30 | 41209 | 1,133.40 |
| 6/12 | 41148 | 2,268.09 | 6/20 | 41179 | 115.31 | 6/23 | 41210 | 2,750.00 |
| 6/12 | 41149 | 1,335.00 | 6/20 | 41180 | 1,000.00 | 6/26 | 41212* | 193.94 |
| 6/14 | 41151* | 487.07 | 6/21 | 41181 | 245.65 | 6/28 | 41214* | 74.48 |
| 6/16 | 41152 | 801.34 | 6/20 | 41183* | 2,000.00 | 6/28 | 41215 | 173.08 |
| 6/15 | 41153 | 1,095.73 | 6/23 | 41184 | 681.17 | 6/29 | 41216 | 328.01 |
| 6/22 | 41154 | 1,103.86 | 6/26 | 41185 | 1,031.06 | 6/26 | 41217 | 2,000.00 |
| 6/21 | 41155 | 1,122.43 | 6/28 | 41186 | 889.29 | 6/30 | 41219* | 698.89 |
| 6/20 | 41156 | 1,059.17 | 6/26 | 41187 | 1,059.17 | 6/30 | 41220 | 921.20 |
| 6/20 | 41157 | 1,013.74 | 6/26 | 41189* | 872.00 | 6/30 | 41239* | 634.43 |
| 6/20 | 41158 | 940.96 | 6/26 | 41190 | 888.74 | 6/30 | 41240 | 487.07 |
| 6/20 | 41159 | 923.21 | 6/27 | 41191 | 689.52 | 6/27 | 41241 | 1,000.00 |
| 6/20 | 41160 | 1,020.10 | 6/27 | 41192 | 932.65 | 6/28 | 41243* | 1,000.00 |
| 6/21 | 41161 | 1,082.74 | 6/27 | 41193 | 1,122.65 | 6/30 | 41244 | 140.91 |
| 6/21 | 41162 | 1,122.66 | 6/26 | 41194 | 774.33 | 6/29 | 41251* | 1,280.33 |
| 6/20 | 41163 | 774.32 | 6/26 | 41195 | 877.27 | 6/30 | 41252 | 2,100.00 |
| 6/16 | 41164 | 926.36 | 6/26 | 41196 | 2,147.11 | 6/29 | 41253 | 2,000.00 |
| 6/20 | 41165 | 2,288.39 | 6/26 | 41197 | 728.40 | 6/29 | 41254 | 220.70 |
| 6/20 | 41167* | 910.12 | 6/26 | 41198 | 876.32 | 6/30 | 41255* | 1,000.00 |
| 6/20 | 41168 | 876.33 | 6/28 | 41199 | 471.63 | 6/30 | 941188* | 945.43 |
| 6/21 | 41169 | 741.92 | 6/26 | 41200 | 465.44 | | | |
| 6/15 | 41170 | 1,238.71 | 6/26 | 41201 | 1,238.69 | | | |

\* Indicates a skip in check sequence on this statement

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 6/01 | 76,292.67 | 6/05 | 78,535.88 | 6/07 | 69,687.61 |
| 6/02 | 84,264.43 | 6/06 | 68,094.65 | 6/08 | 66,114.93 |



WestStar Bank
PO Box 99100 - El Paso Texas 79999-9100
Phone: (915) 532-1000 Fax: (915) 542-3077
Website: weststarbank.com

```
Date  6/30/23              Page      10
Account Number                    ****1243
Enclosures                             155
```

Comm Ck-Analyzed Imaged              ****1243   (Continued)

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 6/09 | 55,801.10 | 6/16 | 48,919.33 | 6/26 | 36,015.33 |
| 6/12 | 57,700.04 | 6/20 | 43,263.14 | 6/27 | 17,311.19 |
| 6/13 | 55,728.67 | 6/21 | 19,070.87 | 6/28 | 7,935.09 |
| 6/14 | 62,431.67 | 6/22 | 35,984.43 | 6/29 | 13,737.12 |
| 6/15 | 46,877.25 | 6/23 | 30,533.63 | 6/30 | 34,490.95 |



1736

# STATEMENT



```
5.1.2376 1 SP 0.600   09327D11.p01 1-1 B:0 2376      SFG DEPOSITS
                                                     (574) 235-2873
                                                     AMY BOBSON
                                                     STATEMENT DATE      6-30-23
                                                     PAGE    1
PASO DEL NORTE MATERIALS LLC                         ACCOUNT NO.         ####4725
8000 ESCOBAR
EL PASO TX 79907-1854
```

