IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| J.A.R. CONCRETE, INC., | § | Case No. 23-30242-HCM-11 |
| | § | |
| Debtor. | § | |

And

| | | |
|---|---|---|
| In re | § | |
| | § | |
| PASO DEL NORTE MATERIALS, LLC, | § | Case No. 23-30252-HCM-11 |
| | § | |
| Debtor. | § | |

## DEBTOR-IN-POSSESSION'S EXHIBIT AND WITNESS LISTS FOR HEARING ON MOTION OF WALLWORK FINANCIAL FOR RELIEF FROM THE AUTOMATIC STAY, OR ALTERNATIVELY, FOR ADEQUATE PROTECTION AND WAIVER OF 30-DAY REQUIREMENT

| EXHIBITS | | | | | |
|---|---|---|---|---|---|
| EXHIBIT NUMBER | DESCRIPTION | | OFFERED | OBJECTION | ADMITTED |
| 1. | Proof of Insurance | | | | |
| 2. | Photographs of the collateral | | | | |
| 3. | Agreed Order for adequate protection payments on the F750 Water Tanker | | | | |

| WITNESS LIST | | |
|---|---|---|
| Witness Number | Witness Name | Nature of Testimony |
| 1. | SEAN KELLEY | He is a Certified Equipment Appraiser who has consulted various commercial indexes of value and researched for comparable sales online.   He will give his opinions of value, based on mileage and hours. |
| 2. | JOE A. ROSALES, JR | Principal officer of both Debtors.   He is expected to testify that the equipment is in good condition, was purchased upon aggressive amortizations, is not in heavy use, and is needed for reorganization either in operations or for sale at arm's length. |

Respectfully submitted this ___ day of July, 2023.

/s/ _____

E.P. BUD KIRK
State Bar No.  11508650
600 Sunland Park Drive
Building Four, Ste.400
El Paso, TX   79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com

Attorney for the Debtor-in-Possession

## CERTIFICATE OF SERVICE

I do hereby certify that on the ___ day of July, 2023, I did cause a copy of the foregoing Exhibit And Witness Lists For Hearing On U.S. Fire Insurance Company's Motion For Relief From Stay to be over-night mailed to Ronda Farrar, Courtroom Deputy, U.S. Bankruptcy Court, 903 San Jacinto Blvd., Ste. #322, Austin, TX 78701;  and to be emailed to Wallwork Financial, c/o Christopher V. Arisco, carisco@padfieldstout.com;  and to Wallwork Financial, c/o Kelsey N. Linendoll, klinendoll@padfieldstout.com.

/s/ _____

E.P. BUD KIRK

4988.001-LC-072023