**Expedited hearing shall be held on 7/25/2023 at 01:00 PM in us-courts.webex.com/meet/Mott, through the Cisco WebEx Meetings application. Movant is responsible for notice.**



**The relief described hereinbelow is SO ORDERED.**

**Signed July 21, 2023.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| PASO DEL NORTE MATERIALS, LLC, | § | Case No. 23-30252-HCM-11 |
| | § | |
| Debtor. | § | |

## ORDER GRANTING REQUEST FOR EXPEDITED HEARING ON EMERGENCY MOTION FOR AUTHORIZATION TO SELL FOUR RANCO END-DUMP TRAILERS FREE AND CLEAR OF LIENS

On this date came on for consideration the Request for Expedited Hearing on Motion for Authorization to Sell Four Ranco End-Dump Trailers Free and Clear of Liens filed by the Debtor-in-Possession PASO DEL NORTE MATERIALS, LLC ("PDNM"). The Court finds that the Request should be granted as set forth below.

IT IS THEREFORE, ORDERED that the Motion for Authorization Four Ranco End-Dump Trailers Free and Clear of Liens is scheduled for expedited hearing on the date and time listed above.

###

5

Submitted by:

E.P. BUD KIRK
Attorney at Law
600 Sunland Park
Building Four, Ste. 400
El Paso, TX 79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com

Attorney for Debtor

6

United States Bankruptcy Court

Western District of Texas

| In re: | Case No. 23-30252-hcm |
|---|---|
| Paso Del Norte Materials, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0542-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 21, 2023 | Form ID: pdfintp | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paso Del Norte Materials, LLC, 8000 Escobar Dr., El Paso, TX 79907-1854 |
| tr | + | Michael G. Colvard, Martin & Drought, PC, Weston Centre, 112 E Pecan St, Suite 1616, San Antonio, TX 78205-8902 |
| cr | + | 4Rivers Equipment, LLC, c/o Clyde A. Pine, Jr., P.O. Box 1977, El Paso, TX 79999-1977 |
| cr | + | C&R DISTRIBUTING, LLC, Gordon Davis Johnson & Shane, PC, 4695 N. Mesa Street, Suite 100, El Paso, TX 79912 UNITED STATES 79912-6149 |
| cr | + | Clowe & Cowan of El Paso, LLC, c/o Michael J. Shane, 4695 N. Mesa Street, Suite 100, El Paso, TX 79912-6149 |
| cr | + | Joshua Ortega d/b/a Sunset Sand & Gravel, ScottHulse PC, c/o James Feuille, 201 E. Main Dr. Ste. 1100, El Paso, TX 79901-1340 |
| intp | + | Sean Kelley, 22911 Trailwood, Tomball, TX 77375-7107 |
| cr | + | Sumitomo Mitsui Finance and Leasing Co. Ltd., c/o Kye Law Group, P.C., 201 Old Country Road, Suite 120, Melville, NY 11747-2725 |
| cr | + | Wallwork Financial, c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| cr | + | Wells Fargo Equipment Finance, Inc., c/o James W. Brewer, P. O. Box 2800, El Paso, TX 79999-2800 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Jul 21 2023 22:19:00 | City Of El Paso, Weston Centre, 112 E. Pecan St, Suite 2200, San Antonio, TX 78205 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Michael G. Colvard, Martin & Drought, PC, Weston Centre, 112 E Pecan St, Suite 1616, San Antonio, TX 78205-8902 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2023          Signature:      /s/Gustava Winters

23-30252-hcm Doc#128 Filed 07/23/23 Entered 07/23/23 23:20:52 Imaged Certificate of Notice Pg 4 of 4

| District/off: 0542-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 21, 2023 | Form ID: pdfintp | Total Noticed: 11 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aldo R Lopez | on behalf of Creditor Prana Machinery Inc. alopez@raylaw.com, psoto@raylaw.com |
| Callan Clark Searcy | on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-csearcy@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov |
| Christopher V. Arisco | on behalf of Creditor Wallwork Financial carisco@padfieldstout.com carisco@livepad.com |
| Clyde A. Pine, Jr. | on behalf of Creditor 4Rivers Equipment LLC pine@mgmsg.com, clyde.pine@gmail.com |
| Don Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| E. P. Bud Kirk | on behalf of Plaintiff Paso Del Norte Materials LLC budkirk@aol.com |
| E. P. Bud Kirk | on behalf of Debtor Paso Del Norte Materials LLC budkirk@aol.com |
| Erin Coughlin | on behalf of U.S. Trustee United States Trustee - EP12 erin.coughlin@usdoj.gov roxana.peterson@usdoj.gov;carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov |
| Gregory Marc Weinstein | on behalf of Creditor United States Fire Insurance Company gweinstein@weinrad.com cspringer@weinrad.com;smcfadin@weinrad.com |
| James Michael Feuille | on behalf of Creditor Joshua Ortega d/b/a Sunset Sand & Gravel jfeu@scotthulse.com tmar@scotthulse.com;jcor@scotthulse.com |
| James W. Brewer | on behalf of Creditor Wells Fargo Equipment Finance Inc. jbrewer@kempsmith.com, tschoemer@kempsmith.com |
| James W. King | on behalf of Creditor Sumitomo Mitsui Finance and Leasing Co. Ltd. jking@offermanking.com |
| Jarom J Yates | on behalf of Creditor 1st Source Bank jarom.yates@haynesboone.com kim.morzak@haynesboone.com |
| Kelsey Linendoll, I | on behalf of Creditor Wallwork Financial klinendoll@padfieldstout.com |
| Matthew F Kye | on behalf of Creditor Sumitomo Mitsui Finance and Leasing Co. Ltd. mkye@kyelaw.com mkye@magnozzikye.com |
| Michael J. Shane | on behalf of Creditor C&R DISTRIBUTING LLC mshane@eplawyers.com, bsilva@eplawyers.com |
| Michael J. Shane | on behalf of Creditor Clowe & Cowan of El Paso LLC mshane@eplawyers.com, bsilva@eplawyers.com |
| Steven B. Bass | on behalf of Creditor United States Internal Revenue Service Steven.Bass@usdoj.gov tina.travieso@usdoj.gov |
| United States Trustee - EP12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 19