**TRIAL/HEARING ON:**

**5-1)  91** Motion for Relief from Stay, Motion For Adequate Protection filed by Christopher V. Arisco for Creditor Wallwork Financial

## EXHIBIT INDEX AND WITNESS LIST

| PLAINTIFF'S /Movants ATTORNEY(s):<br><br>Kelsey Linendoll | DEFENDANT'S/Respondent ATTORNEY(s):<br><br>Bud Kirk | Case Number:<br><br>23-30252-hcm |
|---|---|---|
| | | Hearing/Trial Date(s):<br><br>7/26/2023 |
| PRESIDING JUDGE<br><br>Judge H. Christopher Mott | COURT REPORTER<br><br>Rachel Cardenas | COURTROOM DEPUTY<br><br>Ronda Farrar |

| PLA /Mov NO. | DEF/Resp NO. | DATE OFFERRED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| WW-A | | 7/26/2023 | | 7/26/2023 | Affidavit in Support of Motion for Relief from Automatic Stay Regarding Equipment |
| WW-B | | 7/26/2023 | | 7/26/2023 | Combination Note and Security Agreement No. 14298-002 |
| WW-C | | 7/26/2023 | | 7/26/2023 | Texas Certificates of Title for Note No. 14298-002 |
| WW-D | | 7/26/2023 | | 7/26/2023 | Combination Note and Security Agreement No. 14298-003 |
| WW-E | | 7/26/2023 | | 7/26/2023 | UCC Financing Statement, File No. 200036484017 for Note No. 14298-003 |
| WW-F | | 7/26/2023 | | 7/26/2023 | Combination Note and Security Agreement No. 14298-004 |
| WW-G | | 7/26/2023 | | 7/26/2023 | UCC-1 Financing Statement, File No. 00200053457288 for Note. No. 14298-004 |
| | | | | | |
| | | | | | **Witness 1:  Joe A. Rosales, Jr.** |
| | DB-1 | 7/26/2023 | | 7/26/2023 | Proof of Insurance |
| | | | | | |
| | | | | | **Witness 2:  Sean Kelley** |
| | DB-2 | 7/26/2023 | | 7/26/2023 | Photographs of the collateral |