IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| PASO DEL NORTE MATERIALS, LLC, | § | Case No. 23-30252-HCM-11 |
| | § | |
| Debtor. | § | |

### ORDER APPROVING COMPROMISE OF CONTROVERSY

On this day the Court has considered, after notice to all parties in interest and an opportunity to be heard, the Motion of the Debtor PASO DEL NORTE MATERIALS, LLC to Compromise Controversy, *i.e.*, settlement of Adversary proceeding No. 23-03002 styled *Paso Del Norte Materials, LLC, Debtor and Plaintiff v. Lorenzo Fernandez, Individually and In His Capacity as Trustee of The Lorenzo Fernandez Family Trust, Defendants.*

The Court finds that the Compromise or Settlement is in the best interests of this estate and the parties, and it is APPROVED as submitted to the Court.

###

Submitted by:

E.P. BUD KIRK
Attorney at Law
600 Sunland Park Drive
Building Four, Suite 400
El Paso, TX 79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com