# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
**511 E. San Antonio Ave., Rm. 444**
**EL PASO, TX 79901**

*Barry D. Knight*                                                                                                                            (915) 779–7362
CLERK OF COURT

**DATE:** August 2, 2023

E. P. Bud Kirk
600 Sunland Park Drive, Ste.4–400
El Paso, TX 79912

**RE: Order Due**

      Bankruptcy Case No.:    **23–30252–hcm**
      Case Style:    Paso Del Norte Materials, LLC

Dear Mr. Kirk:

During a periodic review of case files and docket sheets, the Clerk's Office records reflected that you were directed to prepare a form of order in conformance with the Court's ruling on 07/12/2023

*63* – Motion for Relief from Stay (30 Day Waiver Language) (14 Day Objection Language) ( Filing Fee: $188.00 ) filed by Jarom J Yates for Creditor 1st Source Bank (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I (Proposed Order))(Yates, Jarom)

*134 – 63*

According to our files, no such order has been entered, and as a result, the court records are incomplete.

Please submit a form of order, resolving the above–referenced matter, by **8/23/23**. If no order is received, the Court may dismiss the matter for want of prosecution.

                                                   Barry D. Knight
                                                   Clerk, U. S. Bankruptcy Court

                                                   BY: Maxine McGee

**IF AN ORDER HAS ALREADY BEEN SENT, PLEASE DISREGARD THIS LETTER.**

| | | |
|---|---|---|
| 903 San Jacinto, Suite 322<br>Austin, Texas 78701<br>(512) 916–5237 | 615 E. Houston Street, Suite 597<br>San Antonio, Texas 78205<br>(210) 472–6720 | 800 Franklin Avenue, Suite 140<br>Waco, Texas 76701<br>(254) 750–1513 |

[Order Due Letter] [Ltrodap]