IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| PASO DEL NORTE MATERIALS, LLC, | § | Case No. 23-30252-HCM-11 |
| | § | |
| Debtor. | § | |

## ORDER APPROVING PAYMENT OF ATTORNEY'S FEES AND EXPENSES OUT OF SALE PROCEEDS UNDER 11 U.S.C. § 506(c)

On this day the Court has considered the Motion of E.P. BUD KIRK as counsel for the Debtor-in-Possession PASO DEL NORTE MATERIALS, LLC for Payment of Attorney's Fees and Expenses out of Sale Proceeds under 11 U.S.C. 506(c) ("the Motion"). The Court notes that notice and an opportunity for hearing were afforded, and that no sustainable objections have been made to the Motion. The Court has reviewed the Motion and hereby APPROVES the payment of attorney's fees and expenses out of the sale proceeds of the Debtor's four 26' end-dump trailers, in the amount of $4,080.16.

###

Submitted by:
E.P. BUD KIRK
Attorney at Law
600 Sunland Park Dr.
Building Four, Ste. 400
El Paso, TX 79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com