---

**Fill in this information to identify the case:**

Debtor Name **PASO DEL NORTE MATERIALS LLC**

United States Bankruptcy Court for the: Western District of Texas

Case number: **23-30252**

☐ Check if this is an amended filing

---

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: **JULY**

Line of business: **MATERIALS PRODUCER**

Date report filed: **08/21/2023**
MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Jose A. Rosales, Jr.

Original signature of responsible party

Printed name of responsible party: Jose A. Rosales, Jr.

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☑ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  PASO DEL NORTE MATERIALS LLC                    Case number  23-30252

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ -6,700.38

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 330,332.17

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 319,166.46

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 4,465.33

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 11,165.71

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ 68,811.16

Debtor Name **PASO DEL NORTE MATERIALS LLC**          Case number **23-30252**

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                          $ __274,604.94__

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                        __23__
27. What is the number of employees as of the date of this monthly report?           __18__

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ __0.00__
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?          $ __5,965.50__
30. How much have you paid this month in other professional fees?          $ __0.00__
31. How much have you paid in total other professional fees since filing the case?          $ __5,965.50__

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 350,000.00 | − | $ 330,332.17 | = | $ 19,667.83 |
| 33. **Cash disbursements** | $ 332,000.00 | − | $ 319,166.46 | = | $ 12,833.54 |
| 34. **Net cash flow** | $ 18,000.00 | − | $ 11,165.71 | = | $ 6,834.29 |

35. Total projected cash receipts for the next month:                              $ 375,000.00
36. Total projected cash disbursements for the next month:                    − $ 355,000.00
37. Total projected net cash flow for the next month:                          = $ 20,000.00

Debtor Name __PASO DEL NORTE MATERIALS LLC_____ Case number __23-30252_____

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

CASE NAME: **PASO DEL NORTE MATERIALS LLC**

CASE NUMBER: **23-30252**

SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-1

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 2023 March | MONTH 2023 April | MONTH 2023 May | MONTH 2023 June | MONTH 2023 July | MONTH | Six Months To Date |
|---|---|---|---|---|---|---|---|
| 1 CASH-BEGINNING OF MONTH | $ 27,920.99 | $ 33,368.38 | $ 45,233.89 | $ 74,740.50 | ($ 6,700.38) | | $ 27,920.99 |
| RECEIPTS: | | | | | | | |
| 2 CASH SALES | 98,238.72 | 260,131.64 | 342,491.87 | 240,739.51 | 330,332.17 | | 1,271,933.91 |
| 3 COLLECTION OF ACCOUNTS RECEIVABLE | 0.00 | | | | | | 0.00 |
| 4 LOANS & ADVANCES (attach list) | 92,000.00 | | | | | | 92,000.00 |
| 5 SALE OF ASSETS | 0.00 | | | | | | 0.00 |
| 6 OTHER (attach list) | 0.00 | 1,653.19 | | | | | 1,653.19 |
| TOTAL RECEIPTS** | $ 190,238.72 | $ 261,784.83 | $ 342,491.87 | $ 240,739.51 | $ 330,332.17 | $ 0.00 | $ 1,365,587.10 |
| Withdrawal) Contribution by Individual Debtor MFR-2* | 0.00 | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7 NET PAYROLL | 72,661.48 | 81,542.10 | 85,209.53 | 91,521.19 | 73,698.21 | | 404,632.52 |
| 8 PAYROLL TAXES PAID | 3,522.03 | 21,542.28 | 29,372.32 | 18,327.26 | 0.00 | | 72,763.89 |
| 9 SALES, USE & OTHER TAXES PAID | 10,907.94 | 7,771.07 | 19,920.14 | 27,516.73 | 15,095.46 | | 81,211.34 |
| 10 SECURED/RENTAL/LEASES | | 0.00 | 202.50 | 12,076.00 | 12,076.00 | | 24,354.50 |
| 11 UTILITIES & TELEPHONE | 752.19 | 0.00 | 2,348.82 | 0.00 | 3,282.72 | | 6,381.73 |
| 12 INSURANCE | | 0.00 | 0.00 | 17,500.00 | 5,164.67 | | 22,664.67 |
| 13 INVENTORY PURCHASES | 47,074.00 | 89,822.60 | 107,743.10 | 108,573.80 | 120,201.86 | | 473,515.36 |
| 14 VEHICLE EXPENSES | 31,366.58 | 25,627.76 | 31,425.19 | 26,244.82 | 19,072.20 | | 133,736.55 |
| 15 TRAVEL & ENTERTAINMENT | | 0.00 | | 0.00 | 0.00 | | 0.00 |
| 16 REPAIRS, MAINTENANCE & SUPPLIES | 298.20 | 9,226.64 | 28,131.72 | 11,479.08 | 8,852.57 | | 57,988.19 |
| 17 ADMINISTRATIVE & SELLING | 7,308.90 | 3,275.03 | 2,857.43 | 371.04 | 21,416.60 | | 35,229.00 |
| 18 OTHER (attach list) | 10,900.00 | 10,761.84 | 5,526.51 | 8,570.49 | 40,306.17 | | 76,065.01 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | $ 184,791.33 | $ 249,669.32 | $ 312,735.26 | $ 322,180.39 | $ 319,166.46 | $ 0.00 | $ 1,388,542.76 |
| 19 PROFESSIONAL FEES | | | | | | | 0.00 |
| 20 U.S. TRUSTEE FEES | | 250.00 | 250.00 | | | | 500.00 |
| 21 OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | $ 184,791.33 | $ 249,919.32 | $ 312,985.26 | $ 322,180.39 | $ 319,166.46 | $ 0.00 | $ 1,389,042.76 |
| 22 NET CASH FLOW | 5,447.39 | 11,865.51 | 29,506.61 | (81,440.89) | 11,165.71 | 0.00 | (23,455.66) |
| 23 CASH - END OF MONTH (SMOR-2) | $ 33,368.38 | $ 45,233.89 | $ 74,740.50 | ($ 6,700.38) | $ 4,465.33 | $ 0.00 | $ 4,465.33 |