**RECEIVED**

**JUL 1 0 2023**

```
                 VISIT 1STSOURCE.COM.
           IT'S YOUR PERSONAL AND BUSINESS SOURCE
              FOR ARTICLES AND TOOLS TO MAKE
                MANAGING YOUR FINANCES EASIER.
```

```
                  BUSINESS VALUE CHECKING

              ACCOUNT NUMBER............ ####4725
              DATE OF PRIOR STATEMENT..... 5-31-23
              BEGINNING BALANCE....................      607.40
MINUS         CHECKS, WITHDRAWALS, OTHER DEBITS...         .00
MINUS         SERVICE FEE.........................        8.00
PLUS          DEPOSITS AND OTHER CREDITS..........         .00
EQUALS        ENDING ACCOUNT BALANCE..............      599.40

                      ACCOUNT ACTIVITY

Date   Description                       Deposit/Credit    Withdrawal/Debit
6-30   ACCOUNT SERVICE FEE                                       5.00
6-30   PAPER STATEMENT FEE                                       3.00

                     DAILY BALANCE SUMMARY

      Date.........Amount    Date.........Amount    Date.........Amount
      5-31          607.40   6-30          599.40
```



**GECU**
FEDERAL CREDIT UNION

P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA




PASO DEL NORTE MATERIALS LLC
8000 ESCOBAR DR
EL PASO TX 79907-1854

Account Number: ███3835
Statement Date: 06/30/23
Page 1 of 1

VIEW OUR PRIVACY POLICY AT GECU.COM/PRIVACYNOTICE

## member statement

**Checking Account** ███3835

All Transactions by Date

| Date | Description | Amount | Balance |
|---|---|---|---|
| 05/31 | Balance Forward | | 1,476.07 |
| 06/02 | CHARGE ANYWHERE FIRST ACH | 10.02- | 1,466.05 |
| 06/07 | TRNSFER FRM SV XXXXXX7924 | 10.00 | 1,476.05 |
| 06/07 | Wire Out Paso Del Norte Materials LLC | 1,461.05- | 15.00 |
| 06/07 | WIRE FEE | 15.00- | .00 |

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| Total for this period | # | Total Fees | # | Refunds/Corrections |
|---|---|---|---|---|
| Total Overdraft Fees** | 0 | $0.00 | 0 | $0.00 |
| Total Returned Item* Fees | 0 | $0.00 | 0 | $0.00 |
| Total year-to-date | # | Total Fees | # | Refunds/Corrections |
| Total Overdraft Fees** | 0 | $0.00 | 0 | $0.00 |
| Total Returned Item* Fees | 1 | $29.50 | 0 | $0.00 |

*Returned Items include non-sufficient funds (NSF) charges for checks, debit card transactions, and automated clearing house (ACH) transactions.

**Total overdraft fees include overdraft privilege fees and uncollected funds fees.

**Account Summary**
Previous Statement Date: 05/31/23

| Beginning Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charge | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,476.07 | | 10.00 | | .00 | | 1,486.07 | | .00 | | .00 |

Statement from 06/01/23 Thru 06/30/23

**Summary of Deposit Accounts**

| AP | Account | Balance | Int-Rate% | YTD-Int | YTD-Penalty | Maturity |
|---|---|---|---|---|---|---|
| CK | ███3835 | .00 | 0.000 | .00 | | |



**GECU FEDERAL CREDIT UNION**

P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA



PASO DEL NORTE MATERIALS LLC
8000 ESCOBAR DR
EL PASO TX 79907-1854

Account Number: ●924
Statement Date: 06/30/23
Page 1 of 1

## member statement

************************************ Share Account ●7924 ************************************

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 03/31 | Balance Forward | | 20.00 |
| 06/07 | TRANSFER TO CK  XXXXXX3835 | 10.00- | 10.00 |

Dividend Period: 04/01/23 to 06/30/23

Previous Statement Date: 03/31/23

| Beginning Balance | + | Deposits | + | Dividend Paid | - | Deductions | - | Service Charge | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 20.00 | | .00 | | .00 | | 10.00 | | .00 | | 10.00 |

************************************ Summary of Deposit Accounts ************************************

| AP | Account | Balance | Div-Rate% | YTD-Div | YTD-Penalty | Maturity |
|----|---------|---------|-----------|---------|-------------|----------|
| SV | ●7924 | 10.00 | 0.150 | .00 | .00 | |