* Applies to Individual debtors only

**SBMOR-Exhibit B-1**      **Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on SBMOR-Exhibit B-2

Revised 01/31/2014

CASE NAME: **PASO DEL NORTE MATERIALS LLC**

CASE NUMBER: **23-30252**

SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-2

## CASH ACCOUNT RECONCILIATION
### MONTH OF July 2023

| BANK NAME | | | | |
|---|---|---|---|---|
| ACCOUNT NUMBER | # | # | # | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BEGINNING BANK BALANCE | | | | | $ 0.00 |
| RECEIPTS | | | | | 0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS | | | | | 0.00 |
| ENDING BANK BALANCE | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| DEPOSITS IN TRANSIT | | | | | 0.00 |
| OUTSTANDING CHECKS | | | | | 0.00 |
| ADJUSTED BANK BALANCE | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| BEGINNING CASH - PER BOOKS* | | | | | $ 0.00 |
| RECEIPTS* | | | | | 0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR  MFR-2 | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | | 0.00 |
| ENDING CASH - PER BOOKS* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**SBMOR-Exhibit B-2**       * Numbers should balance (match) BEGINNING CASH, TOTAL RECEIPTS, TOTAL DISBURSEMENTS       *Revised 01/31/2014*
and ENDING CASH lines on SBMOR-Exhibit B-1. Copies of all bank statements should be attached.

## See Attached

**Paso Del Norte Materials, LLC - All Bank Accounts**
**July 2023**

|  | GECU Sav | 1st Source | Weststar DIP | Totals |
|---|---|---|---|---|
| Beginning Bank Bal | 10.00 | 599.40 | 34,490.95 | 35,100.35 |
| Cash Receipts [Bank] |  |  | 329,997.77 | 329,997.77 |
| Transfers |  |  |  | - |
| Checks / Disp [Bank} |  | 8.00 | 338,829.33 | 338,837.33 |
| Ending Balance | 10.00 | 591.40 | 25,659.39 | 26,260.79 |
| Dep In Transit |  |  |  | - |
| Outstanding Checks |  |  | 21,795.46 | 21,795.46 |
| Adj Bank Balance | 10.00 | 591.40 | 3,863.93 | 4,465.33 |
|  |  |  |  |  |
| Beginning Cash [Books] | 10.00 | 599.40 | (7,309.78) | (6,700.38) |
| Cash Receipts [Books] |  |  | 330,332.17 | 330,332.17 |
| Transfers | - |  | - | - |
| Checks and disb [Books] |  | 8.00 | 319,158.46 | 319,166.46 |
| Ending Cash per Books | 10.00 | 591.40 | 3,863.93 | 4,465.33 |
|  |  |  |  |  |
|  |  |  | Net Cash Flow | 11,165.71 |

 **WestStar**

PO BOX 99100
El Paso Texas 79999-9100

WestStar Bank
PO Box 99100 - El Paso Texas 79999-9100
Phone: (915) 532-1000 Fax: (915) 542-3077
Website: weststarbank.com

4829453

Paso Del Norte Materials LLC
Debtor in Possession
Case no. 23-330252-hcm
8000 Escobar Dr
El Paso TX 79907-1854

**RECEIVED**

AUG 1 0 2023

| | |
|---|---|
| Date  7/31/23 | Page    1 |
| Account Number | ▓▓▓1243 |
| Enclosures | 158 |

# CHECKING ACCOUNTS

Paso Del Norte Materials LLC
Debtor in Possession
Case no. 23-330252-hcm

Beware of Jugging theft! Criminals may follow you from a bank or ATM
and target you for robbery. Protect yourself and your belongings by staying
vigilant and avoiding suspicious individuals. For more safety tips, visit
weststarbank.com.



Comm Ck-Analyzed Imaged
Account Number                ▓▓▓1243
Previous Balance              34,490.95
    61 Deposits/Credits      329,997.77
   157 Checks/Debits         338,829.33
Service Fee                         .00
Interest Paid                       .00
Ending Balance               25,659.39

Number of Enclosures              158
Statement Dates    7/03/23 thru  7/31/23
Days in the Statement Period       29
Average Ledger               48,016.82
Average Collected            45,838.38

## Deposits and Credits

| Date | Description | Amount |
|---|---|---|
| 7/03 | MERCH DEP  WESTAMERICA BNK<br>CCD<br>014024300000035<br>PASO DEL NORTE MATERIA | 89.79 |
| 7/03 | MERCH DEP  WESTAMERICA BNK<br>CCD<br>014024300000035<br>PASO DEL NORTE MATERIA | 101.84 |
| 7/03 | MERCH DEP  WESTAMERICA BNK<br>CCD<br>014024300000035<br>PASO DEL NORTE MATERIA | 454.88 |
| 7/03 | MERCH DEP  WESTAMERICA BNK<br>CCD | 812.48 |

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION          1579



WestStar Bank
PO Box 99100 - El Paso Texas 79999-9100

Phone: (915) 532-1000 Fax: (915) 542-3077

Website: weststarbank.com

| | |
|---|---|
| Date  7/31/23 | Page        2 |
| Account Number | ████1243 |
| Enclosures | 158 |

Comm Ck-Analyzed Imaged                    ████1243   (Continued)

### Deposits and Credits



| Date | Description | Amount |
|---|---|---|
| | 014024300000035 | |
| | PASO DEL NORTE MATERIA | |
| 7/03 | MERCH DEP  WESTAMERICA BNK | 1,675.18 |
| | CCD | |
| | 014024300000035 | |
| | PASO DEL NORTE MATERIA | |
| 7/03 | MERCH DEP  WESTAMERICA BNK | 4,604.05 |
| | CCD | |
| | 014024300000035 | |
| | PASO DEL NORTE MATERIA | |
| 7/03 | Deposit | 5,974.00 |
| 7/05 | MERCH DEP  WESTAMERICA BNK | 3,647.59 |
| | CCD | |
| | 014024300000035 | |
| | PASO DEL NORTE MATERIA | |
| 7/05 | Deposit | 6,874.00 |
| 7/06 | Deposit | 3,435.00 |
| 7/06 | Deposit | 12,091.50 |
| 7/07 | Transfer From Checking XX1251 | 7,500.00 |
| | to Checking XX1243 | |
| 7/07 | Deposit | 1,263.00 |
| 7/07 | Deposit | 4,993.43 |
| 7/07 | Deposit | 31,836.12 |
| 7/10 | MERCH DEP  WESTAMERICA BNK | 96.94 |
| | CCD | |
| | 014024300000035 | |
| | PASO DEL NORTE MATERIA | |
| 7/10 | MERCH DEP  WESTAMERICA BNK | 162.12 |
| | CCD | |
| | 014024300000035 | |
| | PASO DEL NORTE MATERIA | |
| 7/10 | MERCH DEP  WESTAMERICA BNK | 1,195.41 |
| | CCD | |
| | 014024300000035 | |
| | PASO DEL NORTE MATERIA | |
| 7/10 | Deposit | 1,774.50 |

```
Date   7/31/23          Page     3
Account Number          ████1243
Enclosures                     158
```

Comm Ck-Analyzed Imaged        ████1243  (Continued)

## Deposits and Credits

| Date | Description | Amount |
|------|-------------|--------|
| 7/10 | Deposit | 39,443.10 |
| 7/11 | Deposit | 10,516.75 |
| 7/12 | MERCH DEP  WESTAMERICA BNK CCD 014024300000035 PASO DEL NORTE MATERIA | 1,242.89 |
| 7/12 | MERCH DEP  WESTAMERICA BNK CCD 014024300000035 PASO DEL NORTE MATERIA | 4,904.14 |
| 7/12 | Deposit | 2,202.44 |
| 7/13 | MERCH DEP  WESTAMERICA BNK CCD 014024300000035 PASO DEL NORTE MATERIA | 51.66 |
| 7/13 | MERCH DEP  WESTAMERICA BNK CCD 014024300000035 PASO DEL NORTE MATERIA | 972.69 |
| 7/13 | Deposit | 646.00 |
| 7/13 | Deposit | 7,387.00 |
| 7/14 | MERCH DEP  WESTAMERICA BNK CCD 014024300000035 PASO DEL NORTE MATERIA | 37.11 |
| 7/14 | MERCH DEP  WESTAMERICA BNK CCD 014024300000035 PASO DEL NORTE MATERIA | 144.79 |
| 7/14 | MERCH DEP  WESTAMERICA BNK CCD 014024300000035 PASO DEL NORTE MATERIA | 569.07 |
| 7/14 | MERCH DEP  WESTAMERICA BNK CCD | 1,377.98 |



WestStar Bank
PO Box 99100 - El Paso Texas 79999-9100

Phone: (915) 532-1000 Fax: (915) 542-3077

Website: weststarbank.com

| Date  7/31/23 | Page    4 |
|---|---|
| Account Number | ▓1243 |
| Enclosures | 158 |

Comm Ck-Analyzed Imaged                    ▓1243  (Continued)

## Deposits and Credits



| Date | Description | Amount |
|---|---|---|
| | 014024300000035 | |
| | PASO DEL NORTE MATERIA | |
| 7/14 | Deposit | 17,054.00 |
| 7/17 | MERCH DEP  WESTAMERICA BNK | 117.53 |
| | CCD | |
| | 014024300000035 | |
| | PASO DEL NORTE MATERIA | |
| 7/17 | MERCH DEP  WESTAMERICA BNK | 436.82 |
| | CCD | |
| | 014024300000035 | |
| | PASO DEL NORTE MATERIA | |
| 7/17 | MERCH DEP  WESTAMERICA BNK | 756.54 |
| | CCD | |
| | 014024300000035 | |
| | PASO DEL NORTE MATERIA | |
| 7/17 | Deposit | 11,069.00 |
| 7/18 | MERCH DEP  WESTAMERICA BNK | 13.10 |
| | CCD | |
| | 014024300000035 | |
| | PASO DEL NORTE MATERIA | |
| 7/18 | Deposit | 31,829.56 |
| 7/19 | MERCH DEP  WESTAMERICA BNK | 13.78 |
| | CCD | |
| | 014024300000035 | |
| | PASO DEL NORTE MATERIA | |
| 7/19 | MERCH DEP  WESTAMERICA BNK | 362.06 |
| | CCD | |
| | 014024300000035 | |
| | PASO DEL NORTE MATERIA | |
| 7/19 | Deposit | 7,711.01 |
| 7/20 | MERCH DEP  WESTAMERICA BNK | 172.54 |
| | CCD | |
| | 014024300000035 | |
| | PASO DEL NORTE MATERIA | |
| 7/20 | MERCH DEP  WESTAMERICA BNK | 459.32 |
| | CCD | |

```
Date  7/31/23        Page    5
Account Number            ████1243
Enclosures                     158
```

Comm Ck-Analyzed Imaged          1243   (Continued)

## Deposits and Credits

| Date | Description | Amount |
|------|-------------|--------|
|      | 014024300000035 | |
|      | PASO DEL NORTE MATERIA | |
| 7/20 | Deposit | 7,138.00 |
| 7/21 | MERCH DEP  WESTAMERICA BNK | 1,996.80 |
|      | CCD | |
|      | 014024300000035 | |
|      | PASO DEL NORTE MATERIA | |
| 7/21 | Deposit | 9,211.06 |
| 7/24 | MERCH DEP  WESTAMERICA BNK | 59.58 |
|      | CCD | |
|      | 014024300000035 | |
|      | PASO DEL NORTE MATERIA | |
| 7/24 | MERCH DEP  WESTAMERICA BNK | 621.45 |
|      | CCD | |
|      | 014024300000035 | |
|      | PASO DEL NORTE MATERIA | |
| 7/24 | MERCH DEP  WESTAMERICA BNK | 1,777.87 |
|      | CCD | |
|      | 014024300000035 | |
|      | PASO DEL NORTE MATERIA | |
| 7/24 | Deposit | 3,132.71 |
| 7/25 | MERCH DEP  WESTAMERICA BNK | 1,138.47 |
|      | CCD | |
|      | 014024300000035 | |
|      | PASO DEL NORTE MATERIA | |
| 7/25 | Deposit | 8,518.00 |
| 7/26 | MERCH DEP  WESTAMERICA BNK | 407.62 |
|      | CCD | |
|      | 014024300000035 | |
|      | PASO DEL NORTE MATERIA | |
| 7/26 | MERCH DEP  WESTAMERICA BNK | 4,410.52 |
|      | CCD | |
|      | 014024300000035 | |
|      | PASO DEL NORTE MATERIA | |
| 7/26 | Deposit | 26,061.19 |
| 7/27 | Deposit | 11,433.00 |

1581



**WestStar Bank**
PO Box 99100 - El Paso Texas 79999-9100
Phone: (915) 532-1000 Fax: (915) 542-3077
Website: weststarbank.com

| | |
|---|---|
| Date  7/31/23 | Page      6 |
| Account Number | ▬1243 |
| Enclosures | 158 |

Comm Ck-Analyzed Imaged          ▬1243  (Continued)

## Deposits and Credits

| Date | Description | Amount |
|---|---|---|
| 7/28 | Deposit | 13,101.66 |
| 7/31 | MERCH DEP   WESTAMERICA BNK | 769.19 |
| | CCD | |
| | 014024300000035 | |
| | PASO DEL NORTE MATERIA | |
| 7/31 | MERCH DEP   WESTAMERICA BNK | 1,323.94 |
| | CCD | |
| | 014024300000035 | |
| | PASO DEL NORTE MATERIA | |
| 7/31 | Deposit | 10,824.00 |

## Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 7/03 | MERCH FEES WESTAMERICA BNK | 9.97- |
| | CCD | |
| | 014024300000035 | |
| | PASO DEL NORTE MATERIA | |
| 7/03 | AchBatch   Paso Del Norte M | 4,911.00- |
| | PPD | |
| 7/05 | FIRST ACH   CHARGE ANYWHERE | 10.00- |
| | CCD | |
| | 14188611 | |
| | PASO DEL NORTE MATERIA | |
| 7/06 | AchBatch   Paso Del Norte M | 19,644.00- |
| | PPD | |
| 7/07 | OBPPAYMT   HEALTH CARE SERV | 5,164.67- |
| | CCD | |
| | 8188766019 | |
| | PASO DEL NORTE MATERIA | |
| 7/07 | AchBatch   Paso Del Norte M | 19,644.00- |
| | PPD | |
| 7/11 | Chargeback  1117 | 12,091.50- |
| 7/11 | AchBatch   Paso Del Norte M | 4,911.00- |
| | PPD | |



1582

```
Date   7/31/23          Page     7
Account Number            ████1243
Enclosures                     158
```

Comm Ck-Analyzed Imaged          ████1243  (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 7/12 | Transfer From Checking XX1243 to Checking XX1251 | 7,500.00- |
| 7/17 | Account Analysis Fee | 449.29- |
| 7/19 | AchBatch   Paso Del Norte M PPD | 10,172.00- |
| 7/19 | Transfer From Checking XX1243 to Checking XX1251 | 4,000.00- |
| 7/20 | EFT PYMT   BRISTOL WEST INS 004300g01175862 \WEB | 653.85- |
| 7/21 | DDA outgoing wire Jose A Rosales Jr | 9,000.00- |
| 7/21 | DDA outgoing wire GCC Cement | 10,172.00- |
| 7/21 | DDA outgoing wire Jose Rosales Construction | 15,000.00- |
| 7/21 | DD        WEBFILE TAX PYMT CCD 902/72983374 33311/12345/EDI/XML - | 11,994.71- |
| 7/24 | AchBatch   Paso Del Norte M PPD | 15,258.00- |
| 7/26 | AchBatch   Paso Del Norte M PPD | 5,086.00- |
| 7/27 | AchBatch   Paso Del Norte M PPD | 5,086.00- |
| 7/28 | DDA outgoing wire Jose Rosales Construction | 8,000.00- |
| 7/28 | BILLPAY     EL PASO WATER UT EL PASO WATER U \WEB | 2,327.10- |
| 7/31 | AchBatch   Paso Del Norte M PPD | 5,086.00- |
| 7/31 | AchBatch   Paso Del Norte M PPD | 10,172.00- |



WestStar Bank
PO Box 99100 - El Paso Texas 79999-9100
Phone: (915) 532-1000 Fax: (915) 542-3077
Website: weststarbank.com

| Date  7/31/23 | Page  8 |
|---|---|
| Account Number | ████1243 |
| Enclosures | 158 |

Comm Ck-Analyzed Imaged               ████1243  (Continued)

## CHECKS IN NUMBER ORDER



| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 7/10 | 4128 | 3,205.82 | 7/11 | 41265 | 301.41 | 7/17 | 41300 | 460.60 |
| 7/05 | 41221* | 1,044.28 | 7/10 | 41266 | 710.07 | 7/17 | 41301 | 756.34 |
| 7/05 | 41222 | 1,463.94 | 7/10 | 41267 | 1,254.35 | 7/17 | 41302 | 689.52 |
| 7/05 | 41223 | 1,059.17 | 7/11 | 41269* | 1,412.39 | 7/18 | 41303 | 694.71 |
| 7/03 | 41224 | 863.24 | 7/10 | 41270 | 1,059.16 | 7/17 | 41304 | 1,122.66 |
| 7/03 | 41225 | 778.72 | 7/11 | 41271 | 213.11 | 7/17 | 41305 | 525.04 |
| 7/03 | 41226 | 755.41 | 7/11 | 41272 | 744.83 | 7/17 | 41306 | 531.94 |
| 7/03 | 41227 | 581.80 | 7/11 | 41273 | 773.14 | 7/17 | 41307 | 3,561.58 |
| 7/03 | 41228 | 1,089.52 | 7/10 | 41274 | 928.80 | 7/17 | 41308 | 624.58 |
| 7/05 | 41229 | 999.64 | 7/10 | 41275 | 906.65 | 7/18 | 41309 | 498.69 |
| 7/03 | 41230 | 1,122.67 | 7/11 | 41276 | 915.97 | 7/18 | 41310 | 323.93 |
| 7/03 | 41231 | 774.32 | 7/11 | 41277 | 857.38 | 7/13 | 41311 | 38.08 |
| 7/03 | 41232 | 877.26 | 7/10 | 41278 | 1,122.65 | 7/13 | 41312 | 161.02 |
| 7/03 | 41233 | 3,272.13 | 7/10 | 41279 | 774.33 | 7/13 | 41313 | 2,100.00 |
| 7/03 | 41234 | 534.00 | 7/10 | 41280 | 877.27 | 7/24 | 41314 | 584.28 |
| 7/03 | 41235 | 894.11 | 7/10 | 41282* | 870.41 | 7/13 | 41315 | 2,250.00 |
| 7/05 | 41236 | 847.82 | 7/10 | 41283 | 876.32 | 7/18 | 41316 | 960.58 |
| 7/03 | 41237 | 1,238.69 | 7/10 | 41284 | 1,238.71 | 7/17 | 41317 | 1,238.69 |
| 7/05 | 41238 | 38.08 | 7/14 | 41285 | 38.08 | 7/20 | 41318 | 156.18 |
| 7/05 | 41242* | 272.62 | 7/12 | 41286 | 1,031.06 | 7/28 | 41319 | 734.76 |
| 7/03 | 41245* | 1,278.76 | 7/14 | 41287 | 5,859.86 | 7/17 | 41320 | 520.02 |
| 7/05 | 41246 | 872.38 | 7/17 | 41288 | 73.38 | 7/18 | 41321 | 330.16 |
| 7/03 | 41247 | 1,520.43 | 7/14 | 41289 | 454.65 | 7/27 | 41322 | 3,384.96 |
| 7/05 | 41248 | 2,637.35 | 7/13 | 41290 | 130.28 | 7/26 | 41323 | 3,100.75 |
| 7/05 | 41249 | 2,018.79 | 7/10 | 41291 | 3,000.00 | 7/25 | 41324 | 475.23 |
| 7/03 | 41250 | 914.67 | 7/12 | 41292 | 750.00 | 7/21 | 41325 | 846.75 |
| 7/21 | 41257* | 3,006.00 | 7/17 | 41293 | 656.71 | 7/24 | 41326 | 877.33 |
| 7/20 | 41258 | 9,070.00 | 7/14 | 41294 | 579.91 | 7/25 | 41327 | 1,050.92 |
| 7/05 | 41259 | 563.99 | 7/17 | 41295 | 921.20 | 7/24 | 41328 | 1,059.17 |
| 7/06 | 41261* | 1,025.00 | 7/18 | 41296 | 625.30 | 7/25 | 41329 | 960.58 |
| 7/06 | 41262 | 2,400.00 | 7/18 | 41297 | 862.82 | 7/24 | 41330 | 737.66 |
| 7/06 | 41263 | 300.00 | 7/19 | 41298 | 570.59 | 7/24 | 41331 | 737.65 |
| 7/11 | 41264 | 220.70 | 7/17 | 41299 | 1,059.17 | 7/24 | 41332 | 746.66 |

Indicates a skip in check sequence on this statement

```
Date  7/31/23          Page    9
Account Number      ████1243
Enclosures              158
```

Comm Ck-Analyzed Imaged            ████1243  (Continued)

## CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 7/27 | 41333 | 810.81 | 7/24 | 41345 | 1,234.79 | 7/31 | 41366* | 1,122.66 |
| 7/25 | 41334 | 863.64 | 7/25 | 41347* | 238.04 | 7/31 | 41368* | 899.20 |
| 7/26 | 41335 | 1,122.66 | 7/28 | 41349* | 532.14 | 7/31 | 41369 | 3,126.82 |
| 7/24 | 41336 | 822.73 | 7/24 | 41350 | 2,100.00 | 7/31 | 41370 | 320.00 |
| 7/24 | 41337 | 921.13 | 7/24 | 41352* | 2,436.00 | 7/31 | 41371 | 843.92 |
| 7/24 | 41338 | 2,410.03 | 7/28 | 41356* | 623.77 | 7/31 | 41373* | 1,238.70 |
| 7/24 | 41339 | 769.13 | 7/31 | 41357 | 620.58 | 7/31 | 41375* | 220.86 |
| 7/25 | 41340 | 924.74 | 7/31 | 41358 | 1,024.43 | 7/27 | 41377* | 3,000.00 |
| 7/24 | 41341 | 1,238.70 | 7/31 | 41359 | 1,006.05 | 7/31 | 41381* | 877.32 |
| 7/28 | 41342 | 38.08 | 7/31 | 41360 | 1,059.17 | 7/31 | 41382 | 3,000.00 |
| 7/20 | 41343 | 167.89 | 7/31 | 41362* | 708.76 | | | |
| 7/19 | 41344 | 2,750.00 | 7/31 | 41363 | 581.20 | | | |

Indicates a skip in check sequence on this statement

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/03 | 26,786.47 | 7/13 | 55,828.69 | 7/24 | 17,939.65 |
| 7/05 | 25,480.00 | 7/14 | 68,079.14 | 7/25 | 23,082.97 |
| 7/06 | 17,637.50 | 7/17 | 67,268.31 | 7/26 | 44,652.89 |
| 7/07 | 38,421.38 | 7/18 | 94,776.70 | 7/27 | 43,804.12 |
| 7/10 | 64,268.91 | 7/19 | 85,370.96 | 7/28 | 44,649.93 |
| 7/11 | 52,344.23 | 7/20 | 83,092.90 | 7/31 | 25,659.39 |
| 7/12 | 51,412.64 | 7/21 | 44,281.30 | | |

# STATEMENT

**1st Source Bank®**



9.1.4453 1 SP 0.630  26256D11.p01  I-I  B:0 4453

PASO DEL NORTE MATERIALS LLC
8000 ESCOBAR
EL PASO TX 79907-1854

SFG DEPOSITS
(574) 235-2873
AMY BOBSON

| | |
|---|---|
| STATEMENT DATE | 7-31-23 |
| PAGE    1 | |
| ACCOUNT NO. | ▮▮▮▮4725 |

**RECEIVED**

**AUG 1 0 2023**

VISIT 1STSOURCE.COM.
IT'S YOUR PERSONAL AND BUSINESS SOURCE
FOR ARTICLES AND TOOLS TO MAKE
MANAGING YOUR FINANCES EASIER.

\*--------------------------------------------------------------------\*

## BUSINESS VALUE CHECKING

| | | |
|---|---|---|
| | ACCOUNT NUMBER........... ▮▮▮▮4725 | |
| | DATE OF PRIOR STATEMENT..... 6-30-23 | |
| | BEGINNING BALANCE.................. | 599.40 |
| MINUS | CHECKS, WITHDRAWALS, OTHER DEBITS... | .00 |
| MINUS | SERVICE FEE........................ | 8.00 |
| PLUS | DEPOSITS AND OTHER CREDITS......... | .00 |
| EQUALS | ENDING ACCOUNT BALANCE............. | 591.40 |

## ACCOUNT ACTIVITY

| Date | Description | Deposit/Credit | Withdrawal/Debit |
|---|---|---|---|
| 7-31 | ACCOUNT SERVICE FEE | | 5.00 |
| 7-31 | PAPER STATEMENT FEE | | 3.00 |

## DAILY BALANCE SUMMARY

| Date.........Amount | Date.........Amount | Date.........Amount |
|---|---|---|
| 6-30      599.40 | 7-31      591.40 | |

